**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **American Sleep Medicine LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  American Sleep Medicine, Jacksonville, FL (SERVICE CENTER)** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4730494** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7900 Belfort Parkway, Suite 301**<br>**Jacksonville, FL 32256** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Duval** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **see attached list** _____   Relationship _____

District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 8, 2021**
                MM / DD / YYYY

**X /s/ JERRY LAUCH**                                    **JERRY LAUCH**
Signature of authorized representative of debtor          Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X /s/ Steven L. Lefkovitz**                    Date    **September 8, 2021**
Signature of attorney for debtor                         MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**618 CHURCH ST., #410**
**NASHVILLE, TN 37219**
Number, Street, City, State & ZIP Code

Contact phone    **615-256-8300**    Email address    **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

Fill in this information to identify the case:

Debtor name     **American Sleep Medicine LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 8, 2021**      X /s/ JERRY LAUCH
                                                         Signature of individual signing on behalf of debtor

                                                          **JERRY LAUCH**
                                                          Printed name

                                                           **PRESIDENT**
                                                           Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **American Sleep Medicine LLC** |
|---|---|
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anago Cleaning Systems 7563 Phillips Hwy Bldv 300 Suite 301 Jacksonville, FL 32256** | | | | | | **$3,664.75** |
| **AT&T ATTN: BANKRUPTCY DEPT 4331 COMMUNICATIONS DR #4W DALLAS, TX 75211** | | | | | | **$18,753.56** |
| **Careerbuilder.com 13047 Collection Center Dr Chicago, IL 60693** | | | | | | **$3,000.00** |
| **CNA Insurance PO Box 74007619 Chicago, IL 60674** | | | | | | **$4,027.08** |
| **DBL Law 207 Thomas More Pkwy Ft Mitchell, KY 41017** | | | | | | **$6,915.50** |
| **Delta Telephone and Cabling Inc 2131 Espey Ct Suite 16 Crofton, MD 21114** | | | | | | **$3,850.00** |
| **Dr. Bao 6699 Alvarado Rd. Ste 2306 San Diego, CA 92120** | | | | | | **$3,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dr. James Roth 1600 McArthur St Manchester, TN 37355** | | | | | | **$3,000.00** |
| **Dr. Mark Miller MD 3922 Clarks Meadow Dr Glenwood, MD 21738** | | | | | | **$5,650.00** |
| **Dr. R Dughly 325 Hospital Dr Glen Burnie, MD 21061** | | | | | | **$4,209.04** |
| **Dr. Sangjin Oh MDF 1412 Crain Hwy N Ste 6 A Glen Burnie, MD 21061** | | | | | | **$3,975.46** |
| **Dr. Syed Nabi MDF 157 Resource Center Pkwy Ste 115A Birmingham, AL 35242** | | | | | | **$4,898.70** |
| **Florida Blue 4800 Deerwood Campus Pkwy Corporate Cash Receipts 1-3 Jacksonville, FL 32246** | | | | | | **$43,403.03** |
| **Florida Combined Life Dental Dept 1158 Po Box 121158 Dallas, TX 75312** | | | | | | **$4,029.51** |
| **Ghods Law Firm 2100 N Broadway St Ste 210 Santa Ana, CA 92706** | | | | | | **$128,083.61** |
| **IPFS Corp 24722 Network Pl Chicago, IL 60673** | | | | | | **$8,318.07** |
| **Metropolitan Pulm & Sleep 290 NE Tudor Rd Lees Summit, MO 64086** | | | | | | **$8,400.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ricoh USA, INC 827577 PO Box 827577 Philadelphia, PA 19182** | | | | | | **$29,458.47** |
| **Robert S. Griswold C/o Griswold Real Estate Management, Inc 5703 Oberlin Dr Suite 300 San Diego, CA 92121** | | | | | | **$4,985.25** |
| **Salter Labs PO Box 639780 Cincinnati, OH 45263** | | | | | | **$4,696.28** |

Debtor name    **American Sleep Medicine LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $     **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $     **0.00**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     **342,003.62**

4.   Total liabilities ..................................................................................................................
    Lines 2 + 3a + 3b     $     **342,003.62**

