Debtor name **American Sleep Medicine LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:21-bk-02741**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1**   **ServisFirst Bank** | Describe debtor's property that is subject to a lien | $660,000.00 | $660,000.00 |

Creditor's Name

**c/o Austin McMullen**
**1600 Division St Ste 700**
**Nashville, TN 37203**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**Lien on all accounts receivables**

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $660,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor name __American Sleep Medicine LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF TENNESSEE__

Case number (if known) __3:21-bk-02741__

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Abby Holmes**<br>**4930 Woodcock Cir**<br>**Louisville, KY 40213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $950.75 | $950.75 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Abigail Asis**<br>**12386 Acosta Oaks Dr.**<br>**Jacksonville, FL 32258** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,137.19 | $2,137.19 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | **$0.00** |
|---|---|---|---|---|
| | **Adeano Corella** | Check all that apply. | | |
| | **7 San Mieguel Dr Apt E** | ☐ Contingent | | |
| | **Saint Charles, MO 63303** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,280.00** | **$1,280.00** |
|---|---|---|---|---|
| | **Alicia Hutton** | Check all that apply. | | |
| | **7300 Wintergreen Ct** | ☐ Contingent | | |
| | **Greenbelt, MD 20770** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,161.30** | **$0.00** |
|---|---|---|---|---|
| | **Alona Dunn** | Check all that apply. | | |
| | **841 Xenia St SE** | ☐ Contingent | | |
| | **Washington, DC 20032** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,856.34** | **$1,856.34** |
|---|---|---|---|---|
| | **Amanda Wallace** | Check all that apply. | | |
| | **5701 Briarwick Ct** | ☐ Contingent | | |
| | **Hermitage, TN 37076** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,305.97 | $1,305.97 |
|---|---|---|---|---|

**Ana Sanchez**
**5107 CamelliaCir S**
**Jacksonville, FL 32207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,339.60 | $1,339.60 |
|---|---|---|---|---|

**Angelica Moreno**
**11735 Genway Dr**
**Houston, TX 77070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,098.43 | $1,098.43 |
|---|---|---|---|---|

**Angelique Jackson**
**3401 Primm Ln Apt B**
**Birmingham, AL 35216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,203.96 | $0.00 |
|---|---|---|---|---|

**Anthony J Ardon**
**22845 Climbing Rose Dr.**
**Moreno Valley, CA 92551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document      Page 4 of 77

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $717.30 | $717.30 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Autumn Love**
**1179 Abernathy Rd**
**Ashland City, TN 37015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.53 | $1,300.53 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**Baylee Gabbard**
**5439 W 300 N**
**Sharpsville, IN 46068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.20 | $0.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Belinda Davis**
**6984 Longleaf Branch Dr.**
**Jacksonville, FL 32222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**Bradley Sapp**
**2861 Georgetown Dr**
**Birmingham, AL 35216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|------|--------|--------|--------|--------|
| | **Brandi Olds** | *Check all that apply.* | | |
| | **1669 Kirby Pkwy Suite 110** | ☐ Contingent | | |
| | **Memphis, TN 38120** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,451.10 | $1,451.10 |
|------|--------|--------|--------|--------|
| | **Brianna Rush** | *Check all that apply.* | | |
| | **2760 Mayport Rd Box #87** | ☐ Contingent | | |
| | **Atlantic Beach, FL 32233** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,173.25 | $1,173.25 |
|------|--------|--------|--------|--------|
| | **Camila Olcese** | *Check all that apply.* | | |
| | **4 West Nelson Ave** | ☐ Contingent | | |
| | **Alexandria, VA 22301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,040.00 | $1,040.00 |
|------|--------|--------|--------|--------|
| | **Candyce Newson** | *Check all that apply.* | | |
| | **1718 Port Oak Pl** | ☐ Contingent | | |
| | **Memphis, TN 38120** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,139.24 | $1,139.24 |
| --- | --- | --- | --- | --- |
| | **Carrie Haney** | *Check all that apply.* | | |
| | **8048 Cumberland Gap Trl N** | ☐ Contingent | | |
| | **Jacksonville, FL 32244** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,324.95 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Cassandra Chann** | *Check all that apply.* | | |
| | **7237 Oakwood Dr.** | ☐ Contingent | | |
| | **Jacksonville, FL 32211** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,288.25 | $1,288.25 |
| --- | --- | --- | --- | --- |
| | **Charles Mercado** | *Check all that apply.* | | |
| | **1398 Anthony Mill Rd** | ☐ Contingent | | |
| | **Tullahoma, TN 37388** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
| --- | --- | --- | --- | --- |
| | **Cheryl Sefraoui** | *Check all that apply.* | | |
| | **19111 Edens Dawn Dr** | ☐ Contingent | | |
| | **Tomball, TX 77375** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,340.05 | $2,340.05 |
| --- | --- | --- | --- | --- |
| | **Christopher Staley** **114 3rd Ave** **Mount Pleasant, TN 38474** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,976.25 | $1,976.25 |
| --- | --- | --- | --- | --- |
| | **Connie Sevinsky** **1300 Atlantic Blvd #1903** **Jacksonville, FL 32225** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,010.37 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Coral Baylor** **1389 Southshore Dr.** **Fleming Island, FL 32003** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,401.68 | $1,401.68 |
| --- | --- | --- | --- | --- |
| | **Corron Wilson** **18034 Cottage Garden Dr** **Germantown, MD 20874** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document     Page 8 of 77

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $836.05 | $836.05 |
| --- | --- | --- | --- | --- |
| | **Corvon Jordan** | *Check all that apply.* | | |
| | **5047 Louisiana St** | ☐ Contingent | | |
| | **Saint Louis, MO 63111** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $629.10 | $629.10 |
| --- | --- | --- | --- | --- |
| | **Cristina Gendive** | *Check all that apply.* | | |
| | **7347 Hielo Dr** | ☐ Contingent | | |
| | **Jacksonville, FL 32211** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,134.50 | $2,134.50 |
| --- | --- | --- | --- | --- |
| | **Dalila Goss** | *Check all that apply.* | | |
| | **12008 Winding Creek Way** | ☐ Contingent | | |
| | **Germantown, MD 20874** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,085.20 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Damali Blackwood** | *Check all that apply.* | | |
| | **6962 Clearwater Pk Ct N** | ☐ Contingent | | |
| | **Jacksonville, FL 32244** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document    Page 9 of 77

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,784.46 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Daniel Fleri**<br>**713 Plaza Dr**<br>**O Fallon, MO 63366** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,143.22 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Darrisa Daniels**<br>**4090 Hodges Blvd Unit 1810**<br>**Jacksonville, FL 32224** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.53 | $74.53 |
| --- | --- | --- | --- | --- |
| | **Darrius Hill**<br>**496 Pickett Dr**<br>**Memphis, TN 38109** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,192.00 | $3,192.00 |
| --- | --- | --- | --- | --- |
| | **David Yount**<br>**15101 Falconbridge Terrace**<br>**Gaithersburg, MD 20878** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.15 | $1,846.15 |
| --- | --- | --- | --- | --- |

**Dayna Terrell**
**1142 Akers Dr**
**Jacksonville, FL 32225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.37 | $373.37 |
| --- | --- | --- | --- | --- |

**Deanna Martin**
**3344 Schofield Ave**
**Indianapolis, IN 46218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,099.96 | $2,099.96 |
| --- | --- | --- | --- | --- |

**Deanna Sides**
**2985 Old Brownsville Rd**
**Memphis, TN 38134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $741.03 | $741.03 |
| --- | --- | --- | --- | --- |

