Charles M. Walker
U.S. Bankruptcy Judge
        Dated: 1/7/2022



UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| In re:<br><br>AMERICAN SLEEP MEDICINE LLC<br><br>    Debtor. | Case No. 3:21-02741<br>Chapter 11<br>Judge WALKER<br><br>CHAPTER 11 DISCLOSURE STATEMENT<br>ON BEHALF OF CHAPTER 11 PLAN |

The Chapter 11 Debtor, has filed its Plan and Disclosure Statement pursuant to 11

U.S.C. §1123 & §1125 of the Bankruptcy Code and seek approval of the Disclosure Statement.

Accordingly, IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1.    February 7, 2022, is fixed as the last day for filing and serving in accordance with

Fed.R.Bankr.P.  3017(c) written objections to the Disclosure Statement.  A copy of any such

objection must be served on counsel for the Debtor at the address set forth below and on the

United States Trustee, 701 Broadway, Suite 318, Nashville, Tennessee 37203.

2.    The hearing on confirmation of the Plan and approval of the Disclosure

Statement

shall be held at 11:00 o'clock a.m. on February 16, 2022, at the U.S. Bankruptcy Court for the

Middle District of Tennessee, Via ZOOM - https://www.zoomgov.com/j/16086357633 Meeting

ID 160 8635 7633

        9.    Within three business days after entry of this Order, copies of this Order and the

Disclosure Statement shall be served by Debtor's counsel in accordance with Fed.R.Bankr.P.

3017(d) and Local Bankruptcy Rule 3017-1(a).

 It is so ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INTICATED AT THE TOP OF THE FIRST PAGE

Approved for Entry:

/s/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615)256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.