IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 Proceeding |
| AMERICAN SLEEP MEDICINE, LLC, | ) | Case No. 321-02741 |
| | ) | Charles M. Walker, Judge |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, my office sent a true and exact copy of the attached executed Order Scheduling Hearing on Adequacy of Chapter 11 Disclosure Statement (Docket No. 129) to the Debtor-in-possession and all creditors and parties-in-interest pursuant to the attached Mailing Matrix No. 2, by U.S. Mail, postage prepaid.

I further certify that on January 14, 2022, my office sent a true and exact copy of the attached executed Order Scheduling Hearing on Adequacy of Chapter 11 Disclosure Statement (Docket No. 129) , Chapter 11 Plan (Docket No. 126), and Chapter 11 Disclosure Statement (Docket No. 127) to the Debtor-in-possession, all secured creditors and the twenty (20) largest unsecured creditors pursuant to the attached Mailing Matrix No. 1, by U.S. Mail, postage prepaid.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ, PLLC

**/S/   STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone:  (615) 256-8300
Fax:     (615) 255-4516
Email:  slefkovitz@lefkovitz.com

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/7/2022



UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| In re: | Case No. 3:21-02741 |
|---|---|
| AMERICAN SLEEP MEDICINE LLC | Chapter 11 |
| Debtor. | Judge WALKER |
| | CHAPTER 11 DISCLOSURE STATEMENT ON BEHALF OF CHAPTER 11 PLAN |

The Chapter 11 Debtor, has filed its Plan and Disclosure Statement pursuant to 11 U.S.C. §1123 & §1125 of the Bankruptcy Code and seek approval of the Disclosure Statement. Accordingly, IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. <u>February 7, 2022</u>, is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P. 3017(c) written objections to the Disclosure Statement. A copy of any such objection must be served on counsel for the Debtor at the address set forth below and on the United States Trustee, 701 Broadway, Suite 318, Nashville, Tennessee 37203.

2. The hearing on confirmation of the Plan and approval of the Disclosure Statement

shall be held at 11:00 o'clock a.m. on <u>February 16, 2022</u> at the U.S. Bankruptcy Court for the

Middle District of Tennessee, Via ZOOM - https://www.zoomgov.com/j/16086357633 Meeting

ID 160 8635 7633

      9.    Within three business days after entry of this Order, copies of this Order and the

Disclosure Statement shall be served by Debtor's counsel in accordance with Fed.R.Bankr.P.

3017(d) and Local Bankruptcy Rule 3017-1(a).

 It is so ORDERED.

<u>THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INTICATED AT THE</u>
<u>TOP OF THE FIRST PAGE</u>

Approved for Entry:

/s/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615)256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

**MAILING MATRIX NO. 1**

Re:  American Sleep Medicine, LLC
     Chapter 11 No. 321-02741


American Sleep Medicine, LLC    (Debtor)
7900 Belfort Parkway, Suite 301
Jacksonville, FL 32256

IRS, Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

SBA - Small Business Administration
c/o U.S. Attorney's Office
110 9th Ave. S., Suite A-961
Nashville, TN 37203

ServisFirst Bank    (Secured Creditor)
c/o Austin McMullen, Esq.
1600 Division Street, Suite 600
Nashville, TN 37203

**MATRIX NO. 1 – 20 LARGEST UNSECURED CREDITORS**

AT&T
ATTN: BANKRUPTCY DEPT
4331 COMMUNICATIONS DR #4W
DALLAS TX 75211

BELFORT 3 PARTNER
C/O NAI HALLMARK
6675 CORP CTR PKY STE 100
JACKSONVILLE FL 32216

BOONE BLVD OWNER
PO BOX 821332
PHILADELPHIA PA 19182

CEC 200 LLC
200 CONTINENTAL DR STE 200
NEWARK DE 19713

CHAYN MOUSA
13455 CUTTEN RD STE 1B
HOUSTON TX 77069

DESIGN RESOURCE CER
PO BOX 43565
BIRMINGHAM AL 35243

FLORIDA BLUE
4800 DEERWOOD CAMPUS PKWY
CORPORATE CASH RECEIPTS 1-3
JACKSONVILLE FL 32246

GHODS LAW FIRM
2100 N BROADWAY ST
STE 210
SANTA ANA CA 92706

HERCULES HOUSTON PARTNER
2660 TOWNSGATE RD STE 130
WESTLAKE VILLAGE CA 91361

IN-9240 MERIDIAN LLC
20416 HARPER AVE
HARPER WOODS MI 48225

MARYLAND PARK CENTER
C/O AVISON YOUNG
700 12TH AVE S STE 302
NASHVILLE TN 37203

PASSPORT HEALTH COMMUNICATIONS
C/O EXPERIAN
PO BOX 886133
LOS ANGELES CA 90088

PAYCOR
4811 MONTGOMERY ROAD
CINCINNATI OH 45212

PROFESSIONAL TOWERS
C/O SUN PROPERTIES
4010 DUPONT CIR STE 700
LOUISVILLE KY 40207

RESPIRONICS
PO BOX 405740
ATLANTA GA 30384

RICOH USA, INC 827577
PO BOX 827577
PHILADELPHIA PA 19182

SERVISFIRST BANK
C/O AUSTIN MCMULLEN
1600 DIVISION ST STE 700
NASHVILLE TN 37203

SIMON LEVI COMPANY
C/O PACIFIC COAST COMMERCIAL
10721 TREENA ST STE 200
SAN DIEGO CA 92131

STAPLES ADVANTAGE
DEPT ATL
PO BOX 105748
ATLANTA GA 30348

WM RICKMAN CONST
15215 SHADY GROVE RD STE 201
ROCKVILLE MD 20850

MATRIX NO. 2 –
ALL CREDITORS AND
PARTIES-IN-
INTEREST

Case 3:21-bk-02741

LEFKOVITZ AND LEFKOVITZ, PLLC
618 CHURCH ST STE 410
NASHVILLE, TN 37219-2452

701 Broadway Room 170
Nashville, TN 37203-3979

American Sleep Medicine LLC
7900 Belfort Parkway, Suite 301
Jacksonville, FL 32256-6978

+

ServisFirst Bank
c/o Austin McMullen
Bradley Arant Boult Cummings, LLP
1600 Division St., Ste. 700
Nashville, TN 37203-2771

