_[signature]_
Charles M. Walker
U.S. Bankruptcy Judge



Dated: 2/16/22

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | )
IN RE: | )
| ) Chapter 11 Proceeding
AMERICAN SLEEP MEDICINE, LLC, | ) Case No. 321-02741
| ) Charles M. Walker, Judge
Debtor. | )
| )

### ORDER CONTINUING HEARING ON DISCLOSURE STATEMENT

Upon application of the Debtor and for good cause shown unto me, it so **ORDERED** that the hearing on the adequacy of the Disclosure Statement currently scheduled for February 16, 2022, at 11:00 a.m., is hereby continued until **March 16**, 2022 at **11:00** a.m. on Judge Walker's Ch. 7 and Ch. 11 Hearing Docket. Please visit www.tnmb.uscourts.gov for Judge Walker's Zoom link and Meeting ID information.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ, PLLC

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone No.: (615) 256-8300
Fax No.: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee and all other creditors and parties of record to receive notice electronically via the U.S. Bankruptcy Court's CM/ECF filing system, this 15th day of February, 2022.

                                               **/S/ STEVEN L. LEFKOVITZ**
                                               Steven L. Lefkovitz

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.