Debtor name   **American Sleep Medicine LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:21-bk-02741    Doc 1    Filed 09/08/21    Entered 09/08/21 11:18:25    Desc Main
Document     Page 11 of 35

| Fill in this information to identify the case: |
|---|

Debtor name    **American Sleep Medicine LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | As of the petition filing date, the claim is: *Check all that apply.* | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | |
| | **Last 4 digits of account number** ___ | |
| | **Basis for the claim:** ___ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.2** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | As of the petition filing date, the claim is: *Check all that apply.* | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | |
| | **Last 4 digits of account number** ___ | |
| | **Basis for the claim:** ___ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.3** | **Nonpriority creditor's name and mailing address** | **$802.50** |
| | **Access Voice & Data Sol** | |
| | **1441 Lincoln Ave** | |
| | **Louisville, KY 40213** | |
| | As of the petition filing date, the claim is: *Check all that apply.* | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | |
| | **Last 4 digits of account number** ___ | |
| | **Basis for the claim:** ___ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.4** | **Nonpriority creditor's name and mailing address** | **$3,664.75** |
| | **Anago Cleaning Systems** | |
| | **7563 Phillips Hwy Bldv 300** | |
| | **Suite 301** | |
| | **Jacksonville, FL 32256** | |
| | As of the petition filing date, the claim is: *Check all that apply.* | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | |
| | **Last 4 digits of account number** ___ | |
| | **Basis for the claim:** ___ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

31811

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,753.56** |
|---|---|---|---|
| | **AT&T**<br>**ATTN: BANKRUPTCY DEPT**<br>**4331 COMMUNICATIONS DR #4W**<br>**DALLAS, TX 75211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |
|---|---|---|---|
| | **AT&T**<br>**ATTN: BANKRUPTCY DEPT**<br>**4331 COMMUNICATIONS DR #4W**<br>**DALLAS, TX 75211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$129.90** |
|---|---|---|---|
| | **Atlas Alarms LLC**<br>**c/o Cornerstone Billing**<br>**PO Box 428**<br>**Bedford Park, IL 60499** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$324.00** |
|---|---|---|---|
| | **AZJ Cleaning**<br>**1408 Ave H Apt 10**<br>**South Houston, TX 77587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,842.50** |
|---|---|---|---|
| | **Boxwood Technology**<br>**PO Box 677248**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$157.82** |
|---|---|---|---|
| | **Brandi Olds**<br>**1669 Kirby Pkwy Suite 110**<br>**Memphis, TN 38120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$280.00** |
|---|---|---|---|
| | **Bridges for the Deaf**<br>**935 Edgehill Ave**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:21-bk-02741   Doc 1   Filed 09/08/21   Entered 09/08/21 11:18:25   Desc Main
Document     Page 13 of 35

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,190.00 |
|---|---|---|---|

**Building Stars**
PO Box 419161
Saint Louis, MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Careerbuilder.com**
13047 Collection Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.00 |
|---|---|---|---|

**Chris Douglas Dickens - The Object**
4825 Arroyo Tr
Louisville, KY 40229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.56 |
|---|---|---|---|

**Chris Pritchard**
4010 DuPont Cir Ste 122
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.54 |
|---|---|---|---|

**Cirro Energy**
Us Retailers LLC
PO Box 660004
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.21 |
|---|---|---|---|

**City Wide Maintenance Co Inc**
15230 West 105th Terrace
Lenexa, KS 66219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,027.08 |
|---|---|---|---|

**CNA Insurance**
PO Box 74007619
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.36 |
|---|---|---|---|

**Comcast**
**PO Box 71211**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $862.36 |
|---|---|---|---|

**Comcast**
**PO Box 3001**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.26 |
|---|---|---|---|

**Comcast**
**PO Box 660618**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.09 |
|---|---|---|---|

**Comptroller of MD**
**Revenue Admin Division**
**110 Carroll St**
**Annapolis, MD 21411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Cooks Pest Control**
**PO Box 341898**
**Memphis, TN 38184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.30 |
|---|---|---|---|

**Cooper Pest Solutions**
**351 Lawrence Station Rd**
**Lawrence Township, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.10 |
|---|---|---|---|

**Crystal Springs**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:21-bk-02741   Doc 1   Filed 09/08/21   Entered 09/08/21 11:18:25   Desc Main
Document       Page 15 of 35