**Diana Gover**
**5918 Woods Rd**
**Stewartstown, PA 17363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.52 | $0.00 |
|---|---|---|---|---|

**Edna Brown**
**4150 S Germantown Rd**
**Memphis, TN 38125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $0.00 |
|---|---|---|---|---|

**Elena Desiatkin**
**1554 E Hastings Way**
**Placentia, CA 92870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,343.57 | $0.00 |
|---|---|---|---|---|

**Elisha Battle**
**36 Colby Ave**
**Claymont, DE 19703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,333.50 | $1,333.50 |
|---|---|---|---|---|

**Emma Wallis**
**2115 West Aventura Way Apt 1311**
**Saint Louis, MO 63146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | **$2,500.00** |
|---|---|---|---|---|
| | **Eric Johnson** | *Check all that apply.* | | |
| | **7037 N College St** | ☐ Contingent | | |
| | **Indianapolis, IN 46220** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,538.46** | **$1,538.46** |
|---|---|---|---|---|
| | **Erta Hysesani** | *Check all that apply.* | | |
| | **9595 Amarante Cir Unit 14** | ☐ Contingent | | |
| | **Jacksonville, FL 32257** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,594.22** | **$1,594.22** |
|---|---|---|---|---|
| | **Eugene Lecompte** | *Check all that apply.* | | |
| | **540 Dovedale Ln** | ☐ Contingent | | |
| | **Alvin, TX 77511** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,459.63** | **$1,459.63** |
|---|---|---|---|---|
| | **Feyintola Iroko** | *Check all that apply.* | | |
| | **754 Maury Ave** | ☐ Contingent | | |
| | **Oxon Hill, MD 20745** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.79 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Florence Coles** | *Check all that apply.* | | |
| | **13990 Bartram Park Blvd Apt 718** | ☐ Contingent | | |
| | **Jacksonville, FL 32258** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,288.50 | $2,288.50 |
| --- | --- | --- | --- | --- |
| | **Francis Severin** | *Check all that apply.* | | |
| | **3418 Horncastle Ct** | ☐ Contingent | | |
| | **Pearland, TX 77584** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,576.92 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Geron Canidate** | *Check all that apply.* | | |
| | **1037 Rolling Hills Dr. #5** | ☐ Contingent | | |
| | **Anaheim, CA 92805** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.00 | $1,760.00 |
| --- | --- | --- | --- | --- |
| | **Gilberto Urriola-Brewster** | *Check all that apply.* | | |
| | **3942 Waterford Oaks Dr** | ☐ Contingent | | |
| | **Orange Park, FL 32065** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.81 | $160.81 |
|---|---|---|---|---|

**Golfam Javanoskooei**
302 E Joppa Rd Apt 1804
Towson, MD 21286

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.90 | $0.00 |
|---|---|---|---|---|

**Guadalupe Arredondo**
1410 Hankamer
Pasadena, TX 77506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,240.77 | $1,240.77 |
|---|---|---|---|---|

**Gwyneth Mercado-Perez**
1591 Lane Ave S, F-201
Jacksonville, FL 32210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.52 | $108.52 |
|---|---|---|---|---|

**Hayley Harman**
2 Spiveys Ct
Ormond Beach, FL 32174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,252.50 | $2,252.50 |
| --- | --- | --- | --- | --- |
| | **Heather Larrabee**<br>**450 Misty Patch Rd.**<br>**Coatesville, PA 19320** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,640.00 | $1,640.00 |
| --- | --- | --- | --- | --- |
| | **Heather Sweat**<br>**5704 Gasparilla Park Ct**<br>**Jacksonville, FL 32244** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,283.46 | $1,283.46 |
| --- | --- | --- | --- | --- |
| | **Hector Trinidad-Abreu**<br>**6102 Sage Willow Way**<br>**Jacksonville, FL 32244** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.57 | $178.57 |
| --- | --- | --- | --- | --- |
| | **Helen Le**<br>**7360 Sterling Ave Apt 29**<br>**San Bernardino, CA 92410** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document     Page 16 of 77

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $686.00 | $686.00 |
| | **Helena Pacheco** | *Check all that apply.* | | |
| | **4400 Whitmer Dr #10** | ☐ Contingent | | |
| | **Woodbridge, VA 22193** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,372.47 | $1,372.47 |
| | **Holly Petranick** | *Check all that apply.* | | |
| | **2610 State Rd A1A #306** | ☐ Contingent | | |
| | **Atlantic Beach, FL 32233** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **IRS** | *Check all that apply.* | | |
| | **CNTRLZD INSOLVENCY OPRTN** | ☐ Contingent | | |
| | **PO BOX 7346** | ☐ Unliquidated | | |
| | **PHILADELPHIA, PA 19101-7346** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,184.00 | $1,184.00 |
| | **Jacqueline Lyons** | *Check all that apply.* | | |
| | **17573 Shale Dr** | ☐ Contingent | | |
| | **Hagerstown, MD 21740** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,328.29 | $2,328.29 |
| --- | --- | --- | --- | --- |

**2.63** Priority creditor's name and mailing address

**Jacqueline Rodriguez**
**385 S Manchester Ave Apt 4104**
**Orange, CA 92868**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,328.29    $2,328.29

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.64** Priority creditor's name and mailing address

**Jaime Gonzalez**
**7447 Eastpoint Blvd**
**Baytown, TX 77521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$307.67    $307.67

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.65** Priority creditor's name and mailing address

**James Yap**
**36 Quail Creek Ln**
**Pomona, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,320.00    $1,320.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.66** Priority creditor's name and mailing address

**Jeanette Olney**
**38 Sassafras Ct**
**Brandenburg, KY 40108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,440.00    $1,440.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document    Page 18 of 77

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,360.00 | $1,360.00 |
|------|---|---|---|---|
| | **JeAnna Lane**<br>**1775 Bluejay Dr**<br>**Middleburg, FL 32068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,318.35 | $0.00 |
|------|---|---|---|---|
| | **Jennifer D Campos**<br>**304 Dunwick Ln**<br>**Pasadena, TX 77502** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,456.20 | $1,456.20 |
|------|---|---|---|---|
| | **Jennifer Johnson**<br>**140 N Sunshine #1**<br>**El Cajon, CA 92020** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|------|---|---|---|---|
| | **Jennifer Sparrenberger**<br>**8293 Wintersgate**<br>**Olive Branch, MS 38654** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,560.00 | $1,560.00 |

**Jennipher Sergent**
**1666 Ponderosa Pine Dr W**
**Jacksonville, FL 32225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,923.08 | $6,923.08 |

**Jerry Lauch**
**129 Pearl St**
**Jeffersonville, IN 47130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.00 | $0.00 |

**John Carpenter**
**7106 Rudisill Ct**
**Windsor Mill, MD 21244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $737.50 | $737.50 |

**John Jackson**
**2739 Midland Crossing Ct**
**Maryland Heights, MO 63043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,538.46 | $2,538.46 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**John Moceyunas**
**368 W Blackjack Branch Way**
**Saint Johns, FL 32259**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Jordan Martin**
**506 Big Horn Dr**
**League City, TX 77573**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,291.73 | $1,291.73 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Josephina Kim**
**32 Hobb Ct**
**Perry Hall, MD 21128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.00 | $345.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Julia Ramos**
**5225 Pooks Hill Rd**
**Bethesda, MD 20814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,601.66** | **$1,601.66** |

**Kaitlyn Martin**
**6617 Ovington Rd**
**Jacksonville, FL 32216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$205.42** | **$205.42** |