ABBY HOLMES
4930 WOODCOCK CIR
LOUISVILLE KY 40213-2332

BC Commercial Properties, LLC

Simon Levi Company. Ltd.
SL Cellars
9380 Sonoma Hwy
Kenwood, CA 95452-9032

ABIGAIL ASIS
12386 ACOSTA OAKS DR
JACKSONVILLE FL 32258-4223

ACORN BELFORT PARK
4500 SALISBURY RD STE 420
JACKSONVILLE FL 32216-0959

ADEANO CORELLA
7 SAN MIEGUEL DR APT E
SAINT CHARLES MO 63303-3265

ALAA KELINY
1031 GLASTONBURY RD
NASHVILLE TN 37217-1744

ALICIA HUTTON
7300 WINTERGREEN CT
GREENBELT MD 20770-2471

ALONA DUNN
841 XENIA ST SE
WASHINGTON DE 20032-3971

AMANDA WALLACE
5701 BRIARWICK CT
HERMITAGE TN 37076-4408

AMERCO REAL ESTATE
2727 N CENTRAL AVE STE 500
PHOENIX AZ 85004-1120

ANA SANCHEZ
5107 CAMELLIA CIR S
JACKSONVILLE FL 32207-7024

ANGELIA DAUGHERTY
8111 ASPEN GLEN DR
LOUISVILLE KY 40228-3424

ANGELICA MORENO
11735 GENWAY DR
HOUSTON TX 77070-2845

ANGELIQUE JACKSON
3401 PRIMM LN APT B
BIRMINGHAM AL 35216-5632

ANTHONY J ARDON
22845 CLIMBING ROSE DR
MORENO VALLEY CA 92557-6042

AT&T
ATTN: BANKRUPTCY DEPT
4331 COMMUNICATIONS DR #4W
DALLAS TX 75211-1300

AT&T
PO BOX 5019
Carol Stream IL 60197-5019

AT&T
PO Box 5025
Carol Stream IL 60197-5025

AUTUMN LOVE
1179 ABERNATHY RD
ASHLAND CITY TN 37015-4724

AZJ Cleaning
1408 Ave H Apt 10
South Houston TX 77587-4657

Access Voice & Data Sol
1441 Lincoln Ave
Louisville KY 40213-1836

Aetna, Inc.
Aaron G. McCollough
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601-1818

Alona Dunn
841 Xenia St SE
Washington, DC 20032-3971

Anago Cleaning Systems
7563 Phillips Hwy Bldv 300
Suite 301
Jacksonville FL 32256-6858

| | | |
|---|---|---|
| Atlas Alarms LLC<br>c/o Cornerstone Billing<br>PO Box 428<br>Bedford Park IL 60499-0428 | BAYLEE GABBARD<br>5439 W 300 N<br>SHARPSVILLE IN 46068-9131 | BC COMMERCIAL PROP<br>1655 INTERNATIONAL PL DR STE 205<br>MEMPHIS TN 38120-1435 |
| BC Commercial Properties, LLC<br>c/o Dinkelspiel Rasmussen & Mink<br>1669 Kirby Parkway, Suite 106<br>Memphis, TN 38120-4397 | BELINDA DAVIS<br>6984 LONGLEAF BRANCH DR<br>JACKSONVILLE FL 32222-4132 | BENITA SPENCER<br>4718 BOB BRILL RD<br>BESSEMER AL 35022-3603 |
| BRADLEY SAPP<br>2861 GEORGETOWN DR<br>BIRMINGHAM AL 35216-5003 | BRANDI OLDS<br>1669 KIRBY PKWY SUITE 110<br>MEMPHIS TN 38120-4397 | BRIAN BURBANK<br>607 E SOUTH A ST<br>GAS CITY IN 46933-2004 |
| BRIAN TOWELL<br>1630 S GREYSTONE CT<br>BLOOMINGTON IN 47401-6583 | BRIANNA RUSH<br>2760 MAYPORT RD BOX #87<br>ATLANTIC BEACH FL 32233-6620 | Bagnoli and Salah Partnership<br>3599 University Blvd. S.<br>Suite 901<br>Jacksonville, FL 32216-4269 |
| Boxwood Technology<br>PO Box 677248<br>Dallas TX 75267-7248 | Bridges for the Deaf<br>935 Edgehill Ave<br>Nashville TN 37203-4990 | Building Stars<br>PO Box 419161<br>Saint Louis MO 63141-9161 |
| CAMILA OLCESE<br>4 WEST NELSON AVE<br>ALEXANDRIA VA 22301-2061 | CANDYCE NEWSON<br>1718 PORT OAK PL<br>MEMPHIS TN 38120-4570 | CARRIE HANEY<br>8048 CUMBERLAND GAP TRL N<br>JACKSONVILLE FL 32244-4862 |
| CASSANDRA CHANN<br>7237 OAKWOOD DR<br>JACKSONVILLE FL 32211-7653 | CGS ADMINISTRATORS<br>PO BOX 957065<br>SAINT LOUIS MO 63195-7065 | CHAD HAUSEMAN<br>4609 MARSH HAWK PL<br>PONTE VEDRA BEACH FL 32082-3027 |
| CNA Insurance<br>PO Box 74007619<br>Chicago IL 60674-7619 | COUNTY OF ORANGE TREASURER-TAX COLLECTOR<br>PO BOX 4515<br>SANTA ANA CA 92702-4515 | Careerbuilder.com<br>13047 Collection Center Dr<br>Chicago IL 60693-0001 |
| Charles Mercado<br>1398 Anthony Mill Rd<br>Tullahoma, TN 37388-5907 | Cheryl Sefraoui<br>19111 Edens Dawn Dr<br>Tomball, TX 77375-1814 | Chris Douglas Dickens - The Object<br>4825 Arroyo Tr<br>Louisville KY 40229-2877 |
| Chris Pritchard<br>4010 DuPont Cir Ste 122<br>Louisville KY 40207-4842 | Christin McCumber<br>32035 Joseph Rd<br>Hockley, TX 77447-7049 | Christopher Debnam<br>5 Tender Ct<br>Wilmington, DE 19808-3671 |