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.08 |
|---|---|---|---|

**Cube Smart**
**8585 Touchton Rd**
**Jacksonville, FL 32216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.55 |
|---|---|---|---|

**Cypress Creek Pest Control**
**PO Box 690548**
**Houston, TX 77269**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.26 |
|---|---|---|---|

**Cyracom LLC**
**PO Box 74008083**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.00 |
|---|---|---|---|

**DAL Maintenance LLC**
**Attn: Accts Dept.**
**Po Box 388**
**Kemah, TX 77565**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,915.50 |
|---|---|---|---|

**DBL Law**
**207 Thomas More Pkwy**
**Ft Mitchell, KY 41017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.29 |
|---|---|---|---|

**Deanna Sides**
**2985 Old Brownsville Rd**
**Memphis, TN 38134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**Delta Telephone and Cabling Inc**
**2131 Espey Ct Suite 16**
**Crofton, MD 21114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:21-bk-02741    Doc 1    Filed 09/08/21    Entered 09/08/21 11:18:25    Desc Main
Document     Page 16 of 35

| Debtor | American Sleep Medicine LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.00 |
|---|---|---|---|

**DL Williams Electric Co Inc**
11630 Columbia Park Dr E
Jacksonville, FL 32258

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dr. Ammar Almasalkhi**
18710 Brookeshade Ln
Louisville, KY 40245

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,194.37 |
|---|---|---|---|

**Dr. Aneesa Keya**
14400 Quietwood Terrace N
Gaithersburg, MD 20878

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Dr. Bao**
6699 Alvarado Rd. Ste 2306
San Diego, CA 92120

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dr. Bertrand De Silva**
4121 Brockton Ave Ste 104
Riverside, CA 92501

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $938.47 |
|---|---|---|---|

**Dr. Giangreco MD**
1741 Allerford Dr.
Hanover, MD 21076

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,153.20 |
|---|---|---|---|

**Dr. Houman Dahi**
501 Washington Stt Suite 725
San Diego, CA 92103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Dr. Imran Sharief**
**5114 E Crescent Dr.**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Dr. James Roth**
**1600 McArthur St**
**Manchester, TN 37355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,375.00 |
|---|---|---|---|

**Dr. Joshua Aaron MD**
**6 Angelica Dr**
**Avondale, PA 19311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Dr. Kunwar Vohra**
**Attn: Mark Anselment Ascension Ned**
**250 W 96th St Suite 520**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Dr. Mahmood Dweik**
**1412 Caine Hill Ct.**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,650.00 |
|---|---|---|---|

**Dr. Mark Miller MD**
**3922 Clarks Meadow Dr**
**Glenwood, MD 21738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,125.00 |
|---|---|---|---|

**Dr. Martha Hagaman**
**523 Sandpiper Cir**
**Nashville, TN 37221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 3:21-bk-02741   Doc 1   Filed 09/08/21   Entered 09/08/21 11:18:25   Desc Main
Document        Page 18 of 35

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|------|---|---|---|
| | **Dr. Muhammad Zamar**<br>**PO BOx 2285**<br>**Cordova, TN 38088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|------|---|---|---|
| | **Dr. Muhammed Niaz**<br>**107 N Bridge St**<br>**Elkton, MD 21921** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,209.04 |
|------|---|---|---|
| | **Dr. R Dughly**<br>**325 Hospital Dr**<br>**Glen Burnie, MD 21061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|------|---|---|---|
| | **Dr. Richard Hoffman**<br>**8101 Hinson Farm Rd. Ste 306**<br>**Alexandria, VA 22306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|------|---|---|---|
| | **Dr. Richard Parcinski**<br>**4200 N Cloverleaf Dr Ste G**<br>**Saint Peters, MO 63376** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,588.50 |
|------|---|---|---|
| | **Dr. Salah Bagnoli**<br>**3599 University Blvd S Ste 901**<br>**Jacksonville, FL 32216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,975.46 |
|------|---|---|---|
| | **Dr. Sangjin Oh MDF**<br>**1412 Crain Hwy N Ste 6 A**<br>**Glen Burnie, MD 21061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case 3:21-bk-02741   Doc 1   Filed 09/08/21   Entered 09/08/21 11:18:25   Desc Main
Document      Page 19 of 35