**Kallie Goetz**
**5130 Bluff Springs Cove**
**Arlington, TN 38002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,249.79** | **$0.00** |

**Katelynn Bohannon**
**2541 Woodlawn Rd.**
**Shelbyville, KY 40065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,371.62** | **$1,371.62** |

**Kathleen Lawler**
**6282 Rolling Tree St**
**Jacksonville, FL 32222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,259.27 | $0.00 |
|---|---|---|---|---|

**Kayla N Alston**
**711 N Wedgewood St**
**Baltimore, MD 21229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,710.78 | $1,710.78 |
|---|---|---|---|---|

**Kaziah Hernandez**
**66715 Hacienda Ave**
**Desert Hot Springs, CA 92240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,269.30 | $1,269.30 |
|---|---|---|---|---|

**Keisha Thornton**
**1903 Woodbourne Ave**
**Baltimore, MD 21239**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.25 | $0.00 |
|---|---|---|---|---|

**Kelli Cooper**
**1119 W 7th St**
**Wilmington, DE 19805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $0.00 |
|---|---|---|---|---|
| | **Kelly Cummings** | *Check all that apply.* | | |
| | **13 Aspen Pl** | ☐ Contingent | | |
| | **Bellmawr, NJ 08031** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,383.00 | $2,383.00 |
|---|---|---|---|---|
| | **Kelly Wooten** | *Check all that apply.* | | |
| | **19620 Waters Rd Apt 3-414** | ☐ Contingent | | |
| | **Germantown, MD 20874** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,098.30 | $1,098.30 |
|---|---|---|---|---|
| | **Kenia Montes** | *Check all that apply.* | | |
| | **2130 W 12th St** | ☐ Contingent | | |
| | **Santa Ana, CA 92703** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,535.85 | $1,535.85 |
|---|---|---|---|---|
| | **Kennedy Obert** | *Check all that apply.* | | |
| | **1029 S Booth Ln** | ☐ Contingent | | |
| | **Alvin, TX 77511** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,308.00 | $1,308.00 |
| | **Kenney Martinez** | Check all that apply. | | |
| | **1100 Anchorage St** | ☐ Contingent | | |
| | **Wilmington, DE 19805** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,118.50 | $1,118.50 |
| | **Kharissa Linares** | Check all that apply. | | |
| | **14935 Spring St** | ☐ Contingent | | |
| | **Fontana, CA 92335** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,360.00 | $1,360.00 |
| | **Kristin Harmon** | Check all that apply. | | |
| | **8260 Country Squire Pl #7** | ☐ Contingent | | |
| | **Cordova, TN 38018** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,130.72 | $2,130.72 |
| | **Kyle McKillip** | Check all that apply. | | |
| | **232 Avenida Victoria B** | ☐ Contingent | | |
| | **San Clemente, CA 92672** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.55 | $1,232.55 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Kyle Morrison**
**1072 Rocky Springs Rd.**
**Frederick, MD 21702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Laura Glenn**
**5280 Little Mountain Dr N14**
**San Bernardino, CA 92407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,122.00 | $1,122.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Lawrence Southern**
**85758 Black Tern Dr**
**Yulee, FL 32097**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $643.50 | $643.50 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Lee Thomas**
**3035 McVay Tr Dr**
**Memphis, TN 38119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|
| | **Lily Westerlin**<br>**2326 Pin Hook Ct**<br>**Seabrook, TX 77586** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.30 | $0.00 |
|---|---|---|---|---|
| | **Lori Chew**<br>**227 N Washington**<br>**Knightstown, IN 46148** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,415.82 | $3,415.82 |
|---|---|---|---|---|
| | **Lori Lopez**<br>**5353 Clapboard Creek**<br>**Jacksonville, FL 32226** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,153.85 | $0.00 |
|---|---|---|---|---|
| | **Lyle Day**<br>**202 Cusick Ct**<br>**Murfreesboro, TN 37128** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document     Page 27 of 77

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.35 | $640.35 |
| | **Madalyn Montes** | *Check all that apply.* | | |
| | **4403 Knightsbridge Blvd** | ☐ Contingent | | |
| | **Sugar Land, TX 77479** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.55 | $750.55 |
| | **Marisela Sanchez** | *Check all that apply.* | | |
| | **453 N Emerald Dr** | ☐ Contingent | | |
| | **Orange, CA 92868** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.17 | $428.17 |
| | **Maritza Mendiola-Flores** | *Check all that apply.* | | |
| | **731 8th Ave** | ☐ Contingent | | |
| | **Wilmington, DE 19808** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $867.50 | $0.00 |
| | **Mark Borgel** | *Check all that apply.* | | |
| | **204 Redmar Blvd** | ☐ Contingent | | |
| | **Radcliff, KY 40160** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|
| | **Marlon Sampson** | *Check all that apply.* | | |
| | **3511 Dunedin Dr Apt 102** | ☐ Contingent | | |
| | **Chesapeake, VA 23321** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.13 | $1,600.13 |
|---|---|---|---|---|
| | **Mary Oliver** | *Check all that apply.* | | |
| | **1698 Ponderosa Pine Dr W** | ☐ Contingent | | |
| | **Jacksonville, FL 32225** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,068.25 | $0.00 |
|---|---|---|---|---|
| | **McKenzie Foster** | *Check all that apply.* | | |
| | **6504 Fernill Ct** | ☐ Contingent | | |
| | **Louisville, KY 40291** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,310.42 | $1,310.42 |
|---|---|---|---|---|
| | **Meghan Thompson** | *Check all that apply.* | | |
| | **44 History Ct** | ☐ Contingent | | |
| | **Wentzville, MO 63385** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,499.73 | $0.00 |
|---|---|---|---|---|

**Melissa Coleman**
**170 Sharpe St.**
**Sterrett, AL 35147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,444.05 | $1,444.05 |
|---|---|---|---|---|

**Michele Fucci**
**5541 Greatpine Lane N**
**Jacksonville, FL 32244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,285.58 | $2,285.58 |
|---|---|---|---|---|

**Michelle Hutson**
**1327 Lake Asbury Dr**
**Green Cove Springs, FL 32043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,270.50 | $1,270.50 |
|---|---|---|---|---|

**Miranda Wyatt**
**4825 Sherburn Ln #110**
**Louisville, KY 40207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,085.62** | **$1,085.62** |
|---|---|---|---|---|
| | **Monica Paire**<br>**1128 West Cross St**<br>**Baltimore, MD 21230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,495.88** | **$1,495.88** |
|---|---|---|---|---|
| | **Nichole Leno**<br>**7200 Powers Ave Apt 75**<br>**Jacksonville, FL 32217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,076.92** | **$2,076.92** |
|---|---|---|---|---|
| | **Odette Toro Alvarez**<br>**13322 Tropic Egret Dr**<br>**Jacksonville, FL 32224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,080.00** | **$1,080.00** |
|---|---|---|---|---|
| | **Omar Ramirez**<br>**564 Arizona St Apt 114**<br>**Chula Vista, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|---|---|---|---|---|
| | **Pamela Starr**<br>**2318 Tavener Dr**<br>**Louisville, KY 40242** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,177.74 | $1,177.74 |
|---|---|---|---|---|
| | **Penn Martin**<br>**2655 College St**<br>**Jacksonville, FL 32204** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,303.20 | $1,303.20 |
|---|---|---|---|---|
| | **Peyton Machado**<br>**10010 Skinner Lake Dr #232**<br>**Jacksonville, FL 32246** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,073.00 | $2,073.00 |
|---|---|---|---|---|
| | **Rajko Kovacevic**<br>**316 Walnut St**<br>**Waynesboro, PA 17268** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document        Page 32 of 77