| | | |
|---|---|---|
| Christopher Staley<br>114 3rd Ave<br>Mount Pleasant, TN 38474-1212 | Cirro Energy<br>Us Retailers LLC<br>PO Box 660004<br>Dallas TX 75266-0004 | City Wide Maintenance Co Inc<br>15230 West 105th Terrace<br>Lenexa KS 66219-1229 |
| Comcast<br>PO Box 3001<br>Southeastern PA 19398-3001 | Comcast<br>PO Box 660618<br>Dallas TX 75266-0618 | Comcast<br>PO Box 71211<br>Charlotte NC 28272-1211 |
| (p)COMPTROLLER OF MAYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2396 | Connie Sevinsky<br>1300 Atlantic Blvd #1903<br>Jacksonville, FL 32225 | Cooks Pest Control<br>PO Box 341898<br>Memphis TN 38184-1898 |
| Cooper Pest Solutions<br>351 Lawrence Station Rd<br>Lawrence Township NJ 08648-2695 | Coral Baylor<br>1389 Southshore Dr.<br>Fleming Island, FL 32003-7014 | Corron Wilson<br>18034 Cottage Garden Dr<br>Germantown, MD 20874-5829 |
| Corvon Jordan<br>5047 Louisiana St<br>Saint Louis, MO 63111-1618 | Cristina Gendive<br>7347 Hielo Dr<br>Jacksonville, FL 32211-4273 | Crystal Springs<br>PO Box 660579<br>Dallas TX 75266-0579 |
| Cube Smart<br>8585 Touchton Rd<br>Jacksonville FL 32216-1154 | Cypress Creek Pest Control<br>PO Box 690548<br>Houston TX 77269-0548 | Cyracom LLC<br>PO Box 74008083<br>Chicago IL 60674-8083 |
| DAL Maintenance LLC<br>Attn: Accts Dept.<br>Po Box 388<br>Kemah TX 77565-0388 | DBL Law<br>207 Thomas More Pkwy<br>Ft Mitchell KY 41017-3423 | DL Williams Electric Co Inc<br>11630 Columbia Park Dr E<br>Jacksonville FL 32258-2492 |
| Dalila Goss<br>12008 Winding Creek Way<br>Germantown, MD 20874-1957 | Damali Blackwood<br>6962 Clearwater Pk Ct N<br>Jacksonville, FL 32244-7810 | Daniel Fleri<br>713 Plaza Dr<br>O Fallon, MO 63366-3031 |
| Darrisa Daniels<br>4090 Hodges Blvd Unit 1810<br>Jacksonville, FL 32224-4217 | Darrius Hill<br>496 Pickett Dr<br>Memphis, TN 38109-7365 | David Yount<br>15101 Falconbridge Terrace<br>Gaithersburg, MD 20878-3410 |
| Dayna Terrell<br>1142 Akers Dr<br>Jacksonville, FL 32225-8302 | Deanna Martin<br>3344 Schofield Ave<br>Indianapolis, IN 46218-1955 | Deanna Sides<br>2985 Old Brownsville Rd<br>Memphis TN 38134-8547 |

Delta Telephone and Cabling Inc
2131 Espey Ct Suite 16
Crofton MD 21114-2471

Design Resource Center, LLC
PO Box 43565
Birmingham, AL 35243-0565

Diana Gover
5918 Woods Rd
Stewartstown, PA 17363-9467

Diana Whetstone
29517 County Rd 10
Elkhart, IN 46514-8734

Dr. Ammar Almasalkhi
18710 Brookeshade Ln
Louisville KY 40245-6221

Dr. Aneesa Keya
14400 Quietwood Terrace N
Gaithersburg MD 20878-4814

Dr. Bao
6699 Alvarado Rd. Ste 2306
San Diego CA 92120-5241

Dr. Bertrand De Silva
4121 Brockton Ave Ste 104
Riverside CA 92501-3442

Dr. Giangreco MD
1741 Allerford Dr.
Hanover MD 21076-1798

Dr. Houman Dahi
501 Washington Stt Suite 725
San Diego CA 92103-2241

Dr. Imran Sharief
5114 E Crescent Dr.
Anaheim CA 92807-3629

Dr. James Roth
1600 McArthur St
Manchester TN 37355-2522

Dr. Joshua Aaron MD
6 Angelica Dr
Avondale PA 19311-1325

Dr. Kunwar Vohra
Attn: Mark Anselment Ascension Ned
250 W 96th St Suite 520
Indianapolis IN 46260-1317