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dr. Sorresso**
**200 Blue Indigo Ct**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dr. Strahil Atanasov**
**2814 Creek Bend Dr**
**Friendswood, TX 77546**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,898.70 |
|---|---|---|---|

**Dr. Syed Nabi MDF**
**157 Resource Center Pkwy Ste 115A**
**Birmingham, AL 35242**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Dr. Toenjes**
**Attn: Erin Doty**
**1890 Linehouse St**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dr. Wojciech Ornowski**
**16105 La Salle St**
**South Holland, IL 60473**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.02 |
|---|---|---|---|

**Eco-Pest Inc**
**814 Bay Star Blvd**
**Webster, TX 77598**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.26 |
|---|---|---|---|

**Ecolab Inc**
**26252 Network Pl**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:21-bk-02741    Doc 1    Filed 09/08/21    Entered 09/08/21 11:18:25    Desc Main
Document     Page 20 of 35

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$1,602.01** |

**3.61**   **Nonpriority creditor's name and mailing address**

FedEx
PO Box 660481
Dallas, TX 75266

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,602.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62**   **Nonpriority creditor's name and mailing address**

Fein, Such, Kahn & Shepherd
7 Century Dr.
Suite 201
Parsippany, NJ 07054

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$22.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63**   **Nonpriority creditor's name and mailing address**

Florida Blue
4800 Deerwood Campus Pkwy
Corporate Cash Receipts 1-3
Jacksonville, FL 32246

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$43,403.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64**   **Nonpriority creditor's name and mailing address**

Florida Combined Life Dental
Dept 1158
Po Box 121158
Dallas, TX 75312

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$4,029.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65**   **Nonpriority creditor's name and mailing address**

GFL Environmental
3301 Benson Dr. Ste 601
Raleigh, NC 27609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$420.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66**   **Nonpriority creditor's name and mailing address**

Ghods Law Firm
2100 N Broadway St
Ste 210
Santa Ana, CA 92706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$128,083.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67**   **Nonpriority creditor's name and mailing address**

Henry Schein Inc
PO Box 371952
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$309.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |
|---|---|---|---|

**Hiller Companies**
**PO Box 935434**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.00** |
|---|---|---|---|

**Home Medical Products Inc.**
**232 State St**
**Jackson, TN 38301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**I Dream of Cleaning**
**Shannon T Brown**
**2258 Cardinal Dr.**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,318.07** |
|---|---|---|---|

**IPFS Corp**
**24722 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Kentuckiana Pulmonary**
**Dept 52937 PO Box 950154**
**Louisville, KY 40295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00** |
|---|---|---|---|

**Metropolitan Pulm & Sleep**
**290 NE Tudor Rd**
**Lees Summit, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$988.20** |
|---|---|---|---|

**Resmed**
**Lockbox 534593**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:21-bk-02741   Doc 1   Filed 09/08/21   Entered 09/08/21 11:18:25   Desc Main
Document     Page 22 of 35

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.20 |
|------|--|--|--|
| | **Respironics**<br>**PO Box 405740**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.06 |
|------|--|--|--|
| | **Ricoh USA 41602**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,458.47 |
|------|--|--|--|
| | **Ricoh USA, INC 827577**<br>**PO Box 827577**<br>**Philadelphia, PA 19182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.75 |
|------|--|--|--|
| | **RJ Young**<br>**PO Box 415000**<br>**Nashville, TN 37241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,985.25 |
|------|--|--|--|
| | **Robert S. Griswold**<br>**C/o Griswold Real Estate Management, Inc**<br>**5703 Oberlin Dr Suite 300**<br>**San Diego, CA 92121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.76 |
|------|--|--|--|
| | **Safetouch**<br>**Jacksonville Division**<br>**9550 Sunbeam Center Drive**<br>**Jacksonville, FL 32257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,696.28 |
|------|--|--|--|
| | **Salter Labs**<br>**PO Box 639780**<br>**Cincinnati, OH 45263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**San Diego Police Department**
**Police Permit & Licensing - M5735**
**PO Box 121431**
**San Diego, CA 92112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,918.58 |
|---|---|---|---|

**SBS Svcs Group Stratus Building So**
**c/o Stratus Building Solutions**
**PO Box 208299**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T**<br>**PO BOX 5019**<br>**Carol Stream, IL 60197** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **AT&T**<br>**PO Box 5025**<br>**Carol Stream, IL 60197** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 342,003.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 342,003.62 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Due to matters pending in state court, the creditor list is incomplete and will be supplemented shortly.