| | | | | |
|---|---|---|---|---|
| 2.123 | Priority creditor's name and mailing address<br>**Rebecca Kpagbi**<br>**19853 Century Blvd Apt 203**<br>**Germantown, MD 20874** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $2,480.78 | $2,480.78 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.124 | Priority creditor's name and mailing address<br>**Rebekah Wolverton**<br>**5729 Main St**<br>**Mount Jackson, VA 22842** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $2,500.00 | $2,500.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.125 | Priority creditor's name and mailing address<br>**Renee Wallace**<br>**25 Millswood Dr**<br>**Clarksville, TN 37042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $1,377.00 | $1,377.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.126 | Priority creditor's name and mailing address<br>**Richard Robb**<br>**115 Drew Ln**<br>**Bell Buckle, TN 37020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $2,348.75 | $2,348.75 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document      Page 33 of 77

| 2.127 | Priority creditor's name and mailing address<br>**Robert J Anderson**<br>**4657 Rocky Hollow Dr.**<br>**Indianapolis, IN 46239** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $320.50 | $0.00 |

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.128 | Priority creditor's name and mailing address<br>**Robert Lacey**<br>**13370 Grouse Point Tr**<br>**Carmel, IN 46033** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,423.08 | $2,423.08 |

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.129 | Priority creditor's name and mailing address<br>**Robert Ntondji**<br>**7227 Mill Creek Ct**<br>**Laurel, MD 20707** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,312.00 | $2,312.00 |

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.130 | Priority creditor's name and mailing address<br>**Robert Pritchard**<br>**6223 Camden Cir**<br>**Crestwood, KY 40014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,334.03 | $1,334.03 |
| --- | --- | --- | --- | --- |
| | **Robert Solomon**<br>**11584 Lake Ride Dr**<br>**Jacksonville, FL 32223** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,145.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Robin Dantilux**<br>**3500 University Blvd N Apt 2632**<br>**Jacksonville, FL 32277** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.75 | $719.75 |
| --- | --- | --- | --- | --- |
| | **Rochelle Pottinger**<br>**5601 Edenfield Rd**<br>**Jacksonville, FL 32277** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,660.05 | $1,660.05 |
| --- | --- | --- | --- | --- |
| | **Rose Samuel**<br>**11247 San Jose Blvd Apt 2108**<br>**Jacksonville, FL 32223** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document     Page 35 of 77

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $982.00 | $0.00 |
|---|---|---|---|---|

**Ruth Dorsey**
**1124 Taylor Wood Rd.**
**Simpsonville, KY 40067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,305.20 | $1,305.20 |
|---|---|---|---|---|

**Ryanne Foutch**
**7103 Beard Ct**
**La Vergne, TN 37086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,635.75 | $1,635.75 |
|---|---|---|---|---|

**Samantha McDonald**
**19303 Lake Hollow Ln**
**Houston, TX 77084**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.03 | $1,050.03 |
|---|---|---|---|---|

**Sandra B Sandefur**
**13362 Harrington Loop**
**Vance, AL 35490**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | |
|---|---|---|---|
| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,507.75 | $1,507.75 |

**2.139** Priority creditor's name and mailing address
**Sandra King**
**2412 Sam Rd**
**Jacksonville, FL 32216**

As of the petition filing date, the claim is: $1,507.75    $1,507.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.140** Priority creditor's name and mailing address
**Sara Hignight**
**3210 Oakwood Cove**
**Olive Branch, MS 38654**

As of the petition filing date, the claim is: $1,566.80    $1,566.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.141** Priority creditor's name and mailing address
**Sarai Coronado-Ziadie**
**17 Desellum Ave**
**Gaithersburg, MD 20877**

As of the petition filing date, the claim is: $841.07    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.142** Priority creditor's name and mailing address
**Seanna Shaw**
**25744 Valley Park Terrace**
**Damascus, MD 20872**

As of the petition filing date, the claim is: $1,502.85    $1,502.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.37 | $630.37 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
|       | **Seveneh Jenkins**<br>**1709 Molly Dr.**<br>**Birmingham, AL 35235** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim: | | |
|       | Last 4 digits of account number | Is the claim subject to offset? | | |
|       | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,692.31 | $2,692.31 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
|       | **Shari Marotta**<br>**3601 Buckholt Street**<br>**Pearland, TX 77581** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim: | | |
|       | Last 4 digits of account number | Is the claim subject to offset? | | |
|       | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,249.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-------|
|       | **Shawna L Anderson**<br>**3629 Longridge Ct**<br>**Abingdon, MD 21009** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim: | | |
|       | Last 4 digits of account number | Is the claim subject to offset? | | |
|       | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.07 | $53.07 |
|-------|----------------------------------------------|-----------------------------------------------|--------|--------|
|       | **Sheila Hall**<br>**3145 Vera Valley Rd**<br>**Franklin, TN 37064** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim: | | |
|       | Last 4 digits of account number | Is the claim subject to offset? | | |
|       | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Shelby O'Brien**
3015 Apple Valley Ln
Birmingham, AL 35215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.10 | $323.10 |
|---|---|---|---|---|

**Sherae Smith**
100 Old York Rd Apt 904
Jenkintown, PA 19046

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,517.95 | $1,517.95 |
|---|---|---|---|---|

**Sophia Stewart**
3500 University Blvd N Apt 2632
Jacksonville, FL 32277

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $0.00 |
|---|---|---|---|---|

**Soufiane Faris**
1950 E 16th St M207
Newport Beach, CA 92663

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.151 | Priority creditor's name and mailing address<br>**Stephanie Sprague**<br>**3017 Chief Ridaught Tr**<br>**Middleburg, FL 32068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,038.46 | $2,038.46 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.152 | Priority creditor's name and mailing address<br>**Summer Powell**<br>**1036 Preakness Ct**<br>**Jacksonville, FL 32218** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,444.65 | $1,444.65 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.153 | Priority creditor's name and mailing address<br>**Takeria Whitehead**<br>**3062 Latimer Rd**<br>**Horn Lake, MS 38637** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,820.40 | $1,820.40 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.154 | Priority creditor's name and mailing address<br>**Tania Shuman**<br>**1157 Creeks Ridge Rd**<br>**Jacksonville, FL 32225** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,976.50 | $1,976.50 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,421.50 | $2,421.50 |
|---|---|---|---|---|
| | **Taysa Tehada-Fernandez**<br>**49 Arden Ave**<br>**New Castle, DE 19720** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,282.28 | $0.00 |
|---|---|---|---|---|
| | **Terry Crutch**<br>**PO Box 1161**<br>**Town Creek, AL 35672** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,606.55 | $3,606.55 |
|---|---|---|---|---|
| | **Theresa Holmes**<br>**118 Sunset Farms Rd**<br>**Coxs Creek, KY 40013** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,467.45 | $0.00 |
|---|---|---|---|---|
| | **Thomaria Dawkins**<br>**10730 Westonhill Dr.**<br>**San Diego, CA 92126** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document     Page 41 of 77