Dr. Mahmood Dweik
1412 Caine Hill Ct.
League City TX 77573-9042

Dr. Mark Miller MD
3922 Clarks Meadow Dr
Glenwood MD 21738-9321

Dr. Martha Hagaman
523 Sandpiper Cir
Nashville TN 37221-4387

Dr. Muhammad Zamar
PO BOx 2285
Cordova TN 38088-2285

Dr. Muhammed Niaz
107 N Bridge St
Elkton MD 21921-5326

Dr. R Dughly
325 Hospital Dr
Glen Burnie MD 21061-5860

Dr. Richard Hoffman
8101 Hinson Farm Rd. Ste 306
Alexandria VA 22306-3407

Dr. Richard Parcinski
4200 N Cloverleaf Dr Ste G
Saint Peters MO 63376-6436

Dr. Salah Bagnoli
3599 University Blvd S Ste 901
Jacksonville FL 32216-7420

Dr. Sangjin Oh MDF
1412 Crain Hwy N Ste 6 A
Glen Burnie MD 21061-7000

Dr. Sorresso
200 Blue Indigo Ct
Ponte Vedra Beach FL 32082-6543

Dr. Strahil Atanasov
2814 Creek Bend Dr
Friendswood TX 77546-6038

Dr. Syed Nabi MDF
157 Resource Center Pkwy Ste 115A
Birmingham AL 35242-8134

Dr. Toenjes
Attn: Erin Doty
1890 Linehouse St
Ponte Vedra Beach FL 32082

Dr. Wojciech Ornowski
16105 La Salle St
South Holland IL 60473-2064

Eco-Pest Inc
814 Bay Star Blvd
Webster TX 77598-1528

| | | |
|---|---|---|
| Ecolab Inc<br>26252 Network Pl<br>Chicago IL 60673-1262 | Edna Brown<br>4150 S Germantown Rd<br>Memphis, TN 38125-2623 | Elena Desiatkin<br>1554 E Hastings Way<br>Placentia, CA 92870-7470 |
| Elisha Battle<br>36 Colby Ave<br>Claymont, DE 19703-2708 | Emma Wallis<br>2115 West Aventura Way Apt 1311<br>Saint Louis, MO 63146-3090 | Eric Johnson<br>7037 N College St<br>Indianapolis, IN 46220-1088 |
| Erin Smith<br>14914 W 74th St<br>Shawnee, KS 66216-5516 | Erta Hysesani<br>9595 Amarante Cir Unit 14<br>Jacksonville, FL 32257-2405 | Eugene Lecompte<br>540 Dovedale Ln<br>Alvin, TX 77511-5433 |
| Evelyn Sulecki<br>90 W Mill Station Dr<br>Newark, DE 19711-7476 | FedEx<br>PO Box 660481<br>Dallas TX 75266-0481 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 |
| Fein, Such, Kahn & Shepherd<br>7 Century Dr.<br>Suite 201<br>Parsippany NJ 07054-4673 | Feyintola Iroko<br>754 Maury Ave<br>Oxon Hill, MD 20745-2841 | Fire & Water, LLC<br>c/e E. Rebecca Case<br>Stone Leyton & Gershman PC<br>7733 Forsyth Blvd #500<br>St. Louis, MO 63105-1817 |
| Florence Coles<br>13990 Bartram Park Blvd Apt 718<br>Jacksonville, FL 32258-5549 | Florida Blue<br>4800 Deerwood Campus Pkwy<br>Corporate Cash Receipts 1-3<br>Jacksonville FL 32246-6498 | Florida Combined Life Dental<br>Dept 1158<br>Po Box 121158<br>Dallas TX 75312-1158 |
| Forrest Livingood<br>1420 Litton Ave<br>Nashville, TN 37216-3843 | Francis Severin<br>3418 Horncastle Ct<br>Pearland, TX 77584-9815 | GFL Environmental<br>3301 Benson Dr. Ste 601<br>Raleigh NC 27609-7331 |
| Gabriela Bija<br>1412 Tampa Ct<br>Murfreesboro, TN 37129-4292 | Geron Canidate<br>1037 Rolling Hills Dr. #5<br>Anaheim, CA 92805 | Ghods Law Firm<br>2100 N Broadway St<br>Ste 210<br>Santa Ana CA 92706-2624 |
| Gilberto Urriola-Brewster<br>3942 Waterford Oaks Dr<br>Orange Park, FL 32065 | Golfam Javanoskooei<br>302 E Joppa Rd Apt 1804<br>Towson, MD 21286-4112 | Gregory Creason<br>2819 Wood Haul Ct<br>League City, TX 77573-5723 |
| Guadalupe Arredondo<br>1410 Hankamer<br>Pasadena, TX 77506-3742 | Gwyneth Mercado-Perez<br>1591 Lane Ave S, F-201<br>Jacksonville, FL 32210-1560 | Hayley Harman<br>2 Spiveys Ct<br>Ormond Beach, FL 32174-8468 |

| | | |
|---|---|---|
| Heather Larrabee<br>450 Misty Patch Rd.<br>Coatesville, PA 19320-4613 | Heather Sweat<br>5704 Gasparilla Park Ct<br>Jacksonville, FL 32244-4530 | Hector Trinidad-Abreu<br>6102 Sage Willow Way<br>Jacksonville, FL 32244-0401 |
| Helen Le<br>7360 Sterling Ave Apt 29<br>San Bernardino, CA 92410-4261 | Helena Pacheco<br>4400 Whitmer Dr #10<br>Woodbridge, VA 22193-2933 | Henry Schein Inc<br>PO Box 371952<br>Pittsburgh PA 15250-7952 |
| Hiller Companies<br>PO Box 935434<br>Atlanta GA 31193-5434 | Holly Petranick<br>2610 State Rd A1A #306<br>Atlantic Beach, FL 32233-2889 | Home Medical Products Inc.<br>232 State St<br>Jackson TN 38301-5744 |
| I Dream of Cleaning<br>Shannon T Brown<br>2258 Cardinal Dr.<br>San Diego CA 92123-3707 | IPFS Corp<br>24722 Network Pl<br>Chicago IL 60673-1247 | (p)UNITED STATES ATTORNEY'S OFFICE<br>110 NINTH AVENUE SOUTH<br>SUITE A-961<br>NASHVILLE TN 37203-3870 |
| IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Inga Sinyangwe<br>10 Hilary Cir<br>New Castle, DE 19720-8618 | JEA<br>PO Box 45047<br>Jacksonville, FL 32232-5047 |
| Jacob Hutchinson<br>233 Brentwood Dr<br>Dry Ridge, KY 41035-7001 | Jacqueline Lyons<br>17573 Shale Dr<br>Hagerstown, MD 21740-2043 | Jacqueline Rodriguez<br>385 S Manchester Ave Apt 4104<br>Orange, CA 92868-3266 |
| Jaime Gonzalez<br>7447 Eastpoint Blvd<br>Baytown, TX 77521-2965 | James Yap<br>36 Quail Creek Ln<br>Pomona, CA 91766-4824 | Jani-King of Birmingham<br>2469 Sunset Point Rd<br>Clearwater, FL 33765-1526 |
| JeAnna Lane<br>1775 Bluejay Dr<br>Middleburg, FL 32068-3609 | Jeanette Olney<br>38 Sassafras Ct<br>Brandenburg, KY 40108-9299 | Jeffrey Adams<br>PO Box 12695<br>Kansas City, MO 64116-0695 |
| Jennifer D Campos<br>304 Dunwick Ln<br>Pasadena, TX 77502-4526 | Jennifer Johnson<br>140 N Sunshine #1<br>El Cajon, CA 92020-3464 | Jennifer Sparrenberger<br>8293 Wintersgate<br>Olive Branch, MS 38654-1213 |
| Jennipher Sergent<br>1666 Ponderosa Pine Dr W<br>Jacksonville, FL 32225-3504 | Jerry Lauch<br>129 Pearl St<br>Jeffersonville, IN 47130-3333 | Jerry Lauch<br>Po Box A Q<br>Carmel by the Sea, CA 93921-0357 |