Debtor name    **American Sleep Medicine LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **see attached sheet** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

# SLEEP MEDICINE RELATED CASES

| Client Name | | Date Filed | 9/8/2021 |
| --- | --- | --- | --- |
| | | | MIDDLE DISTRICT OF TN |

| American Sleep Medicine LLC | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| American Sleep Products | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| Duncan Operating Company, LLC | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| Indianapolis Operating Company | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| Jacksonville Operating Company | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| KSK Enterprises, LLC | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| Louisville Sleep Disorder Center, LLC | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| Maryland Sleep Medicine, LLC | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| MD SLEEP MED, LLC | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| MidSouth Sleep Disorder Center, Inc. | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| Nashville Sleep Medicine, LLC | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| Newark Operating Company, LLC | 11 |
| --- | --- |
| | Corp |
| Case Number : | |

| Northern Virginia Operating Company, LLC | 11 | \ |
| --- | --- | --- |
| | Corp | |
| Case Number : | | |

| Client Name | Chap Type | Date Filed | 9/8/2021 Middle District of TN |
|---|---|---|---|
| Sleep Medicine, LLC | 11 Corp | | |
| Case Number : | | | |
| | | | |
| St. Louis Operating Company, LLC | 11 Corp | | |
| Case Number : | | | |

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **American Sleep Medicine LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, preparation and filing of reaffirmation agreements and applications as needed, relief from stay actions, motions to redeem property, representation in any loan modification process, substitution of collateral, filing motions to aprove professionals, motions to approve sale of property, motions to authorize retention of special counsel, conversion to another bankruptcy chapter, representation in any other Court or legal matter, or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September  8, 2021**

*Date*

**/s/ Steven L. Lefkovitz**
**Steven L. Lefkovitz 5953**
*Signature of Attorney*
**LEFKOVITZ & LEFKOVITZ**
**618 CHURCH ST.,  #410**
**NASHVILLE, TN 37219**
**615-256-8300  Fax: 615-255-4516**
**slefkovitz@lefkovitz.com**
*Name of law firm*

---

Steven L. Lefkovitz took a 10,000.00 retainer in defending the state court receiver action against this debtor and then charged an additional 15,000.00 to represent it in a bankruptcy proceedings.  The $10,000.00 retainer was exhausted prior to filing, and Steven L. Lefkovitz waived any excess fee in order to be able to file this case.

# United States Bankruptcy Court
## Middle District of Tennessee

In re __American Sleep Medicine LLC__ _____ Case No. _____
Debtor(s)                                    Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __September  8, 2021__ _____   Signature __/s/ JERRY LAUCH__ _____
__JERRY LAUCH__

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 3:21-bk-02741   Doc 1   Filed 09/08/21   Entered 09/08/21 11:18:25   Desc Main
Document      Page 31 of 35

AMERICAN SLEEP MEDICINE LLC
7900 BELFORT PARKWAY, SUITE 301
JACKSONVILLE FL 32256

.

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
618 CHURCH ST., #410
NASHVILLE, TN 37219