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,385.10 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Tina Bibee**<br>**469 Bentwood Ln Apt B**<br>**Orange Park, FL 32073** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.70 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Tyra Dunn**<br>**1535 45th St NE**<br>**Washington, DC 20019** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,744.45 | $1,744.45 |
| --- | --- | --- | --- | --- |
| | **Valerie O'Farrell**<br>**7322 Maple Walk Dr**<br>**Humble, TX 77346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.63 | $1,198.63 |
| --- | --- | --- | --- | --- |
| | **Victoria Gaytan**<br>**5901 Woodland Trace Blvd**<br>**Indianapolis, IN 46237** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.88 | $354.88 |
| --- | --- | --- | --- | --- |
| | **Victoria Hammer**<br>**8922 Driftstone Dr**<br>**Spring, TX 77379** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Wahid T Atmar**<br>**43489 Towngate Sq**<br>**Chantilly, VA 20152** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,423.08 | $2,423.08 |
| --- | --- | --- | --- | --- |
| | **Wesley Hammox**<br>**110 Old Stone Cir**<br>**Manchester, TN 37355** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.08 | $297.08 |
| --- | --- | --- | --- | --- |
| | **William Kitterman**<br>**4908 Fury Way**<br>**Louisville, KY 40258** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,115.38 | $3,115.38 |
|---|---|---|---|---|
| | **William Mazer**<br>**4542 Oak Bay Dr**<br>**Jacksonville, FL 32277** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,997.00 | $0.00 |
|---|---|---|---|---|
| | **Yohannes Eyob**<br>**9601 East Light Dr**<br>**Silver Spring, MD 20903** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $802.50 |
| | **Access Voice & Data Sol**<br>**1441 Lincoln Ave**<br>**Louisville, KY 40213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Acorn Belfort Park**<br>**4500 Salisbury Rd Ste 420**<br>**Jacksonville, FL 32216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **NOTICE ONLY**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.30 |
| | **Alaa Keliny**<br>**1031 Glastonbury Rd**<br>**Nashville, TN 37217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.22 |
|---|---|---|---|

**Alan Wynne**
**8031 SW 12th St**
**Topeka, KS 66615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.63 |
|---|---|---|---|

**Amanda Behn**
**7734 Trailwind Dr**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.52 |
|---|---|---|---|

**Amelia Aguilar**
**10075 Gate Pkwy N #309**
**Jacksonville, FL 32246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amerco Real Estate**
**2727 N Central Ave Ste 500**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,664.75 |
|---|---|---|---|

**Anago Cleaning Systems**
**7563 Phillips Hwy Bldv 300**
**Suite 301**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.78 |
|---|---|---|---|

**Angelia Daugherty**
**8111 Aspen Glen Dr**
**Louisville, KY 40228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,753.56 |
|---|---|---|---|

**AT&T**
**ATTN: BANKRUPTCY DEPT**
**4331 COMMUNICATIONS DR #4W**
**DALLAS, TX 75211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**AT&T**
**ATTN: BANKRUPTCY DEPT**
**4331 COMMUNICATIONS DR #4W**
**DALLAS, TX 75211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.90 |
|---|---|---|---|

**Atlas Alarms LLC**
**c/o Cornerstone Billing**
**PO Box 428**
**Bedford Park, IL 60499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.00 |
|---|---|---|---|

**AZJ Cleaning**
**1408 Ave H Apt 10**
**South Houston, TX 77587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,505.65 |
|---|---|---|---|

**BC Commercial Prop**
**1655 International Pl Dr Ste 205**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,556.71 |
|---|---|---|---|

**Belfort 3 Partner**
**c/o NAI Hallmark**
**6675 Corporate Center pkwy Ste 100**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.58 |
|---|---|---|---|

**Benita Spencer**
**4718 Bob Brill Rd**
**Bessemer, AL 35022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,028.30 |
|---|---|---|---|

**Boone Blvd Owner**
**PO Box 821332**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document    Page 46 of 77

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,842.50 |
|---|---|---|---|

**Boxwood Technology**
PO Box 677248
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.82 |
|---|---|---|---|

**Brandi Olds**
1669 Kirby Pkwy Suite 110
Memphis, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.00 |
|---|---|---|---|

**Brian Burbank**
607 E South A St
Gas City, IN 46933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.60 |
|---|---|---|---|

**Brian Towell**
1630 S Greystone Ct
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|---|

**Bridges for the Deaf**
935 Edgehill Ave
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,190.00 |
|---|---|---|---|

**Building Stars**
PO Box 419161
Saint Louis, MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Careerbuilder.com**
13047 Collection Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,278.15 |
|---|---|---|---|

**CEC 200 LLC**
**200 Continental Dr Ste 200**
**Newark, DE 19713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.09 |
|---|---|---|---|

**CGS Administrators**
**PO Box 957065**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.31 |
|---|---|---|---|

**Chad Hauseman**
**4609 Marsh Hawk Pl**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,310.00 |
|---|---|---|---|

**Chayn Mousa**
**13455 Cutten Rd Ste 1B**
**Houston, TX 77069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.00 |
|---|---|---|---|

**Chris Douglas Dickens - The Object**
**4825 Arroyo Tr**
**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.56 |
|---|---|---|---|

**Chris Pritchard**
**4010 DuPont Cir Ste 122**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Christin McCumber**
**32035 Joseph Rd**
**Hockley, TX 77447**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.52 |
|---|---|---|---|

**Christopher Debnam**
**5 Tender Ct**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.54 |
|---|---|---|---|

**Cirro Energy**
**Us Retailers LLC**
**PO Box 660004**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.21 |
|---|---|---|---|

**City Wide Maintenance Co Inc**
**15230 West 105th Terrace**
**Lenexa, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,027.08 |
|---|---|---|---|

**CNA Insurance**
**PO Box 74007619**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.36 |
|---|---|---|---|

**Comcast**
**PO Box 71211**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $862.36 |
|---|---|---|---|

**Comcast**
**PO Box 3001**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.26 |
|---|---|---|---|

**Comcast**
**PO Box 660618**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.09 |
|---|---|---|---|

**Comptroller of MD**
**Revenue Admin Division**
**110 Carroll St**
**Annapolis, MD 21411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Cooks Pest Control**
**PO Box 341898**
**Memphis, TN 38184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.30 |
|---|---|---|---|

**Cooper Pest Solutions**
**351 Lawrence Station Rd**
**Lawrence Township, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.10 |
|---|---|---|---|

**Crystal Springs**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.08 |
|---|---|---|---|

**Cube Smart**
**8585 Touchton Rd**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.55 |
|---|---|---|---|

**Cypress Creek Pest Control**
**PO Box 690548**
**Houston, TX 77269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.26 |
|---|---|---|---|

**Cyracom LLC**
**PO Box 74008083**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.00** |
|---|---|---|---|

**DAL Maintenance LLC**
Attn: Accts Dept.
Po Box 388
Kemah, TX 77565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.22** |
|---|---|---|---|

**David Yee**
3310 Lauren Oaks Ct
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,915.50** |
|---|---|---|---|

**DBL Law**
207 Thomas More Pkwy
Ft Mitchell, KY 41017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.29** |
|---|---|---|---|

**Deanna Sides**
2985 Old Brownsville Rd
Memphis, TN 38134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,850.00** |
|---|---|---|---|

**Delta Telephone and Cabling Inc**
2131 Espey Ct Suite 16
Crofton, MD 21114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,629.34** |
|---|---|---|---|

**Design Resource Cer**
PO Box 43565
Birmingham, AL 35243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.81** |
|---|---|---|---|

**Diana Whetstone**
29517 County Rd 10
Elkhart, IN 46514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $546.00 |
|------|---|---|---|

**DL Williams Electric Co Inc**
**11630 Columbia Park Dr E**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|------|---|---|---|