| | | |
|---|---|---|
| John Carpenter<br>7106 Rudisill Ct<br>Windsor Mill, MD 21244-3538 | John Jackson<br>2739 Midland Crossing Ct<br>Maryland Heights, MO 63043-1959 | John Moceyunas<br>368 W Blackjack Branch Way<br>Saint Johns, FL 32259-1905 |
| Johnson Controls Fire Protection<br>Dept CH 10320<br>Palatine, IL 60074 | Jonathan Ronk<br>9619 Quarter Moon Dr<br>Pendleton, IN 46064-9464 | Jordan Martin<br>506 Big Horn Dr<br>League City, TX 77573-7488 |
| Joseph Riding<br>732 Fawn Rd<br>Newark, DE 19711-2411 | Josephina Kim<br>32 Hobb Ct<br>Perry Hall, MD 21128-9683 | Julia Ramos<br>5225 Pooks Hill Rd<br>Bethesda, MD 20814-2052 |
| Justin Burns<br>510 W Chelsea Dr #2<br>Ft Mitchell, KY 41017-1829 | Kaitlyn Martin<br>6617 Ovington Rd<br>Jacksonville, FL 32216-2629 | Kallie Goetz<br>5130 Bluff Springs Cove<br>Arlington, TN 38002-4811 |
| Karen McLaurin<br>2 Timbermill Ln<br>Landenberg, PA 19350-9138 | Katelynn Bohannon<br>2541 Woodlawn Rd.<br>Shelbyville, KY 40065-9339 | Kathleen Lawler<br>6282 Rolling Tree St<br>Jacksonville, FL 32222-1493 |
| Kayla N Alston<br>711 N Wedgewood St<br>Baltimore, MD 21229 | Kaziah Hernandez<br>66715 Hacienda Ave<br>Desert Hot Springs, CA 92240-5863 | Keisha Thornton<br>1903 Woodbourne Ave<br>Baltimore, MD 21239-3639 |
| Kelli Cooper<br>1119 W 7th St<br>Wilmington, DE 19805-3219 | Kelly Carter<br>3914 Toreador Ct Bldg 4<br>Apt 6<br>Jacksonville, FL 32217-3023 | Kelly Cummings<br>13 Aspen Pl<br>Bellmawr, NJ 08031-1804 |
| Kelly Wooten<br>19620 Waters Rd Apt 3-414<br>Germantown, MD 20874-2610 | Kenia Montes<br>2130 W 12th St<br>Santa Ana, CA 92703-1928 | Kennedy Obert<br>1029 S Booth Ln<br>Alvin, TX 77511-3304 |
| Kenney Martinez<br>1100 Anchorage St<br>Wilmington, DE 19805-4718 | Kentuckiana Pulmonary<br>Dept 52937 PO Box 950154<br>Louisville KY 40295-0154 | Kevin Higgins<br>44 Braid Hills Dr<br>Saint Charles, MO 63304 |
| Kharissa Linares<br>14935 Spring St<br>Fontana, CA 92335-8015 | Kim Welch<br>16404 Eider St<br>Bowie, MD 20716-3241 | Kintisha Matthews<br>1121 Cimarron Tr<br>Birmingham, AL 35215-8401 |

| | | |
|---|---|---|
| Kristin Harmon<br>8260 Country Squire Pl #7<br>Cordova, TN 38018-8062 | Kyle McKillip<br>232 Avenida Victoria B<br>San Clemente, CA 92672 | Kyle Morrison<br>1072 Rocky Springs Rd.<br>Frederick, MD 21702-8239 |
| Laura Glenn<br>5280 Little Mountain Dr N14<br>San Bernardino, CA 92407-4937 | Lawrence Southern<br>85758 Black Tern Dr<br>Yulee, FL 32097-2667 | Lee Thomas<br>3035 McVay Tr Dr<br>Memphis, TN 38119-8721 |
| Lily Westerlin<br>2326 Pin Hook Ct<br>Seabrook, TX 77586-3348 | Lincoln FInancial Group<br>PO Box 0821<br>Carol Stream, IL 60132-0821 | Lisa Contino<br>4613 Statesmen Dr.<br>Indianapolis, IN 46250-4274 |
| Lori Chew<br>227 N Washington<br>Knightstown, IN 46148-1153 | Lori Lopez<br>5353 Clapboard Creek<br>Jacksonville, FL 32226-4775 | Loyd Collis<br>185 Linwood Rd<br>Sterrett, AL 35147-7009 |
| Lyle Day<br>202 Cusick Ct<br>Murfreesboro, TN 37128-3766 | Lynnette Turner<br>32 Hubbard Ln<br>Milton, KY 40045-8336 | MARION COUNTY TREASURER<br>MARION COUNTY TREASURER BANKRUPTCY<br>200 E WASHINGTON ST STE 1041<br>INDIANAPOLIS IN 46204-3318 |
| MVAP Medical Supplies<br>2001 Corporate Center Dr Ste 250<br>Newbury Park, CA 91320-1429 | Madalyn Montes<br>4403 Knightsbridge Blvd<br>Sugar Land, TX 77479-2946 | Manny Lopez<br>5353 Clapboard Creek Dr.<br>Jacksonville, FL 32226-4775 |
| Marion County Treasurer<br>PO Box 6145<br>Indianapolis, IN 46206-6145 | Marisela Sanchez<br>453 N Emerald Dr<br>Orange, CA 92868-2120 | Maritza Mendiola-Flores<br>731 8th Ave<br>Wilmington, DE 19808-4921 |
| Mark Borgel<br>204 Redmar Blvd<br>Radcliff, KY 40160-1423 | Mark Fitzgerald<br>2240 Oscar Bradford Rd<br>Hayden, AL 35079-8211 | Marlon Sampson<br>3511 Dunedin Dr Apt 102<br>Chesapeake, VA 23321-5013 |
| Marsha Wood<br>12911 Wooded Forest Rd<br>Louisville, KY 40243-2092 | Mary Galyan<br>8859 County Rd 350W<br>Fishers, IN 46038 | Mary Hammond<br>928 Miller Ave<br>Shelbyville, KY 40065-1621 |
| Mary Oliver<br>1698 Ponderosa Pine Dr W<br>Jacksonville, FL 32225-3504 | Matthew McGarvey<br>313 North St<br>Neptune Beach, FL 32266-5070 | McKenzie Foster<br>6504 Fernill Ct<br>Louisville, KY 40291-1990 |