ACCESS VOICE & DATA SOL
1441 LINCOLN AVE
LOUISVILLE KY 40213

ANAGO CLEANING SYSTEMS
7563 PHILLIPS HWY BLDV 300
SUITE 301
JACKSONVILLE FL 32256

AT&T
ATTN: BANKRUPTCY DEPT
4331 COMMUNICATIONS DR #4W
DALLAS TX 75211

AT&T
PO BOX 5019
CAROL STREAM IL 60197

AT&T
PO BOX 5025
CAROL STREAM IL 60197

ATLAS ALARMS LLC
C/O CORNERSTONE BILLING
PO BOX 428
BEDFORD PARK IL 60499

AZJ CLEANING
1408 AVE H APT 10
SOUTH HOUSTON TX 77587

BOXWOOD TECHNOLOGY
PO BOX 677248
DALLAS TX 75267

BRANDI OLDS
1669 KIRBY PKWY SUITE 110
MEMPHIS TN 38120

BRIDGES FOR THE DEAF
935 EDGEHILL AVE
NASHVILLE TN 37203

BUILDING STARS
PO BOX 419161
SAINT LOUIS MO 63141

CAREERBUILDER.COM
13047 COLLECTION CENTER DR
CHICAGO IL 60693

CHRIS DOUGLAS DICKENS - THE OBJEC
4825 ARROYO TR
LOUISVILLE KY 40229

CHRIS PRITCHARD
4010 DUPONT CIR STE 122
LOUISVILLE KY 40207

CIRRO ENERGY
US RETAILERS LLC
PO BOX 660004
DALLAS TX 75266

CITY WIDE MAINTENANCE CO INC
15230 WEST 105TH TERRACE
LENEXA KS 66219

CNA INSURANCE
PO BOX 74007619
CHICAGO IL 60674

COMCAST
PO BOX 71211
CHARLOTTE NC 28272

COMCAST
PO BOX 3001
SOUTHEASTERN PA 19398

COMCAST
PO BOX 660618
DALLAS TX 75266

COMPTROLLER OF MD
REVENUE ADMIN DIVISION
110 CARROLL ST
ANNAPOLIS MD 21411

COOKS PEST CONTROL
PO BOX 341898
MEMPHIS TN 38184

COOPER PEST SOLUTIONS
351 LAWRENCE STATION RD
LAWRENCE TOWNSHIP NJ 08648

CRYSTAL SPRINGS
PO BOX 660579
DALLAS TX 75266

CUBE SMART
8585 TOUCHTON RD
JACKSONVILLE FL 32216

CYPRESS CREEK PEST CONTRO
PO BOX 690548
HOUSTON TX 77269

CYRACOM LLC
PO BOX 74008083
CHICAGO IL 60674

DAL MAINTENANCE LLC
ATTN: ACCTS DEPT.
PO BOX 388
KEMAH TX 77565

DBL LAW
207 THOMAS MORE PKWY
FT MITCHELL KY 41017

DR. IMRAN SHARIEF
5114 E CRESCENT DR.
ANAHEIM CA 92807

DR. RICHARD HOFFMAN
8101 HINSON FARM RD. STE 306
ALEXANDRIA VA 22306

DEANNA SIDES
2985 OLD BROWNSVILLE RD
MEMPHIS TN 38134

DR. JAMES ROTH
1600 MCARTHUR ST
MANCHESTER TN 37355

DR. RICHARD PARCINSKI
4200 N CLOVERLEAF DR STE G
SAINT PETERS MO 63376

DELTA TELEPHONE AND CABLING INC
2131 ESPEY CT SUITE 16
CROFTON MD 21114

DR. JOSHUA AARON MD
6 ANGELICA DR
AVONDALE PA 19311

DR. SALAH BAGNOLI
3599 UNIVERSITY BLVD S STE 90
JACKSONVILLE FL 32216

DL WILLIAMS ELECTRIC CO INC
11630 COLUMBIA PARK DR E
JACKSONVILLE FL 32258

DR. KUNWAR VOHRA
ATTN: MARK ANSELMENT ASCENSION MED
250 W 96TH ST SUITE 520
INDIANAPOLIS IN 46260

DR. SANGJIN OH MDF
402 CRAIN HWY N STE 6 A
GLEN BURNIE MD 21061

DR. AMMAR ALMASALKHI
18710 BROOKESHADE LN
LOUISVILLE KY 40245

DR. MAHMOOD DWEIK
1412 CAINE HILL CT.
LEAGUE CITY TX 77573

DR. SORRESSO
200 BLUE INDIGO CT
PONTE VEDRA BEACH FL 32082

DR. ANEESA KEYA
14400 QUIETWOOD TERRACE N
GAITHERSBURG MD 20878

DR. MARK MILLER MD
3922 CLARKS MEADOW DR
GLENWOOD MD 21738

DR. STRAHIL ATANASOV
2814 CREEK BEND DR
FRIENDSWOOD TX 77546

DR. BAO
6699 ALVARADO RD. STE 2306
SAN DIEGO CA 92120