**Dr. Ammar Almasalkhi**
**18710 Brookeshade Ln**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,194.37 |
|------|---|---|---|

**Dr. Aneesa Keya**
**14400 Quietwood Terrace N**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|------|---|---|---|

**Dr. Bao**
**6699 Alvarado Rd. Ste 2306**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|------|---|---|---|

**Dr. Bertrand De Silva**
**4121 Brockton Ave Ste 104**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $938.47 |
|------|---|---|---|

**Dr. Giangreco MD**
**1741 Allerford Dr.**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,153.20 |
|------|---|---|---|

**Dr. Houman Dahi**
**501 Washington Stt Suite 725**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Dr. Imran Sharief**
**5114 E Crescent Dr.**
**Anaheim, CA 92807**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Dr. James Roth**
**1600 McArthur St**
**Manchester, TN 37355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,375.00** |
|---|---|---|---|

**Dr. Joshua Aaron MD**
**6 Angelica Dr**
**Avondale, PA 19311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Dr. Kunwar Vohra**
**Attn: Mark Anselment Ascension Ned**
**250 W 96th St Suite 520**
**Indianapolis, IN 46260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Dr. Mahmood Dweik**
**1412 Caine Hill Ct.**
**League City, TX 77573**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,650.00** |
|---|---|---|---|

**Dr. Mark Miller MD**
**3922 Clarks Meadow Dr**
**Glenwood, MD 21738**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.00** |
|---|---|---|---|

**Dr. Martha Hagaman**
**523 Sandpiper Cir**
**Nashville, TN 37221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
| --- | --- | --- | --- |

**Dr. Muhammad Zamar**
PO BOx 2285
Cordova, TN 38088

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
| --- | --- | --- | --- |

**Dr. Muhammed Niaz**
107 N Bridge St
Elkton, MD 21921

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,209.04 |
| --- | --- | --- | --- |

**Dr. R Dughly**
325 Hospital Dr
Glen Burnie, MD 21061

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
| --- | --- | --- | --- |

**Dr. Richard Hoffman**
8101 Hinson Farm Rd. Ste 306
Alexandria, VA 22306

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| --- | --- | --- | --- |

**Dr. Richard Parcinski**
4200 N Cloverleaf Dr Ste G
Saint Peters, MO 63376

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,588.50 |
| --- | --- | --- | --- |

**Dr. Salah Bagnoli**
3599 University Blvd S Ste 901
Jacksonville, FL 32216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,975.46 |
| --- | --- | --- | --- |

**Dr. Sangjin Oh MDF**
1412 Crain Hwy N Ste 6 A
Glen Burnie, MD 21061

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document     Page 54 of 77

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|------|---|---|---|

**Dr. Sorresso**
**200 Blue Indigo Ct**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|------|---|---|---|

**Dr. Strahil Atanasov**
**2814 Creek Bend Dr**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,898.70 |
|------|---|---|---|

**Dr. Syed Nabi MDF**
**157 Resource Center Pkwy Ste 115A**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|------|---|---|---|

**Dr. Toenjes**
**Attn: Erin Doty**
**1890 Linehouse St**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|------|---|---|---|

**Dr. Wojciech Ornowski**
**16105 La Salle St**
**South Holland, IL 60473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.02 |
|------|---|---|---|

**Eco-Pest Inc**
**814 Bay Star Blvd**
**Webster, TX 77598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.26 |
|------|---|---|---|

**Ecolab Inc**
**26252 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.37 |
|---|---|---|---|
| | **Erin Smith**<br>**14914 W 74th St**<br>**Shawnee, KS 66216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.07 |
|---|---|---|---|
| | **Evelyn Sulecki**<br>**90 W Mill Station Dr**<br>**Newark, DE 19711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,602.01 |
|---|---|---|---|
| | **FedEx**<br>**PO Box 660481**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.50 |
|---|---|---|---|
| | **Fein, Such, Kahn & Shepherd**<br>**7 Century Dr.**<br>**Suite 201**<br>**Parsippany, NJ 07054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,350.40 |
|---|---|---|---|
| | **Fire and Water LLC**<br>**c/o Hoffman Develpoment Co**<br>**727 Craig Rd Ste 100**<br>**Saint Louis, MO 63141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,403.03 |
|---|---|---|---|
| | **Florida Blue**<br>**4800 Deerwood Campus Pkwy**<br>**Corporate Cash Receipts 1-3**<br>**Jacksonville, FL 32246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,029.51 |
|---|---|---|---|
| | **Florida Combined Life Dental**<br>**Dept 1158**<br>**Po Box 121158**<br>**Dallas, TX 75312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Forrest Livingood**
1420 Litton Ave
Nashville, TN 37216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.81 |
|---|---|---|---|

**Gabriela Bija**
1412 Tampa Ct
Murfreesboro, TN 37129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.73 |
|---|---|---|---|

**GFL Environmental**
3301 Benson Dr. Ste 601
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,083.61 |
|---|---|---|---|

**Ghods Law Firm**
2100 N Broadway St
Ste 210
Santa Ana, CA 92706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.75 |
|---|---|---|---|

**Gregory Creason**
2819 Wood Haul Ct
League City, TX 77573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.02 |
|---|---|---|---|

**Henry Schein Inc**
PO Box 371952
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,028.30 |
|---|---|---|---|

**Hercules Houston Partner**
2660 Townsgate Rd Ste 130
Westlake Village, CA 91361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Hiller Companies**<br>**PO Box 935434**<br>**Atlanta, GA 31193** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$99.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Home Medical Products Inc.**<br>**232 State St**<br>**Jackson, TN 38301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$203.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address**<br>**I Dream of Cleaning**<br>**Shannon T Brown**<br>**2258 Cardinal Dr.**<br>**San Diego, CA 92123** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,300.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address**<br>**IN-9240 Meridian LLC**<br>**20416 Harper Ave**<br>**Harper Woods, MI 48225** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27,845.88** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address**<br>**Inga Sinyangwe**<br>**10 Hilary Cir**<br>**New Castle, DE 19720** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$480.52** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address**<br>**IPFS Corp**<br>**24722 Network Pl**<br>**Chicago, IL 60673** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,318.07** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address**<br>**Jacob Hutchinson**<br>**233 Brentwood Dr**<br>**Dry Ridge, KY 41035** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$158.09** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$183.41** |
|---|---|---|---|

**James Bowman**
**210 Hailey Ave**
**Brooklyn, MD 21225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,396.04** |
|---|---|---|---|

**Jan-Pro of Washington DC**
**10801 Main St Suite 100**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,628.00** |
|---|---|---|---|

**Jani-King of Birmingham**
**2469 Sunset Point Rd**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,623.90** |
|---|---|---|---|

**JEA**
**PO Box 45047**
**Jacksonville, FL 32232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$284.77** |
|---|---|---|---|

**Jeffrey Adams**
**PO Box 12695**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,175.56** |
|---|---|---|---|

**Jerry Lauch**
**Po Box A Q**
**Carmel by the Sea, CA 93921**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.58** |
|---|---|---|---|

**Johnny Fossett**
**8937 Yeaman Dr**
**Jacksonville, FL 32208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.74 |
|---|---|---|---|

**Johnson Controls Fire Protection**
**Dept CH 10320**
**Palatine, IL 60074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Jonathan Ronk**
**9619 Quarter Moon Dr**
**Pendleton, IN 46064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Joseph Riding**
**732 Fawn Rd**
**Newark, DE 19711**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.84 |
|---|---|---|---|

**Justin Burns**
**510 W Chelsea Dr #2**
**Ft Mitchell, KY 41017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.05 |
|---|---|---|---|