| | | |
|---|---|---|
| McKesson<br>PO Box 933027<br>Atlanta, GA 31193-3027 | McKesson Medical-Surgical, Inc.<br>6651 Gate Parkway<br>Jacksonville, FL 32256-8075 | Meghan Thompson<br>44 History Ct<br>44 HISTORY CT<br>WENTZVILLE, MO 63385-6307 |
| Meghan Thompson<br>44 History Ct<br>Wentzville, MO 63385-6307 | Melissa Coleman<br>170 Sharpe St.<br>Sterrett, AL 35147-9535 | Metropolitan Pulm & Sleep<br>290 NE Tudor Rd<br>Lees Summit MO 64086-5696 |
| Michael Bates<br>8702 Gunpowder Dr<br>Indianapolis, IN 46256-1318 | Michele Fucci<br>5541 Greatpine Lane N<br>Jacksonville, FL 32244-6202 | Michelle Hutson<br>1327 Lake Asbury Dr<br>Green Cove Springs, FL 32043-9558 |
| Mike Hoffman<br>213 Evergreen Ave<br>Newport, KY 41071-3117 | Miranda Wyatt<br>4825 Sherburn Ln #110<br>Louisville, KY 40207-4121 | Monica Paire<br>1128 West Cross St<br>Baltimore, MD 21230-2518 |
| Montgomery Co MD<br>PO Box 824860<br>Philadelphia, PA 19182-4860 | Mr. Electric of Eastern Memphis<br>1056 Dent<br>Eads, TN 38028-9795 | Mr. Electric of Louisville<br>9014 Iona Ct<br>Louisville, KY 40291-3046 |
| Neurosleep<br>PO Box 166<br>Fairfax Station, VA 22039-0166 | Nichole Leno<br>7200 Powers Ave Apt 75<br>Jacksonville, FL 32217-3718 | Nikki Lester<br>PO box 333<br>Birmingham, AL 35201-0333 |
| OCD Clean<br>2936 Landing Edge<br>Dickinson, TX 77539-6254 | Odette Toro Alvarez<br>13322 Tropic Egret Dr<br>Jacksonville, FL 32224-1333 | Office Environment Company<br>1136 West Market St.<br>Louisville, KY 40203-1438 |
| Omar Ramirez<br>564 Arizona St Apt 114<br>Chula Vista, CA 91911-1777 | Orchard Investment<br>660 Kennilworth Dr Ste 104<br>Towson, MD 21204-2353 | Orkin Pest Control<br>529 Stuart St.<br>Jacksonville, FL 32254-3498 |
| PEPCO<br>PO Box 13608<br>Philadelphia, PA 19101-3608 | PITNEY BOWES - PURCHASE POWER<br>PO BOX 371874<br>Pittsburgh, PA 15250-7874 | Pamela Starr<br>2318 Tavener Dr<br>Louisville, KY 40242-4001 |
| Paycor, Inc.<br>4811 Montgomery Road<br>Cincinnati, OH 45212-2163 | Penn Martin<br>2655 College St<br>Jacksonville, FL 32204-3505 | Peyton Machado<br>10010 Skinner Lake Dr #232<br>Jacksonville, FL 32246-8411 |

| | | |
|---|---|---|
| Philips Medical Capital<br>PO Box 92449<br>Cleveland, OH 44193-0003 | Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton CT 06484-4361 |
| Private Eyes Inc<br>9080 Doluble Diamond Pkwy Ste C<br>Reno, NV 89521-2801 | Quast Development<br>3114 Hudnall Ln<br>Ft Mitchell, KY 41017-2321 | Queen Ester Barnes<br>239 Independence Way<br>Springfield, NJ 07081-2631 |
| RESMED CORP<br>C O JONATHAN NEIL & ASSOC INC<br>PO BOX 7000<br>TARZANA CA 91357-7000 | RJ Young<br>PO Box 415000<br>Nashville TN 37241-5000 | ROCHELLE RENEISHA POTTINGER<br>5601 EDENFIELD RD APT 405<br>JACKSONVILLE FL 32277-9424 |
| Rajko Kovacevic<br>316 Walnut St<br>Waynesboro, PA 17268-2045 | Randstad Professionals<br>PO Box 742689<br>Atlanta, GA 30374-2689 | Rebecca Kpagbi<br>19853 Century Blvd Apt 203<br>Germantown, MD 20874-9130 |
| Rebekah Wolverton<br>5729 Main St<br>Mount Jackson, VA 22842-9416 | Red Force FIre and Security<br>1030-G West 23rd St<br>Independence, MO 64055-1157 | Regina Scudder<br>2381 Campanion Cir<br>Jacksonville, FL 32224-1381 |
| Reliance Standard Life Insurance<br>Attn: Accounting Dept<br>505 S Lenola Rd Ste 231<br>Moorestown, NJ 08057-1549 | Renee Wallace<br>25 Millswood Dr<br>Clarksville, TN 37042-3460 | Reno Electric<br>728 El Monde Rd<br>El Cajon, CA 92020-2406 |
| Resmed<br>Lockbox 534593<br>Atlanta GA 30353-4593 | Respironics<br>PO Box 405740<br>Atlanta GA 30384-5700 | Richard Robb<br>115 Drew Ln<br>Bell Buckle, TN 37020-4566 |
| Ricoh USA 41602<br>PO Box 41602<br>Philadelphia PA 19101-1602 | Ricoh USA, INC 827577<br>PO Box 827577<br>Philadelphia PA 19182-7577 | Robert Cole<br>3431 Putnam St<br>Falls Church, VA 22042-3727 |
| Robert Hodge<br>1060 Delaware<br>Imperial Beach, CA 91932-2727 | Robert J Anderson<br>4657 Rocky Hollow Dr.<br>Indianapolis, IN 46239-9044 | Robert Lacey<br>13370 Grouse Point Tr<br>Carmel, IN 46033-9224 |
| Robert Ntondji<br>7227 Mill Creek Ct<br>Laurel, MD 20707-5358 | Robert Pritchard<br>6223 Camden Cir<br>Crestwood, KY 40014-8846 | Robert S. Griswold<br>C/o Griswold Real Estate Management, Inc<br>5703 Oberlin Dr Suite 300<br>San Diego CA 92121-1743 |