DR. MARTHA HAGAMAN
523 SANDPIPER CIR
NASHVILLE TN 37221

DR. SYED NABI MDF
157 RESOURCE CENTER PKWY 31
BIRMINGHAM AL 35242

DR. BERTRAND DE SILVA
4121 BROCKTON AVE STE 104
RIVERSIDE CA 92501

DR. MUHAMMAD ZAMAR
PO BOX 2285
CORDOVA TN 38088

DR. TOENJES
ATTN: ERIN DOTY
1890 LINEHOUSE ST
PONTE VEDRA BEACH FL 32082

DR. GIANGRECO MD
1741 ALLERFORD DR.
HANOVER MD 21076

DR. MUHAMMED NIAZ
107 N BRIDGE ST
ELKTON MD 21921

DR. WOJCIECH ORNOWSKI
16105 LA SALLE ST
SOUTH HOLLAND IL 60473

DR. HOUMAN DAHI
501 WASHINGTON STT SUITE 725
SAN DIEGO CA 92103

DR. R DUGHLY
325 HOSPITAL DR
GLEN BURNIE MD 21061

ECO-PEST INC
814 BAY STAR BLVD
WEBSTER TX 77598

ECOLAB INC
26252 NETWORK PL
CHICAGO IL 60673

I DREAM OF CLEANING
SHANNON T BROWN
2258 CARDINAL DR.
SAN DIEGO CA 92123

SAFETOUCH
JACKSONVILLE DIVISION
9550 SUNBEAM CENTER DRIVE
JACKSONVILLE FL 32257

FEDEX
PO BOX 660481
DALLAS TX 75266

IPFS CORP
24722 NETWORK PL
CHICAGO IL 60673

SALTER LABS
PO BOX 639780
CINCINNATI OH 45263

FEIN, SUCH, KAHN & SHEPHERD
7 CENTURY DR.
SUITE 201
PARSIPPANY NJ 07054

KENTUCKIANA PULMONARY
DEPT 52937 PO BOX 950154
LOUISVILLE KY 40295

SAN DIEGO POLICE DEPARTMEN
POLICE PERMIT & LICENSING - M
PO BOX 121431
SAN DIEGO CA 92112

FLORIDA BLUE
4800 DEERWOOD CAMPUS PKWY
CORPORATE CASH RECEIPTS 1-3
JACKSONVILLE FL 32246

METROPOLITAN PULM & SLEEP
290 NE TUDOR RD
LEES SUMMIT MO 64086

SBS SVCS GROUP STRATUS BUS
C/O STRATUS BUILDING SOLUTIO
PO BOX 208299
DALLAS TX 75320

FLORIDA COMBINED LIFE DENTAL
DEPT 1158
PO BOX 121158
DALLAS TX 75312

RESMED
LOCKBOX 534593
ATLANTA GA 30353

SEE ATTACHED SHEET

GFL ENVIRONMENTAL
3301 BENSON DR. STE 601
RALEIGH NC 27609

RESPIRONICS
PO BOX 405740
ATLANTA GA 30384

GHODS LAW FIRM
2100 N BROADWAY ST
STE 210
SANTA ANA CA 92706

RICOH USA 41602
PO BOX 41602
PHILADELPHIA PA 19101

HENRY SCHEIN INC
PO BOX 371952
PITTSBURGH PA 15250

RICOH USA, INC 827577
PO BOX 827577
PHILADELPHIA PA 19182

HILLER COMPANIES
PO BOX 935434
ATLANTA GA 31193

RJ YOUNG
PO BOX 415000
NASHVILLE TN 37241

HOME MEDICAL PRODUCTS INC.
232 STATE ST
JACKSON TN 38301

ROBERT S. GRISWOLD
C/O GRISWOLD REAL ESTATE MANAGEMENT, INC
5703 OBERLIN DR SUITE 300
SAN DIEGO CA 92121

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **American Sleep Medicine LLC** _____   Case No. _____

                                                   Debtor(s)            Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Sleep Medicine LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 8, 2021** | **/s/ Steven L. Lefkovitz** |
| Date | **Steven L. Lefkovitz 5953** |
| | Signature of Attorney or Litigant |
| | Counsel for   **American Sleep Medicine LLC** |
| | **LEFKOVITZ & LEFKOVITZ** |
| | **618 CHURCH ST., #410** |
| | **NASHVILLE, TN 37219** |
| | **615-256-8300 Fax:615-255-4516** |
| | **slefkovitz@lefkovitz.com** |