**Karen McLaurin**
**2 Timbermill Ln**
**Landenberg, PA 19350**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Kelly Carter**
**3914 Toreador Ct Bldg 4**
**Apt 6**
**Jacksonville, FL 32217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Kentuckiana Pulmonary**
**Dept 52937 PO Box 950154**
**Louisville, KY 40295**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|
| | **Kevin Higgins**<br>**44 Braid Hills Dr**<br>**Saint Charles, MO 63304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.17 |
|---|---|---|---|
| | **Kim Welch**<br>**16404 Eider St**<br>**Bowie, MD 20716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.00 |
|---|---|---|---|
| | **Kintisha Matthews**<br>**1121 Cimarron Tr**<br>**Birmingham, AL 35215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.70 |
|---|---|---|---|
| | **LegalShield**<br>**Po Box 2629**<br>**Ada, OK 74821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,614.58 |
|---|---|---|---|
| | **Lincoln FInancial Group**<br>**PO Box 0821**<br>**Carol Stream, IL 60132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.75 |
|---|---|---|---|
| | **Lisa Contino**<br>**4613 Statesmen Dr.**<br>**Indianapolis, IN 46250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.00 |
|---|---|---|---|
| | **Loyd Collis**<br>**185 Linwood Rd**<br>**Sterrett, AL 35147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.19 |
|-------|--------|--------|--------|

**Lynnette Turner**
**32 Hubbard Ln**
**Milton, KY 40045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|-------|--------|--------|--------|

**Manny Lopez**
**5353 Clapboard Creek Dr.**
**Jacksonville, FL 32226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $914.26 |
|-------|--------|--------|--------|

**Marion County Treasurer**
**PO Box 6145**
**Indianapolis, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.60 |
|-------|--------|--------|--------|

**Mark Fitzgerald**
**2240 Oscar Bradford Rd**
**Hayden, AL 35079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.14 |
|-------|--------|--------|--------|

**Marsha Wood**
**12911 Wooded Forest Rd**
**Louisville, KY 40243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.07 |
|-------|--------|--------|--------|

**Mary Galyan**
**8859 County Rd 350W**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.86 |
|-------|--------|--------|--------|

**Mary Hammond**
**928 Miller Ave**
**Shelbyville, KY 40065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Official Form 206 E/F
Schedule E/F: Creditors Who Have Unsecured Claims
Page 61 of 76

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document    Page 62 of 77

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,471.68 |
|---|---|---|---|

**Maryland Park Center**
**c/o Avison Young**
**700 12th Ave S Ste 302**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Matthew McGarvey**
**313 North St**
**Neptune Beach, FL 32266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,314.82 |
|---|---|---|---|

**McKesson**
**PO Box 933027**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,400.00 |
|---|---|---|---|

**Metropolitan Pulm & Sleep**
**290 NE Tudor Rd**
**Lees Summit, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.23 |
|---|---|---|---|

**Michael Bates**
**8702 Gunpowder Dr**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Mitchell**
**American Sleep Med**
**660 Kenilworth Dr Ste 203**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.96 |
|---|---|---|---|

**Mike Hoffman**
**213 Evergreen Ave**
**Newport, KY 41071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,578.77 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Montgomery Co MD**
PO Box 824860
Philadelphia, PA 19116

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.82 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Mr. Electric of Eastern Memphis**
1056 Dent
Eads, TN 38028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Mr. Electric of Louisville**
9014 Iona Ct
Louisville, KY 40291

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,145.33 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**MVAP Medical Supplies**
2001 Corporate Center Dr Ste 250
Newbury Park, CA 91320

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.87 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Neurosleep**
PO Box 166
Fairfax Station, VA 22039

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.90 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Nikki Lester**
PO box 333
Birmingham, AL 35242

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**North Shore Copier**
4300 Regency Dr.
Glenview, IL 60025

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**OCD Clean**
**2936 Landing Edge**
**Dickinson, TX 77539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.51 |
|---|---|---|---|

**Office Environment Company**
**1136 West Market St.**
**Louisville, KY 40203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,296.42 |
|---|---|---|---|

**Orchard Investment**
**660 Kennilworth Dr Ste 104**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.83 |
|---|---|---|---|

**Orkin**
**7046 Fairfield Business Center Dr**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.56 |
|---|---|---|---|

**Orkin Pest Control**
**529 Stuart St.**
**Jacksonville, FL 32254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,760.49 |
|---|---|---|---|

**Passport Health Communications**
**c/o Experian**
**PO Box 886133**
**Los Angeles, CA 90088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,000.00 |
|---|---|---|---|

**Paycor**
**4811 Montgomery Road**
**Cincinnati, OH 45212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.38 |
| --- | --- | --- | --- |

**PEPCO**
PO Box 13608
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
| --- | --- | --- | --- |

**Philips Medical Capital**
PO Box 92449
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,201.32 |
| --- | --- | --- | --- |

**Pitney Bowes**
PO Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,211.82 |
| --- | --- | --- | --- |

**PITNEY BOWES - PURCHASE POWER**
PO BOX 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,743.00 |
| --- | --- | --- | --- |

**Private Eyes Inc**
9080 Doluble Diamond Pkwy Ste C
Reno, NV 89521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,580.22 |
| --- | --- | --- | --- |

**Professional Towers**
c/o Sun Properties
4010 Dupont Cir Ste 700
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Quast Development**
3114 Hudnall Ln
Ft Mitchell, KY 41017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document     Page 66 of 77

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.89 |
|---|---|---|---|

**Queen Ester Barnes**
**239 Independence Way**
**Springfield, NJ 07081**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,816.04 |
|---|---|---|---|

**Randstad Professionals**
**PO Box 742689**
**Atlanta, GA 30374**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.18 |
|---|---|---|---|

**Red Force FIre and Security**
**1030-G West 23rd St**
**Independence, MO 64055**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.57 |
|---|---|---|---|

**Regina Scudder**
**2381 Campanion Cir**
**Jacksonville, FL 32224**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.77 |
|---|---|---|---|

**Reliance Standard Life Insurance**
**Attn: Accounting Dept**
**505 S Lenola Rd Ste 231**
**Moorestown, NJ 08057**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Reno Electric**
**728 El Monde Rd**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.47 |
|---|---|---|---|

**Resmed**
**Lockbox 534593**
**Atlanta, GA 30353**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.20 |
| --- | --- | --- | --- |
| | **Respironics**<br>**PO Box 405740**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415,625.00 |
| --- | --- | --- | --- |
| | **Respironics**<br>**PO Box 405740**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.06 |
| --- | --- | --- | --- |
| | **Ricoh USA 41602**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,458.47 |
| --- | --- | --- | --- |
| | **Ricoh USA, INC 827577**<br>**PO Box 827577**<br>**Philadelphia, PA 19182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.75 |
| --- | --- | --- | --- |
| | **RJ Young**<br>**PO Box 415000**<br>**Nashville, TN 37241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
| --- | --- | --- | --- |
| | **Robert Cole**<br>**3431 Putnam St**<br>**Falls Church, VA 22042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.24 |
| --- | --- | --- | --- |
| | **Robert Hodge**<br>**1060 Delaware**<br>**Imperial Beach, CA 91932** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,985.25** |
|---|---|---|---|
| | **Robert S. Griswold**<br>**C/o Griswold Real Estate Management, Inc**<br>**5703 Oberlin Dr Suite 300**<br>**San Diego, CA 92121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.65** |
|---|---|---|---|
| | **Roger Gilliam**<br>**1751 Drexal Rd.**<br>**Dundalk, MD 21222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$890.00** |
|---|---|---|---|
| | **Ron Daugherty**<br>**273 Prince Towne Dr**<br>**Saint Louis, MO 63141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Sabatco**<br>**2900 Brooktree Lane**<br>**Suite 100**<br>**Kansas City, MO 64119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sabatco LLC**<br>**c/o Copaken Brooks**<br>**1100 Walnut St Ste 2000**<br>**Kansas City, MO 64106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$527.76** |
|---|---|---|---|
| | **Safetouch**<br>**Jacksonville Division**<br>**9550 Sunbeam Center Drive**<br>**Jacksonville, FL 32257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,696.28** |
|---|---|---|---|
| | **Salter Labs**<br>**PO Box 639780**<br>**Cincinnati, OH 45263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**San Diego Police Department**
**Police Permit & Licensing - M5735**
**PO Box 121431**
**San Diego, CA 92112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Sandra Fleming**
**1952 Goodhaven Dr**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SBA- SMALL BUSINESS ADMIN**
**C/O US ATTY OFFICE**
**110 9TH AVE SO #A-961**
**NASHVILLE, TN 37203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **This is a forgivable PPP loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,918.58 |
|---|---|---|---|