| | | |
|---|---|---|
| Robert Solomon<br>11584 Lake Ride Dr<br>Jacksonville, FL 32223-7412 | Robin Dantilux<br>3500 University Blvd N Apt 2632<br>Jacksonville, FL 32277-2340 | Rochelle Pottinger<br>5601 Edenfield Rd<br>Jacksonville, FL 32277-9419 |
| Roger Gilliam<br>1751 Drexal Rd.<br>Dundalk, MD 21222-5040 | Ron Daugherty<br>273 Prince Towne Dr<br>Saint Louis, MO 63141-6638 | Rose Samuel<br>11247 San Jose Blvd Apt 2108<br>Jacksonville, FL 32223-7936 |
| Ruth Dorsey<br>1124 Taylor Wood Rd.<br>Simpsonville, KY 40067-6634 | Ryanne Foutch<br>7103 Beard Ct<br>La Vergne, TN 37086-4929 | SBA- SMALL BUSINESS ADMIN<br>C/O US ATTY OFFICE<br>110 9TH AVE SO #A-961<br>NASHVILLE, TN 37203-3870 |
| SBS Svcs Group Stratus Building So<br>c/o Stratus Building Solutions<br>PO Box 208299<br>Dallas TX 75320-8299 | SPBS Medical Equipment Sales<br>4431 Long Prairie Road<br>Suite 100<br>Flower Mound, TX 75028-1753 | (p)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA SC 29203-9591 |
| Sabatco<br>2900 Brooktree Lane<br>Suite 100<br>Kansas City, MO 64119-1862 | Sabatco LLC<br>c/o Copaken Brooks<br>1100 Walnut St Ste 2000<br>Kansas City, MO 64106-2126 | Safetouch<br>Jacksonville Division<br>9550 Sunbeam Center Drive<br>Jacksonville FL 32257-6184 |
| Salter Labs<br>PO Box 639780<br>Cincinnati OH 45263-9780 | Samantha McDonald<br>19303 Lake Hollow Ln<br>Houston, TX 77084-4863 | San Diego Police Department<br>Police Permit & Licensing - M5735<br>PO Box 121431<br>San Diego CA 92112-1431 |
| Sandra B Sandefur<br>13362 Harrington Loop<br>Vance, AL 35490-1932 | Sandra Fleming<br>1952 Goodhaven Dr<br>Memphis, TN 38116-2004 | Sandra King<br>2412 Sam Rd<br>Jacksonville, FL 32216-5051 |
| Sara Hignight<br>3210 Oakwood Cove<br>Olive Branch, MS 38654-5907 | Sarai Coronado-Ziadie<br>17 Desellum Ave<br>Gaithersburg, MD 20877-1901 | Scrypt, Inc.<br>PO Box 95290<br>Grapevine, TX 76099-9752 |
| Seanna Shaw<br>25744 Valley Park Terrace<br>Damascus, MD 20872-2391 | ServisFirst Bank<br>c/o Austin McMullen<br>1600 Division St Ste 700<br>Nashville, TN 37203-2771 | Seveneh Jenkins<br>1709 Molly Dr.<br>Birmingham, AL 35235-2906 |
| Shari Marotta<br>3601 Buckholt Street<br>Pearland, TX 77581-6287 | Shari Misler<br>11 Tunica Pass Ct<br>Spring, TX 77389-4339 | Shawna L Anderson<br>3629 Longridge Ct<br>Abingdon, MD 21009-2555 |

| | | |
|---|---|---|
| Sheila Hall<br>3145 Vera Valley Rd<br>Franklin, TN 37064-2105 | Shelby O'Brien<br>3015 Apple Valley Ln<br>Birmingham, AL 35215-1711 | Sherae Smith<br>100 Old York Rd Apt 904<br>Jenkintown, PA 19046-3632 |
| Sherses Williams<br>7732 Susan Dr S<br>Indianapolis, IN 46250-2335 | Shred-It USA-Chicago<br>28883 Network Pl<br>Chicago, IL 60673-1288 | Simply Self Storage<br>4752 Hwy 280<br>Birmingham, AL 35242-5148 |
| Sirote & Premutt<br>PO Box 55509<br>Birmingham, AL 35255-5509 | Smith, Gambrell, & Russell LLP<br>1230 Peachtree Street<br>Suite 3100 Promenade<br>Atlanta, GA 30309-3550 | Sophia Stewart<br>3500 University Blvd N Apt 2632<br>Jacksonville, FL 32277-2340 |
| Soufiane Faris<br>1950 E 16th St M207<br>Newport Beach, CA 92663-5974 | Sparkletts<br>PO Box 660579<br>Dallas, TX 75266-0579 | Spectrum Business<br>PO Box 1060<br>Carol Stream, IL 60132-1060 |
| Spectrum Business<br>PO Box 742616<br>Cincinnati, OH 45274-2616 | Star Networx LLC<br>PO Box 211436<br>Louisville, KY 40221-1436 | Stark Exterminators<br>PO Box 55148<br>Birmingham, AL 35255-5148 |
| (p)STATE OF ALABAMA DEPARTMENT OF REVENUE<br>P O BOX 320001<br>MONTGOMERY AL 36132-0001 | Stephanie Sprague<br>3017 Chief Ridaught Tr<br>Middleburg, FL 32068-4220 | Stinson Leonard Street<br>Attn: Mark Jacobs<br>7700 Forsyth Blvd, Suite 1100<br>Saint Louis, MO 63105-1821 |
| Stratus Building Solutions of Houston<br>2537 S. Gessner Road #121<br>Houston, TX 77063-2090 | Suburban Owner LLC<br>4600 Touchton Rd E Bldg 100 Ste 501<br>Jacksonville, FL 32246-8299 | Summer Powell<br>1036 Preakness Ct<br>Jacksonville, FL 32218-1943 |
| TCP Partners<br>Attn: Accounting<br>1901 E Fourth St Ste 360<br>Santa Ana, CA 92705-3908 | TCS - Total Comfort Solutions, Inc.<br>4801 Executive Park Ct Bldg 200, Ste 203<br>Jacksonville, FL 32216-4041 | (p)TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 |
| Takeria Whitehead<br>3062 Latimer Rd<br>Horn Lake, MS 38637-6077 | Talena Cawthon<br>13926 Ridgewick Dr<br>Jacksonville, FL 32218-8439 | Tania Shuman<br>1157 Creeks Ridge Rd<br>Jacksonville, FL 32225-7328 |
| Taysa Tehada-Fernandez<br>49 Arden Ave<br>New Castle, DE 19720-3488 | Teresa Lieb<br>727 Craig Rd<br>Suite 101<br>Saint Louis, MO 63141-7175 | Terminix Processing Center<br>PO Box 802155<br>Chicago, IL 60680-2155 |

| | | |
|---|---|---|
| Terry Crutch<br>PO Box 1161<br>Town Creek, AL 35672-1161 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | The Salvo Law Group<br>185 Fairfield Avenue<br>Suite 3C/3D<br>Caldwell, NJ 07006-6417 |
| Theresa Holmes<br>118 Sunset Farms Rd<br>Coxs Creek, KY 40013-5726 | Thomaria Dawkins<br>10730 Westonhill Dr.<br>San Diego, CA 92126-2783 | Thomas Morton<br>10788 Glenhurst Dr<br>Independence, KY 41051-9002 |
| Tim Crutchfield<br>18800 S 47th W Ave<br>Mounds, OK 74047-5455 | Tina Bibee<br>469 Bentwood Ln Apt B<br>Orange Park, FL 32073-8873 | Transworld Systems Inc. - TSI<br>PO Box 5511<br>Carol Stream, IL 60197-5511 |
| TriWest<br>VA Customer Service Attn: Refunds<br>PO Box 14491<br>Florence, SC 29502 | Tyra Dunn<br>1535 45th St NE<br>Washington, DC 20019-2002 | UHC-United Healthcare<br>PO Box 94017<br>Palatine, IL 60094-4017 |
| ULINE<br>PO Box 88741<br>Chicago, IL 60680-1741 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| USAble Life<br>PO Box 204678<br>Dallas, TX 75320-4678 | Valerie O'Farrell<br>7322 Maple Walk Dr<br>Humble, TX 77346-3154 | Verizon New-internet only<br>PO Box 15124<br>Albany, NY 12212-5124 |
| Verizon VIE<br>PO Box 660720<br>Dallas, TX 75266-0720 | Victoria Gaytan<br>5901 Woodland Trace Blvd<br>Indianapolis, IN 46237-3177 | Victoria Hammer<br>8922 Driftstone Dr<br>Spring, TX 77379-6375 |
| Voelker Litigation Group<br>600 W. Jackson Blvd #100<br>Chicago, IL 60661-5609 | Volatia<br>1327 Grandin Rd. SW<br>Roanoke, VA 24015-2349 | Wahid T Atmar<br>43489 Towngate Sq<br>Chantilly, VA 20152-1810 |
| Watchlight Corporation/Alarm Rel<br>111 S. Marshall Ave<br>El Cajon, CA 92020-4200 | Waterlogic<br>PO Box 677867<br>Dallas, TX 75267-7867 | Waystar aka ZirMed<br>1311 Solutions Center<br>Chicago, IL 60677-1003 |
| Welders Supply<br>PO Box 21007<br>Louisville, KY 40221-0007 | Wesley Hammox<br>110 Old Stone Cir<br>Manchester, TN 37355-3479 | William Kitterman<br>4908 Fury Way<br>Louisville, KY 40258-1442 |

| | | |
|---|---|---|
| William Mazer<br>4542 Oak Bay Dr<br>Jacksonville, FL 32277-1016 | Windstream Communications<br>PO Box 9001950<br>Louisville, KY 40290-1950 | Womack Industries, Inc.<br>131 Congressional Lane<br>Rockville, MD 20852-1502 |
| Yohannes Eyob<br>9601 East Light Dr<br>Silver Spring, MD 20903-2212 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of MD<br>Revenue Admin Division<br>110 Carroll St<br>Annapolis MD 21411 | IRS<br>C/O US ATTY OFFICE<br>110 9TH AVE SO #A-961<br>NASHVILLE, TN 37203 | STAPLES BUSINESS ADVANTAGE<br>STAPLES TOM RIGGLEMAN<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA SC 29203 |
| State of Alabama, Department of Revenue<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | TXU Energy<br>PO Box 650638<br>Dallas, TX 75265 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Abby Holmes<br>4930 Woodcock Cir<br>Louisville, KY 40213-2332 | (d)Abigail Asis<br>12386 Acosta Oaks Dr.<br>Jacksonville, FL 32258-4223 | (d)Acorn Belfort Park<br>4500 Salisbury Rd Ste 420<br>Jacksonville, FL 32216-0959 |
| (d)Adeano Corella<br>7 San Mieguel Dr Apt E<br>Saint Charles, MO 63303-3265 | (d)Alaa Keliny<br>1031 Glastonbury Rd<br>Nashville, TN 37217-1744 | (d)Alicia Hutton<br>7300 Wintergreen Ct<br>Greenbelt, MD 20770-2471 |
| (d)Amanda Wallace<br>5701 Briarwick Ct<br>Hermitage, TN 37076-4408 | (d)Amerco Real Estate<br>2727 N Central Ave Ste 500<br>Phoenix, AZ 85004-1120 | (d)Ana Sanchez<br>5107 CamelliaCir S<br>Jacksonville, FL 32207-7024 |
| (d)Angelia Daugherty<br>8111 Aspen Glen Dr<br>Louisville, KY 40228-3424 | (d)Angelica Moreno<br>11735 Genway Dr<br>Houston, TX 77070-2845 | (d)Angelique Jackson<br>3401 Primm Ln Apt B<br>Birmingham, AL 35216-5632 |

| | | |
|---|---|---|
| (d)Anthony J Ardon<br>22845 Climbing Rose Dr.<br>Moreno Valley, CA 92557-6042 | (d)Autumn Love<br>1179 Abernathy Rd<br>Ashland City, TN 37015-4724 | (d)BC Commercial Prop<br>1655 International Pl Dr Ste 205<br>Memphis, TN 38120-1435 |
| (d)Baylee Gabbard<br>5439 W 300 N<br>Sharpsville, IN 46068-9131 | (d)Belinda Davis<br>6984 Longleaf Branch Dr.<br>Jacksonville, FL 32222-4132 | (d)Benita Spencer<br>4718 Bob Brill Rd<br>Bessemer, AL 35022-3603 |
| (d)Bradley Sapp<br>2861 Georgetown Dr<br>Birmingham, AL 35216-5003 | (d)Brandi Olds<br>1669 Kirby Pkwy Suite 110<br>Memphis TN 38120-4397 | (d)Brandi Olds<br>1669 Kirby Pkwy Suite 110<br>Memphis, TN 38120-4397 |
| (d)Brian Burbank<br>607 E South A St<br>Gas City, IN 46933-2004 | (d)Brian Towell<br>1630 S Greystone Ct<br>Bloomington, IN 47401-6583 | (d)Brianna Rush<br>2760 Mayport Rd Box #87<br>Atlantic Beach, FL 32233-6620 |
| (d)CGS Administrators<br>PO Box 957065<br>Saint Louis, MO 63195-7065 | (d)Camila Olcese<br>4 West Nelson Ave<br>Alexandria, VA 22301-2061 | (d)Candyce Newson<br>1718 Port Oak Pl<br>Memphis, TN 38120-4570 |
| (d)Carrie Haney<br>8048 Cumberland Gap Trl N<br>Jacksonville, FL 32244-4862 | (d)Cassandra Chann<br>7237 Oakwood Dr.<br>Jacksonville, FL 32211-7653 | (d)Chad Hauseman<br>4609 Marsh Hawk Pl<br>Ponte Vedra Beach, FL 32082-3027 |
| (d)Deanna Sides<br>2985 Old Brownsville Rd<br>Memphis, TN 38134-8547 | (d)ServisFirst Bank<br>c/o Austin McMullen<br>Bradley Arant Boult Cummings, LLP<br>1600 Division St., Ste. 700<br>Nashville, TN 37203-2771 | (u)see attached sheet |

End of Label Matrix
Mailable recipients    393
Bypassed recipients     33
Total                  426