**SBS Svcs Group Stratus Building So**
**c/o Stratus Building Solutions**
**PO Box 208299**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.00 |
|---|---|---|---|

**Scrypt, Inc.**
**PO Box 95290**
**Grapevine, TX 76099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.36 |
|---|---|---|---|

**Shari Misler**
**11 Tunica Pass Ct**
**Spring, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $586.83 |
|---|---|---|---|

**Sherses Williams**
**7732 Susan Dr S**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,023.70 |
| --- | --- | --- | --- |

**Shred-It USA-Chicago**
**28883 Network Pl**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,580.92 |
| --- | --- | --- | --- |

**Simon Levi Company**
**c/o Pacific Coast Commercial**
**10721 Treena St STe 200**
**San Diego, CA 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.20 |
| --- | --- | --- | --- |

**Simply Self Storage**
**4752 Hwy 280**
**Birmingham, AL 35255**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Sirote & Premutt**
**PO Box 55509**
**Birmingham, AL 35255**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
| --- | --- | --- | --- |

**Smith, Gambrell, & Russell LLP**
**1230 Peachtree Street**
**Suite 3100 Promenade**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,045.39 |
| --- | --- | --- | --- |

**Sparkletts**
**PO Box 660579**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,766.15 |
| --- | --- | --- | --- |

**SPBS Medical Equipment Sales**
**4431 Long Prairie Road**
**Suite 100**
**Flower Mound, TX 75028**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $489.47 |
|---|---|---|---|

**Spectrum Business**
PO Box 742616
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.67 |
|---|---|---|---|

**Spectrum Business**
PO Box 1060
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,372.07 |
|---|---|---|---|

**Staples Advantage**
Dept ATL
PO Box 105748
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Star Networx LLC**
PO Box 211436
Louisville, KY 40221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**Stark Exterminators**
PO Box 55148
Birmingham, AL 35255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,098.00 |
|---|---|---|---|

**Stinson Leonard Street**
Attn: Mark Jacobs
7700 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,330.74 |
|---|---|---|---|

**Stratus Building Solutions of Houston**
2537 S. Gessner Road #121
Houston, TX 77063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,921.40 |
| --- | --- | --- | --- |
| | Suburban Owner LLC<br>4600 Touchton Rd E Bldg 100 Ste 501<br>Jacksonville, FL 32246 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519.37 |
| --- | --- | --- | --- |
| | Talena Cawthon<br>13926 Ridgewick Dr<br>Jacksonville, FL 32218 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,601.64 |
| --- | --- | --- | --- |
| | TCP Partners<br>Attn: Accounting<br>1901 E Fourth St Ste 360<br>Santa Ana, CA 92705 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
| --- | --- | --- | --- |
| | TCS - Total Comfort Solutions, Inc.<br>4801 Executive Park Ct Bldg 200, Ste 203<br>Jacksonville, FL 32216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| --- | --- | --- | --- |
| | Teresa Lieb<br>727 Craig Rd<br>Suite 101<br>Saint Louis, MO 63141 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.02 |
| --- | --- | --- | --- |
| | Terminix Processing Center<br>PO Box 802155<br>Chicago, IL 60680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.75 |
| --- | --- | --- | --- |
| | The Salvo Law Group<br>185 Fairfield Avenue<br>Suite 3C/3D<br>Caldwell, NJ 07006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:21-bk-02741    Doc 10    Filed 09/10/21    Entered 09/10/21 12:15:14    Desc Main
Document     Page 73 of 77

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| --- | --- | --- | --- |
| | **Thomas Morton**<br>**10788 Glenhurst Dr**<br>**Independence, KY 41051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.08 |
| --- | --- | --- | --- |
| | **Tim Crutchfield**<br>**18800 S 47th W Ave**<br>**Mounds, OK 74047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.25 |
| --- | --- | --- | --- |
| | **Transworld Systems Inc. - TSI**<br>**PO Box 5511**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.89 |
| --- | --- | --- | --- |
| | **TriWest**<br>**VA Customer Service Attn: Refunds**<br>**PO Box 14491**<br>**Florence, SC 29502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $926.02 |
| --- | --- | --- | --- |
| | **TXU Energy**<br>**PO Box 650638**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.53 |
| --- | --- | --- | --- |
| | **UHC-United Healthcare**<br>**PO Box 94017**<br>**Palatine, IL 60094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.06 |
| --- | --- | --- | --- |
| | **ULINE**<br>**PO Box 88741**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.80 |
|---|---|---|---|

**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,547.08 |
|---|---|---|---|

**USAble Life**
**PO Box 204678**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.99 |
|---|---|---|---|

**Verizon New-internet only**
**PO Box 15124**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.85 |
|---|---|---|---|

**Verizon VIE**
**PO Box 660720**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,519.32 |
|---|---|---|---|

**Voelker Litigation Group**
**600 W. Jackson Blvd #100**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |
|---|---|---|---|

**Volatia**
**1327 Grandin Rd. SW**
**Roanoke, VA 24015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.40 |
|---|---|---|---|

**Watchlight Corporation/Alarm Rel**
**111 S. Marshall Ave**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,127.22 |
|---|---|---|---|

**Waterlogic**
**PO Box 677867**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,040.05 |
|---|---|---|---|

**Waystar aka ZirMed**
**1311 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.08 |
|---|---|---|---|

**Welders Supply**
**PO Box 21007**
**Louisville, KY 40221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.40 |
|---|---|---|---|

**Windstream Communications**
**PO Box 9001950**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,050.90 |
|---|---|---|---|

**WM Rickman Const**
**15215 Shady Grove Rd Ste 201**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Womack Industries, Inc.**
**131 Congressional Lane**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T**<br>**PO BOX 5019**<br>**Carol Stream, IL 60197** | Line  **3.10**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | American Sleep Medicine LLC | Case number (if known) | 3:21-bk-02741 |
|--------|---------------------------------|------------------------|---------------|
|        | Name |  |  |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| 4.2 | **AT&T**<br>**PO Box 5025**<br>**Carol Stream, IL 60197** | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **IRS**<br>**C/O US ATTY OFFICE**<br>**110 9TH AVE SO #A-961**<br>**NASHVILLE, TN 37203** | Line __2.61__<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|-------------|--------------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ 250,837.26 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,438,466.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,689,304.15 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy