## UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| In re:<br><br>**AMERICAN SLEEP MEDICINE LLC**<br><br>Debtor. | **Case No. 3:21-02741**<br>**Chapter 11**<br>**Judge WALKER**<br><br><br>**CHAPTER 11 SECOND AMENDED AND RESTATED DISCLOSURE STATEMENT ON BEHALF OF CHAPTER 11 PLAN** |

### TABLE OF CONTENTS

I.    **INTRODUCTION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    A.    Purpose of This Document . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    B.    Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing . . . . . . 4
       1.    Time and Place of the Confirmation Hearing . . . . . . . . . . . . . . . . . . . 4
       2.    Deadline for Voting For or Against the Plan . . . . . . . . . . . . . . . . . . . . 4
       3.    Deadline for Objecting to the Confirmation of the Plan . . . . . . . . . . . . 5
       4.    Identity of Person to Contact for More Information Regarding the Plan. . 5
    C.    Disclaimer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
II.    **BACKGROUND** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    A.    Description and History of the Debtor's Business . . . . . . . . . . . . . . . . . . . . 5
    B.    Management of the Debtor Before and After the Bankruptcy . . . . . . . . . . . . . 5
    C.    Events Leading to Chapter 11 Filing . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    D.    Significant Events . . . . . . . . . . . . . . . . . . . . . ... . . 6
       1.    Bankruptcy Proceedings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
       2.    Other Legal Proceedings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
       3.    Actual and Projected Recovery of Preferential or Fraudulent Transfers. 6
       4.    Procedures Implemented to Resolve Financial Problems . . . . . . . . . . . 6
       5.    Current and Historical Financial Conditions . . . . . . . . . . . . . . . . . . . 7
III.    **SUMMARY OF THE PLAN OF REORGANIZATION** . . . . . . . . . . . . . . . . . . . . 7
    A.    What Creditors and Interest Holders Will Receive Under the Proposed Plan. . . . 7
    B.    Unclassified Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
       1.    Administrative Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
       2.    Priority Tax Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    C.    Classified Claims and Interests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
       1.    Classes of Secured Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
       2.    Classes of Priority Unsecured Claims . . . . . . . . . . . . . . . . . . . . . . . . 9
       3.    Classes of General Unsecured Claims . . . . . . . . . . . . . . . . . . . . . . . . 9
       4.    Class(es) of Interest Holders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    D.    Means of Effectuating the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
       1.    Funding for the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
       2.    Post-Confirmation Management . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
       3.    Disbursing Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    E.    Risk Factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

1

F.     Other Provisions of the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
     1.     Executory Contracts and Unexpired Leases . . . . . . . . . . . . . . . . . . . . . 11
         a.     Assumptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
         b.     Rejections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
     2.     Changes in Rates Subject to Regulatory Approval . . . . . . . . . . . . . . . . 11
     3.     Retention of Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
G.     Tax Consequences of Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
**IV.     CONFIRMATION REQUIREMENTS AND PROCEDURES** . . . . . . . . . . . . . . . 12
A.     Who May Vote or Object . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     1.     Who May Object to Confirmation of the Plan . . . . . . . . . . . . . . . . . . . 12
     2.     Who May Vote to Accept/Reject the Plan . . . . . . . . . . . . . . . . . . . . . . 12
         a.     What is an Allowed Claim/Interest . . . . . . . . . . . . . . . . . . . . . 13
         b.     What Is an Impaired Claim/Interest . . . . . . . . . . . . . . . . . . . . . 13
     3.     Who is <u>Not</u> Entitled to Vote . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
     4.     Who Can Vote in More Than One Class . . . . . . . . . . . . . . . . . . . . . . . . 14
     5.     Votes Necessary to Confirm the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . 14
     6.     Votes Necessary for a Class to Accept the Plan . . . . . . . . . . . . . . . . . . 14
     7.     Treatment of Nonaccepting Classes . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
     8.     Request for Confirmation Despite Nonacceptance by Impaired
         Class(es). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
B.     Liquidation Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
C.     Feasibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
D.     Non-Compliance of the Absolute Priority Rule . . . . . . . . . . . . . . . . . . . . . . 18

**V.     EFFECTS OF CONFIRMATION OF PLAN** . . . . . . . . . . . . . . . . . . . . . . . . . . 19
A.     Discharge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
B.     Revesting of Property in the Debtor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
C.     Modification of Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
D.     Post-Confirmation Status Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
E.     Quarterly Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
F.     Post-Confirmation Conversion/Dismissal . . . . . . . . . . . . . . . . . . . . . . . . . . 21
G.     Final Decree . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
**VI.     SUPPORTING EXHIBITS**
EXHIBIT A - LIST OF GENERAL UNSECURED CLAIMS. . . . starting on page     23
EXHIBIT B – DEBTOR'S MONTHLY INCOME AND EXPENSES DURING THE
     PENDANCY OF THE BANKRUPTCY CASE . . . . . . . . . . . . . . . . . . . . . . .
EXHIBIT C – LIST OF GENERAL UNSECURED CLAIMS . . . . . . . . . . . . . . . . . . . .
EXHIBIT. D – LIST OF GOVERNMENTAL CLAIMS
EXHIBIT E – COMPANY BALANCE SHEET

# I.

## INTRODUCTION

AMERICAN SLEEP MEDICINE, LLC is the Debtor in a Chapter 11 bankruptcy case. On September 8, 2021, Debtor commenced a voluntary bankruptcy case by filing a Chapter 11 petition under the United States Bankruptcy Code ("Bankruptcy Code"), 11 U.S.C. § 101 et seq. This document is the Disclosure Statement which is provided to help you understand the Plan which will be sent to you in the same envelope.

The plan that you will receive is a plan of reorganization. In other words, the Proponent seeks to accomplish payments under the Plan through his income as sleep diagnostic center. The Effective Date of the proposed Plan is 45 days after confirmation.

THE DOCUMENT YOU ARE READING IS THE DISCLOSURE STATEMENT FOR THE ENCLOSED PLAN.

**A.** **Purpose of This Document**

This Disclosure Statement summarizes what is in the Plan, and tells you certain information relating to the Plan and the process the Court follows in determining whether or not to confirm the Plan.

**READ THIS DISCLOSURE STATEMENT CAREFULLY IF YOU WANT TO KNOW ABOUT:**

(1)  **WHO CAN VOTE OR OBJECT,**

(2)  **WHAT THE TREATMENT OF YOUR CLAIM IS (i.e., what your claim will receive if the Plan is confirmed), AND HOW THIS TREATMENT COMPARES TO WHAT YOUR CLAIM WOULD RECEIVE IN LIQUIDATION,**

(3)  **THE HISTORY OF THE DEBTOR AND SIGNIFICANT EVENTS DURING THE BANKRUPTCY,**

(4)  **WHAT THINGS THE COURT WILL LOOK AT TO DECIDE WHETHER OR NOT TO CONFIRM THE PLAN,**

3

(5)    **WHAT IS THE EFFECT OF CONFIRMATION, AND**

(6)    **WHETHER THIS PLAN IS FEASIBLE.**

This Disclosure Statement cannot tell you everything about your rights.  You should consider consulting your own lawyer to obtain more specific advice on how this Plan will affect you and what is the best course of action for you.

Be sure to read the Plan as well as the Disclosure Statement.  If there are any inconsistencies between the Plan and the Disclosure Statement, the Plan provisions will govern.

The Code requires a Disclosure Statement to contain "adequate information" concerning the Plan.  The Bankruptcy Court ("Court") has approved this document as an adequate Disclosure Statement, containing enough information to enable parties affected by the Plan to make an informed judgment about the Plan. Any party can now solicit votes for or against the Plan.

**B.**    **Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing**

THE COURT HAS NOT YET CONFIRMED THE PLAN DESCRIBED IN THIS DISCLOSURE STATEMENT. IN OTHER WORDS, THE TERMS OF THE PLAN ARE NOT YET BINDING ON ANYONE.  HOWEVER, IF THE COURT LATER CONFIRMS THE PLAN, THEN THE PLAN WILL BE BINDING ON THE DEBTOR AND ON ALL CREDITORS AND INTEREST HOLDERS IN THIS CASE.

**1.**    **Time and Place of the Confirmation Hearing**

The hearing where the Court will determine whether or not to confirm the Plan will take place at a yet to be determined date at 701 Broadway Ave., Nashville, TN 37203. Notice will be given regarding the date and time of this hearing.

**2.**    **Deadline For Voting For or Against the Plan**

If you are entitled to vote, it is in your best interest to timely vote on the enclosed ballot and return the ballot in the enclosed envelope to:

Steven L. Lefkovitz

4

908 Harpeth Valley Place

Nashville, TN 37221

Your ballot must be timely received or it will not be counted.

**3.     Deadline For Objecting to the Confirmation of the Plan**

Objections to the confirmation of the Plan must be filed with the Court and served upon

Steven L. Lefkovitz, counsel for Debtor, by the date and time set by the Clerk's office.

**4.     Identity of Person to Contact for More Information Regarding the Plan**

Any interested party desiring further information about the Plan should contact Steven L.

Lefkovitz, (615) 256-8300, 908 Harpeth Valley Place, Nashville, TN 37221.

**C.     Disclaimer**

The Debtor has made no separate appraisal of the Debtor's real and personal property

assets but the Debtor believes that values contained herein are accurate. The Debtor believes this

to be a fair and equitable estimate of the value of its assets as of December 1, 2021.  The

information contained in this Disclosure Statement is provided by the Debtor. The Plan

Proponent represents that everything stated in the Disclosure Statement is true to the Proponent's

best knowledge.  The Court has not yet determined whether or not the Plan is confirmable and

makes no recommendation as to whether or not you should support or oppose the Plan.

## II.

## BACKGROUND

**A.     Description and History of the Debtor's Business**

The Debtor is a limited liability that operates sleep apnea testing centers in various parts

of the United States.

**B.     Management of the Debtor Before and After the Bankruptcy**

The Debtor managed its own affairs prior to the bankruptcy and will continue to manage

its affairs after the bankruptcy.

**C.     Events Leading to Chapter 11 Filing**

Here is a brief summary of the circumstances that <u>led to the filing</u> of this Chapter 11 case:

Debtor's financial difficulties stem from a dispute with ServisFirst Bank and the Debtor. The Debtor had been timely servicing all of its debt, when ServisFirst demanded payment in full of its loan.

Since ServisFirst had a lien on all of the Debtor's assets, it began offsetting ever deposit into the checking account. This act caused the Debtor to default in making payroll to approximately 200 employees. Then, ServisFirst filed an action for the appointment of a receiver for the Debtor and all of its centers. To stop the receivership action, the Debtor filed a Chapter 11 action.

**E.       Significant Events During the Bankruptcy**

**1.       Bankruptcy Proceedings**

The Debtor, immediately with the filing of the bankruptcy petition filed an adversary proceeding with its payroll provider. This adversary proceeding was resolved with the release of all of the financial information.

As part of the first day motions, the Debtor filed a motion for the use of ServisFirst cash collateral. ServisFirst agreed to three interim cash collateral order. After a long term arrangement could not be reached with ServisFirst as well as three cash collateral extensions, ServisFirst filed a motion for relief from stay to recover its collateral. ServisFirst was successful in that action, and the Debtor fully paid ServisFirst in this case.

Once ServisFirst was paid, the capitalization of the Debtor was completely eroded. Management of the Debtor then arranged for the shareholders to provide the Debtor working capital by the Bankruptcy Court approving post-petition financing.

The Debtor also rejected several leases and closed underperforming Sleep Apnea centers. The Debtor has already rejected the leases with TCP Partners in Orange County, Simon Levi Company, LTD in San Diego, IN-9240 Meridian, LLC in Indianapolix, Hoffman Development

6

Co in St. Louis. Upon Confirmation of the plan, the leases in Birmingham, Ala and Vienna, Virginia will also be rejected. All other leases are hereby assumed under the amended terms negotiated with the Debtor. Currently, there are other no adversary proceedings pending.

**2.** **Other Legal Proceedings**

There are no other legal proceedings currently pending involving the Debtor.

**3.** **Actual and Projected Recovery of Preferential or Fraudulent Transfers**

There is no projected recovery of any preferential or fraudulent transfers.

**4.** **Procedures Implemented to Resolve Financial Problems**

Debtor's financial problems resulted from the dispute with ServisFirst. Once this lender was out of the picture as well as the closure of underperforming sleep apnea centers, the Debtor is able to operate profitable. Debtor has proposed a plan that is feasible based on its current income and expenses.

**5.** **Current and Historical Financial Conditions**

The identity and fair market value of the estate's assets are listed in Exhibit A. See also the Debtor's financial history is set forth and summarized in Exhibit B.

## III.

## SUMMARY OF THE PLAN OF REORGANIZATION

**A.** **What Creditors and Interest Holders Will Receive Under The Proposed Plan**

As required by the Bankruptcy Code, the Plan classifies claims and interests in various classes according to their right to priority. The Plan states whether each class of claims or interests is impaired or unimpaired. The Plan provides the treatment each class will receive.

**B.** **Unclassified Claims**

7

Certain types of claims are not placed into voting classes; instead they are unclassified. They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code. As such, the Proponent has not placed the following claims in a class.

1.      **Administrative Expenses**

Administrative expenses are claims for costs or expenses of administering the Debtor's Chapter 11 case which are allowed under Code Section 507(a)(1). The Code requires that all administrative claims be paid on the Effective Date of the Plan, unless a particular claimant agrees to a different treatment.

There are no administrative claims under the plan except for any quarterly fees owed by the Debtor and the post-petition financing approved by the Debtor that may become due between now and the confirmation of the case. Debtor estimates that two more quarters of quarterly fees will become due before the case can be confirmed and close.

The post-petition financing will be paid under the terms and conditions of the loan approved by the Court. Additionally, there may be unpaid attorney's fees for Steven L. Lefkovitz, Counsel for the Debtor-in-possession, which are subject to the approval of the Court. The retainer in this case was paid by the Debtor, and the law firm of Lefkovitz and Lefkovitz, PLLC will receive any compensation through the Chapter 11 plan upon application and order of the Court. The unpaid amount of the attorney's fees due the lawfirm of Lefkovitz and Lefkovitz, PLLC is estimated to be $75,000.00.

2.      **Priority Tax Claims**

Priority tax claims are certain unsecured income, employment and other taxes described by Code Section 507(a)(8). The Code requires that each holder of such a 507(a)(8) priority tax claims receive the present value of such claim in deferred cash payments, over a period not

8

exceeding five years form the date of the Order of Relief entered in this case. All of the governmental or tax claims filed in this case to date are attached hereto and marked Exhibit D to this document.  The aggregate total of all claimants in this class totals $13,753.64, which shall be paid pro rata to all members of this class, from the $276.00 per month allocated to pay governmental or tax claims.

**C.      Classified Claims and Interests**

      **1.      Classes of Secured Claims**

Secured claims are claims secured by liens on property of the estate. The following chart lists all classes containing Debtor's secured pre-petition claims and their treatment under this Plan:

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---------|-------------|----------------|----------------|-----------|

9

| 1 | Secured claim of: <br> • The Court approved post-petiton DIP financing to Row Zadek et al referenced in Docket entry 111, an order entered on November 30, 2021 shall be paid in full under the terms and conditions of the promissory note entered at that time. This is an insider loan to the principals of the Debtor, which is currently not being paid or enforced. | | | | |
|---|---|---|---|---|---|

## 2. **Classes of Priority Unsecured Claims**

Certain priority claims that are referred to in Code Sections 507(a)(1), (4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment as follows: the Code requires that each holder of such a claim receive cash on the Effective Date equal to the allowed amount of such claim. However, a class of unsecured priority claim holders may vote to accept deferred cash payments of a value, as of the Effective Date, equal to the allowed amount of such claims. The only members of this class is unpaid employees for pre-petition wage claims incurred within 180 days of September 8, 2021, will be paid in full on the Effective Date of the plan up to a maximum of $13,650.00. Any additional funds owed for a pre-petition wage claim shall be paid as a Class 2 unsecured creditor. These amounts were verified from the information provided to Debtor's payroll service and is correct to the best of the Debtor's knowledge, information, and belief.

10

### 3. Class of General Unsecured Claims

General unsecured claims are unsecured claims not entitled to priority under Code Section 507(a). The following chart identifies this Plan's treatment of the class containing <u>all</u> of Debtor's general unsecured claims, which also includes all of the leases heretofore rejected by Debtor and also includes the centers in Birmingham, Alabama and Vienna, Virginia which are also rejected by the entry of the order of confirmation.

| CLASS# | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|
| 2 | General unsecured claims | Y, Claims in this class are entitled to vote on the plan. | • Pymt interval <br> • Pymt amt/interval <br> • Begin date <br><br> • End date <br> • Interest rate <br> • Total payout | The Debtor shall pay $7,250.00 per month for a period of no less than 60 months. Creditors in this class shall receive their pro rata distribution under the plan and no less than 25% of the allowed amount of their claim. |

### 4. Class(es) of Interest Holders

Interest holders are the parties who hold ownership interest (i.e., equity interest) in the Debtor. If the Debtor is a corporation, entities holding preferred or common stock in the Debtor are interest holders. If the Debtor is a partnership, the interest holders include both general and limited partners. If the Debtor is an individual, the Debtor is the interest holder.

The following chart identifies this Plan's treatment of the class of interest holders:

| CLASS # | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|

11

| | Interest holders | N | All assets will be reinstated |
|---|---|---|---|

## D.    Means of Performing the Plan

### 1.    Funding for the Plan

The Plan will be funded from income of the Debtor as a sleep medicine treatment center.

### 2.    Post-confirmation Management

The Debtor shall be responsible for post-confirmation management.

### 3.    Disbursing Agent

Debtor shall act as the disbursing agent for the purpose of making all distributions provided for under the Plan. The Disbursing Agent shall serve without bond and shall receive no compensation for distribution services rendered and expenses incurred pursuant to the Plan.

## E.    Risk Factors

The proposed Plan has the following risks: The Plan, due to its nature of being funded over time, maintains a possibility of default if Debtor is unable to realize its current financial projections or somehow finds itself unable to maintain the same level of monthly income.

## F.    Other Provisions of the Plan

### 1.    Executory Contracts and Unexpired Leases

### a.    Assumptions and Rejection of Leases

The Debtor also rejected several leases and closed underperforming Sleep Apnea centers.

The Debtor has already rejected the leases with TCP Partners in Orange County, Simon Levi Company, LTD in San Diego, IN-9240 Meridian, LLC in Indianapolix, Hoffman Development Co in St. Louis.  Upon Confirmation of the plan, the leases in Birmingham, Ala and Vienna, Virginia will also be rejected. All other leases are hereby assumed under the amended terms negotiated with the Debtor. Currently, there are other no adversary proceedings pending.

12

All executory contracts and leases not explicitly assumed in the Debtor's plan of reorganization or by orders of this Court are hereby deemed rejected

The order confirming the Plan shall constitute an Order approving the rejection of the lease or contract. If you are a party to a contract or lease to be rejected and you object to the rejection of your contract or lease, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan.

THE BAR DATE FOR FILING A PROOF OF CLAIM OTHER THAN A GOVERNMENTAL CLAIM WAS January 5, 2022, AND GOVERNMENTAL CLAIM WAS April 5, 2022. Any claim based on the rejection of a contract or lease will be barred unless the claim is made within thirty (30) days of the order confirming the Chapter 11 Plan.

**2.      Changes in Rates Subject to Regulatory Commission Approval**

This Debtor is not subject to governmental regulatory commission approval of its rates.

**3.      Retention of Jurisdiction.**

The Court shall retain jurisdiction for purposes of granting a discharge to Debtor, determining any and all objections to the amounts of claims, applications for compensation and expenses, to enforce the provisions of the Plan, to correct any defect, cure any omissions or reconcile any inconsistency in the Plan, and to determine such other matters as may be provided for in the Order of the Court confirming the Plan.

**G.      Tax Consequences of Plan**

CREDITORS AND INTEREST HOLDERS CONCERNED WITH HOW THE PLAN MAY AFFECT THEIR TAX LIABILITY SHOULD CONSULT WITH THEIR OWN ACCOUNTANTS, ATTORNEYS, AND/OR ADVISORS. The following disclosure of possible tax consequences is intended solely for the purpose of alerting readers about possible tax issues this Plan may present to the Debtor. The Proponent CANNOT and DOES NOT represent that the tax consequences contained below are the only tax consequences of the Plan because the Tax

Code embodies many complicated rules which make it difficult to state completely and accurately all the tax implications of any action.

The Debtor is unaware of any tax consequences which the Plan will have on the Debtor's tax liability.

**IV.**

**CONFIRMATION REQUIREMENTS AND PROCEDURES**

PERSONS OR ENTITIES CONCERNED WITH CONFIRMATION OR THIS PLAN SHOULD CONSULT WITH THEIR OWN ATTORNEYS BECAUSE THE LAW ON CONFIRMING A PLAN OF REORGANIZATION IS VERY COMPLEX. The following discussion is intended solely for the purpose of alerting readers about basic confirmation issues, which they may wish to consider, as well as certain deadlines for filing claims. The proponent CANNOT and DOES NOT represent that the discussion contained below is a complete summary of the law on this topic.

Many requirements must be met before the Court can confirm a Plan. Some of the requirements include that the Plan must be proposed in good faith, acceptance of the Plan, whether the Plan pays creditors at least as much as creditors would receive in a Chapter 7 liquidation, and whether the Plan is feasible. These requirements are <u>not</u> the only requirements for confirmation.

**A.      Who May Vote or Object**

**1.      Who May Object to Confirmation of the Plan**

Any party in interest may object to the confirmation of the Plan, but as explained below not everyone is entitled to vote to accept or reject the Plan.

**2.      Who May Vote to Accept/Reject the Plan**

14

A creditor or interest holder has a right to vote for or against the Plan if that creditor or interest holder has a claim which is both (1) allowed or allowed for voting purposes and (2) classified in an impaired class.

### a.  What Is an Allowed Claim/Interest

As noted above, a creditor or interest holder must first have an <u>allowed claim or interest</u> to have the right to vote. Generally, any proof of claim or interest will be allowed, unless a party in interest brings a motion objecting to the claim.  When an objection to a claim or interest is filed, the creditor or interest holder holding the claim or interest cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim or interest for voting purposes.

THE BAR DATE FOR FILING A PROOF OF CLAIM OTHER THAN A GOVERNMENTAL CLAIM WAS January 5, 2022, AND GOVERNMENTAL CLAIM WAS April 5, 2022. Any claim based on the rejection of a contract or lease will be barred unless the claim is made within thirty (30) days of the order confirming the Chapter 11 Plan. A creditor or interest holder may have an allowed claim or interest even if a proof of claim or interest was not timely filed.  A claim is deemed allowed if (1) it is scheduled on the Debtor's schedules and such claim is not scheduled as disputed, contingent, or unliquidated, and (2) no party in interest has objected to the claim. An interest is deemed allowed if it is scheduled and no party in interest has objected to the interest.

### b.  What Is an Impaired Claim/Interest

As noted above, an allowed claim or interest only has the right to vote if it is in a class that is <u>impaired</u> under the Plan. A class is impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class. For example, a class comprised of general unsecured claims is impaired if the Plan fails to pay the members of that class 100% of what they are owed.

15

In this case, the Proponent believes that class 2 is impaired and that holders of claims in this class are therefore entitled to vote to accept or reject the Plan. The Proponent believes that all other classes are unimpaired and that holders of claims in each of these classes therefore do not have the right to vote to accept or reject the Plan. Parties who dispute the Proponent's characterization of their claim or interest as being impaired or unimpaired may file an objection to the Plan contending that the Proponent has incorrectly characterized the class.

### 3. Who is <u>Not</u> Entitled to Vote

The following four types of claims are <u>not</u> entitled to vote: (1) claims that have been disallowed; (2) claims in unimpaired classes; (3) claims entitled to priority pursuant to Code sections 507(a)(1), (a)(2), and (a)(8); and (4) claims in classes that do not receive or retain any value under the Plan. Claims in unimpaired classes are not entitled to vote because such classes are deemed to have accepted the Plan. Claims entitled to priority pursuant to Code sections 507(a)(1), (a)(2), and (a)(7) are not entitled to vote because such claims are not placed in classes and they are required to receive certain treatment specified by the Code. Claims in classes that do not receive or retain any value under the Plan do not vote because such classes are deemed to have rejected the Plan.  EVEN IF YOUR CLAIM IS OF THE TYPE DESCRIBED ABOVE, YOU MAY STILL HAVE A RIGHT TO OBJECT TO THE CONFIRMATION OF THE PLAN.

### 4. Who Can Vote in More Than One Class

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim is entitled to accept or reject a Plan in both capacities by casting one ballot for the secured part of the claim and another ballot for the unsecured claim.

### 5. Votes Necessary to Confirm the Plan

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class has accepted the Plan without counting the votes of any insiders within that class,

and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cramdown" on non-accepting classes, as discussed later in Section {IV.A.8.}.

### 6. Votes Necessary for a Class to Accept the Plan

A class of claims is considered to have accepted the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the claims which actually voted, voted in favor of the Plan. A class of interests is considered to have accepted the Plan when at least two-thirds (2/3) in amount of the interest-holders of such class which actually voted, voted to accept the Plan.

### 7. Treatment of Nonaccepting Classes

As noted above, even if all impaired classes do not accept the proposed Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner required by the Code. The process by which nonaccepting classes are forced to be bound by the terms of the Plan is commonly referred to as "cramdown." The Code allows the Plan to be "crammed down" on nonaccepting classes of claims or interests if it meets all consensual requirements except the voting requirements of 1129(a)(8) and if the Plan does not "discriminate unfairly" and is "fair and equitable" toward each impaired class that has not voted to accept the Plan as referred to in 11 U.S.C. § 1129(b) and applicable case law.

### 8. Request for Confirmation Despite Nonacceptance by Impaired Class(es)

The party proposing this Plan will ask the Court to confirm this Plan by cramdown on impaired classes 1 and 2 if that class does not vote to accept the Plan.

## B. Liquidation Analysis

Another confirmation requirement is the "Best Interest Test", which requires a liquidation analysis. Under the Best Interest Test, if a claimant or interest holder is in an impaired class and that claimant or interest holder does not vote to accept the Plan, then that claimant or interest holder must receive or retain under the Plan property of a value not less than the amount that such

17

holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code.

In a Chapter 7 case, the Debtor's assets are usually sold by a Chapter 7 trustee. Secured creditors are paid first from the sales proceeds of properties on which the secured creditor has a lien. Administrative claims are paid next. Next, unsecured creditors are paid from any remaining sales proceeds, according to their rights to priority. Unsecured creditors with the same priority share in proportion to the amount of their allowed claim in relationship to the amount of total allowed unsecured claims. Finally, interest holders receive the balance that remains after all creditors are paid, if any.

For the Court to be able to confirm this Plan, the Court must find that all creditors and interest holders who do not accept the Plan will receive at least as much under the Plan as such holders would receive under a Chapter 7 liquidation. The Plan Proponent maintains that this requirement is met here for the following reasons: Creditors will receive at least as much as they would in a Chapter 7 liquidation case.

Attached in an Exhibit (Exhibit E), in balance sheet format, that all creditors and interest holders will receive at least as much under the Plan as such creditor or interest holder would receive under a Chapter 7 liquidation. (See Exhibit B, which is Schedule B from the Bankruptcy schedules for a detailed explanation of how the following assets are valued. This information is provided by the Debtor.) **:**

**C.      Feasibility**

Another requirement for confirmation involves the feasibility of the Plan, which means that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

There are at least two important aspects of a feasibility analysis. The first aspect considers whether the Debtor will have enough cash on hand on the Effective Date of the Plan to pay all the

claims and expenses which are entitled to be paid on such date. The Plan Proponent maintains that this aspect of feasibility as illustrated by the attached monthly operating report for June 2022 and the projections contained as a part of the report.

The second aspect considers whether the Proponent will have enough cash over the life of the Plan to make the required Plan payments.

The Proponent has provided financial statements which include both historical and projected financial information. Please refer to the monthly operating reports for the relevant financial statements. YOU ARE ADVISED TO CONSULT WITH YOUR ACCOUNTANT OR FINANCIAL ADVISOR IF YOU HAVE ANY QUESTIONS PERTAINING TO THESE FINANCIAL STATEMENTS.

**D.** **POTENTIAL NON-COMPLIANCE OF THE ABSOLUTE PRIORITY RULE**

**NOTICE is hereby given that the proposed plan potentially does not comply with the absolute priority rule of Section 1129(b) of the Bankruptcy Code, and absent consent of creditors, the plan may be non-confirmable. Creditors and parties in interest should consider that fact before voting for or against the plan of reorganization.**

**V.**

**EFFECT OF CONFIRMATION OF PLAN**

**A.** **Discharge**

This Plan provides that on the date the case is confirmed, the Debtor shall be discharged from any debt that arose before confirmation of the Plan to the extent specified in §1141(d)(1)(A) of the Code, except that the Debtor shall not be discharged of any debt (i) imposed by the Plan, (ii) of a kind specified in §1141(d)(6)(A) if a timely complaint was filed in accordance with Rule 4007(c) of the Federal Rules of Bankruptcy Procedure, or (iii) of a kind specified in

19

§1141(d)(6)(B). After the confirmation date of the Plan creditors' claims against the Debtor will be limited to the debts described in the plan.

### B.     Revesting of Property in the Debtor

Except as provided elsewhere in the Plan, the confirmation of the Plan revests all of the property of the estate in the Debtor.

### C.     Modification of Plan

The Proponent of the Plan may modify the Plan at any time before confirmation. However, the Court may require a new disclosure statement and/or revoting on the Plan.

The Proponent of the Plan may also seek to modify the Plan at any time after confirmation only if (1) the Plan has not been substantially consummated <u>and</u> (2) the Court authorizes the proposed modifications after notice and a hearing.

### D.     Post-Confirmation Status Reports

The Debtor shall furnish post-confirmation quarterly reports by the 15th of the month following the end of the quarter to the United States Trustee's office and to any creditors requesting same in writing from the Debtor's counsel. This obligation of the Debtor shall continue after the Final Decree is entered in this matter until all Plan payments have been completed.

### E.     Quarterly Fees

Quarterly fees accruing under 28 U.S.C. § 1930(a)(6) to date of confirmation shall be paid to the United States Trustee on or before the effective date of the plan. Quarterly fees accruing under 28 U.S.C. § 1930(a)(6) after confirmation shall be paid to the United States Trustee in accordance with 28 U.S.C. § 1930(a)(6) until entry of a final decree, or entry of an order of dismissal or conversion to chapter 7.

### F.     Post-Confirmation Conversion/Dismissal

A creditor or party in interest may bring a motion to convert or dismiss the case under § 1112(b), after the Plan is confirmed, if there is a default in performing the Plan. If the Court

20

orders, the case converted to Chapter 7 after the Plan is confirmed, then all property that had been property of the Chapter 11 estate, and that has not been disbursed pursuant to the Plan, will revest in the Chapter 7, estate. The automatic stay will be reimposed upon the revested property, but only to the extent that relief from stay was not previously authorized by the Court during this case.

The order confirming the Plan may also be revoked under very limited circumstances. The Court may revoke the order if the order of confirmation was procured by fraud and if the party in interest brings an adversary proceeding to revoke confirmation within 180 days after the entry of the order of confirmation.

## G.    Final Decree

Once the estate has been fully administered as referred to in Bankruptcy Rule 3022, the Plan Proponent, or other party as the Court shall designate in the Plan Confirmation Order, shall file a motion with the Court to obtain a final decree to close the case.

Date: July 12, 2022.

Respectfully submitted,

/s/ Steven L. Lefkovitz, No. 5953
STEVEN L. LEFKOVITZ
Counsel to the Debtor
908 Harpeth Valley Place
Nashville, TN 37221
Phone: (615) 256-8300
Fax:    (615) 255-4516
Email: slefkovitz@lefkovitz.com

**EXHIBIT A - LIST OF ALL ASSETS**
**EXHIBIT B – DEBTOR'S MONTHLY INCOME AND EXPENSES**
**DURING THE PENDANCY OF THE BANKRUPTCY CASE**
**EXHIBIT C - LIST OF GENERAL UNSECURED CLAIMS**
**EXHIBIT D – LIST OF ALL OF THE TAX OR GOVERNMENTAL CLAIMS**
**EXHIBIT E – BALANCE SHEET OF ALL ENTITIES**

**SEE ATTACHED EXHIBITS**

000022

| Fill in this information to identify the case: |
| --- |
| Debtor name   **American Sleep Medicine LLC   EXHIBIT C** |
| United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known)  **3:21-bk-02741** |

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br>**Abby Holmes**<br>**4930 Woodcock Cir**<br>**Louisville, KY 40213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $950.75 | $950.75 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Abigail Asis**<br>**12386 Acosta Oaks Dr.**<br>**Jacksonville, FL 32258** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,137.19 | $2,137.19 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     31811     Best Case Bankruptcy

| | |
|---|---|
| Debtor | **American Sleep Medicine LLC** |
| | Name |

Case number (if known) **3:21-bk-02741**

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | **$0.00** |
|---|---|---|---|---|

**Adeano Corella**
**7 San Mieguel Dr Apt E**
**Saint Charles, MO 63303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,280.00** | **$1,280.00** |
|---|---|---|---|---|

**Alicia Hutton**
**7300 Wintergreen Ct**
**Greenbelt, MD 20770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,161.30** | **$0.00** |
|---|---|---|---|---|

**Alona Dunn**
**841 Xenia St SE**
**Washington, DC 20032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,856.34** | **$1,856.34** |
|---|---|---|---|---|

**Amanda Wallace**
**5701 Briarwick Ct**
**Hermitage, TN 37076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,305.97 | $1,305.97 |
|---|---|---|---|---|

**Ana Sanchez**
**5107 CamelliaCir S**
**Jacksonville, FL 32207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,339.60 | $1,339.60 |
|---|---|---|---|---|

**Angelica Moreno**
**11735 Genway Dr**
**Houston, TX 77070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,098.43 | $1,098.43 |
|---|---|---|---|---|

**Angelique Jackson**
**3401 Primm Ln Apt B**
**Birmingham, AL 35216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,203.96 | $0.00 |
|---|---|---|---|---|

**Anthony J Ardon**
**22845 Climbing Rose Dr.**
**Moreno Valley, CA 92551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Case 3:21-bk-02741   Doc 879-1 Filed 05/06/22   Entered 05/06/22 13:46:43   Desc Main
Document EXHIBIT   Page 25 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $717.30 | $717.30 |
|---|---|---|---|---|

**Autumn Love**
**1179 Abernathy Rd**
**Ashland City, TN 37015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.53 | $1,300.53 |
|---|---|---|---|---|

**Baylee Gabbard**
**5439 W 300 N**
**Sharpsville, IN 46068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.20 | $0.00 |
|---|---|---|---|---|

**Belinda Davis**
**6984 Longleaf Branch Dr.**
**Jacksonville, FL 32222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|---|---|---|---|---|

**Bradley Sapp**
**2861 Georgetown Dr**
**Birmingham, AL 35216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 3:21-bk-02741 Doc 879 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Document EXHIBIT Page 26 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Brandi Olds**
**1669 Kirby Pkwy Suite 110**
**Memphis, TN 38120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,451.10 | $1,451.10 |
|---|---|---|---|---|

**Brianna Rush**
**2760 Mayport Rd Box #87**
**Atlantic Beach, FL 32233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,173.25 | $1,173.25 |
|---|---|---|---|---|

**Camila Olcese**
**4 West Nelson Ave**
**Alexandria, VA 22301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,040.00 | $1,040.00 |
|---|---|---|---|---|

**Candyce Newson**
**1718 Port Oak Pl**
**Memphis, TN 38120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,139.24 | $1,139.24 |
|---|---|---|---|---|

**Carrie Haney**
**8048 Cumberland Gap Trl N**
**Jacksonville, FL 32244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,324.95 | $0.00 |
|---|---|---|---|---|

**Cassandra Chann**
**7237 Oakwood Dr.**
**Jacksonville, FL 32211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,288.25 | $1,288.25 |
|---|---|---|---|---|

**Charles Mercado**
**1398 Anthony Mill Rd**
**Tullahoma, TN 37388**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Cheryl Sefraoui**
**19111 Edens Dawn Dr**
**Tomball, TX 77375**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 3:21-bk-02741  Doc 879  Filed 05/06/22  Entered 05/06/22 13:46:43  Desc Main
Document    EXHIBIT  Page 28 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

**2.23** | Priority creditor's name and mailing address

**Christopher Staley**
**114 3rd Ave**
**Mount Pleasant, TN 38474**

As of the petition filing date, the claim is: $2,340.05 $2,340.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address

**Connie Sevinsky**
**1300 Atlantic Blvd #1903**
**Jacksonville, FL 32225**

As of the petition filing date, the claim is: $1,976.25 $1,976.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

**Coral Baylor**
**1389 Southshore Dr.**
**Fleming Island, FL 32003**

As of the petition filing date, the claim is: $2,010.37 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

**Corron Wilson**
**18034 Cottage Garden Dr**
**Germantown, MD 20874**

As of the petition filing date, the claim is: $1,401.68 $1,401.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $836.05 | $836.05 |
|---|---|---|---|---|

**Corvon Jordan**
**5047 Louisiana St**
**Saint Louis, MO 63111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $629.10 | $629.10 |
|---|---|---|---|---|

**Cristina Gendive**
**7347 Hielo Dr**
**Jacksonville, FL 32211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,134.50 | $2,134.50 |
|---|---|---|---|---|

**Dalila Goss**
**12008 Winding Creek Way**
**Germantown, MD 20874**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,085.20 | $0.00 |
|---|---|---|---|---|

**Damali Blackwood**
**6962 Clearwater Pk Ct N**
**Jacksonville, FL 32244**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,784.46 | $0.00 |
|---|---|---|---|---|

**Daniel Fleri**
**713 Plaza Dr**
**O Fallon, MO 63366**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,143.22 | $0.00 |
|---|---|---|---|---|

**Darrisa Daniels**
**4090 Hodges Blvd Unit 1810**
**Jacksonville, FL 32224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.53 | $74.53 |
|---|---|---|---|---|

**Darrius Hill**
**496 Pickett Dr**
**Memphis, TN 38109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,192.00 | $3,192.00 |
|---|---|---|---|---|

**David Yount**
**15101 Falconbridge Terrace**
**Gaithersburg, MD 20878**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 3:21-bk-02741 Doc 879-1 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Document Exhibit 1 Page 31 of 133

| | | |
|---|---|---|
| Debtor | **American Sleep Medicine LLC** | Case number (if known)  **3:21-bk-02741** |
| | Name | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.15 | $1,846.15 |
|---|---|---|---|---|

**Dayna Terrell**
**1142 Akers Dr**
**Jacksonville, FL 32225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.37 | $373.37 |
|---|---|---|---|---|

**Deanna Martin**
**3344 Schofield Ave**
**Indianapolis, IN 46218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,099.96 | $2,099.96 |
|---|---|---|---|---|

**Deanna Sides**
**2985 Old Brownsville Rd**
**Memphis, TN 38134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $741.03 | $741.03 |
|---|---|---|---|---|

**Diana Gover**
**5918 Woods Rd**
**Stewartstown, PA 17363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,050.52** | **$0.00** |
|---|---|---|---|---|
| | **Edna Brown**<br>**4150 S Germantown Rd**<br>**Memphis, TN 38125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$360.00** | **$0.00** |
|---|---|---|---|---|
| | **Elena Desiatkin**<br>**1554 E Hastings Way**<br>**Placentia, CA 92870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,343.57** | **$0.00** |
|---|---|---|---|---|
| | **Elisha Battle**<br>**36 Colby Ave**<br>**Claymont, DE 19703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,333.50** | **$1,333.50** |
|---|---|---|---|---|
| | **Emma Wallis**<br>**2115 West Aventura Way Apt 1311**<br>**Saint Louis, MO 63146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Eric Johnson**
**7037 N College St**
**Indianapolis, IN 46220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.46 | $1,538.46 |
|---|---|---|---|---|

**Erta Hysesani**
**9595 Amarante Cir Unit 14**
**Jacksonville, FL 32257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,594.22 | $1,594.22 |
|---|---|---|---|---|

**Eugene Lecompte**
**540 Dovedale Ln**
**Alvin, TX 77511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,459.63 | $1,459.63 |
|---|---|---|---|---|

**Feyintola Iroko**
**754 Maury Ave**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 3:21-bk-02741   Doc 879-1 Filed 05/06/22   Entered 05/06/22 13:46:43   Desc Main
Document   Page 12 of 76
Exhibit EXHIBIT   Page 13 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.79 | $0.00 |
|---|---|---|---|---|

**Florence Coles**
**13990 Bartram Park Blvd Apt 718**
**Jacksonville, FL 32258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,288.50 | $2,288.50 |
|---|---|---|---|---|

**Francis Severin**
**3418 Horncastle Ct**
**Pearland, TX 77584**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,576.92 | $0.00 |
|---|---|---|---|---|

**Geron Canidate**
**1037 Rolling Hills Dr. #5**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.00 | $1,760.00 |
|---|---|---|---|---|

**Gilberto Urriola-Brewster**
**3942 Waterford Oaks Dr**
**Orange Park, FL 32065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|--------|--------------------------------|------------------------|-------------------|
|        | Name                           |                        |                   |

---

**2.51** | Priority creditor's name and mailing address

**Golfam Javanoskooei**
**302 E Joppa Rd Apt 1804**
**Towson, MD 21286**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$160.81 | $160.81

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.52** | Priority creditor's name and mailing address

**Guadalupe Arredondo**
**1410 Hankamer**
**Pasadena, TX 77506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$645.90 | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.53** | Priority creditor's name and mailing address

**Gwyneth Mercado-Perez**
**1591 Lane Ave S, F-201**
**Jacksonville, FL 32210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,240.77 | $1,240.77

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.54** | Priority creditor's name and mailing address

**Hayley Harman**
**2 Spiveys Ct**
**Ormond Beach, FL 32174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$108.52 | $108.52

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,252.50 | $2,252.50 |
|---|---|---|---|---|

**Heather Larrabee**
**450 Misty Patch Rd.**
**Coatesville, PA 19320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,640.00 | $1,640.00 |
|---|---|---|---|---|

**Heather Sweat**
**5704 Gasparilla Park Ct**
**Jacksonville, FL 32244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,283.46 | $1,283.46 |
|---|---|---|---|---|

**Hector Trinidad-Abreu**
**6102 Sage Willow Way**
**Jacksonville, FL 32244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.57 | $178.57 |
|---|---|---|---|---|

**Helen Le**
**7360 Sterling Ave Apt 29**
**San Bernardino, CA 92410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 3:21-bk-02741 Doc 879 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Document Page 37 of 76
Exhibit EXHIBIT Page 37 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$686.00** | **$686.00** |
|---|---|---|---|---|

**Helena Pacheco**
**4400 Whitmer Dr #10**
**Woodbridge, VA 22193**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,372.47** | **$1,372.47** |
|---|---|---|---|---|

**Holly Petranick**
**2610 State Rd A1A #306**
**Atlantic Beach, FL 32233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**IRS**
**CNTRLZD INSOLVENCY OPRTN**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,184.00** | **$1,184.00** |
|---|---|---|---|---|

**Jacqueline Lyons**
**17573 Shale Dr**
**Hagerstown, MD 21740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 3:21-bk-02741 Doc 879-1 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc
Exhibit EXHIBIT Page 38 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,328.29 | $2,328.29 |
|---|---|---|---|---|

**Jacqueline Rodriguez**
**385 S Manchester Ave Apt 4104**
**Orange, CA 92868**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.67 | $307.67 |
|---|---|---|---|---|

**Jaime Gonzalez**
**7447 Eastpoint Blvd**
**Baytown, TX 77521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.00 | $1,320.00 |
|---|---|---|---|---|

**James Yap**
**36 Quail Creek Ln**
**Pomona, CA 91766**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.00 | $1,440.00 |
|---|---|---|---|---|

**Jeanette Olney**
**38 Sassafras Ct**
**Brandenburg, KY 40108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Official Form 206 E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 17 of 76

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 3:21-bk-02741   Doc 879   Filed 05/06/22   Entered 05/06/22 13:46:43   Desc Main
Document   Exhibit EXHIBIT   Page 39 of 133   Page 17 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,360.00 | $1,360.00 |
|---|---|---|---|---|

**JeAnna Lane**
**1775 Bluejay Dr**
**Middleburg, FL 32068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,318.35 | $0.00 |
|---|---|---|---|---|

**Jennifer D Campos**
**304 Dunwick Ln**
**Pasadena, TX 77502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,456.20 | $1,456.20 |
|---|---|---|---|---|

**Jennifer Johnson**
**140 N Sunshine #1**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Jennifer Sparrenberger**
**8293 Wintersgate**
**Olive Branch, MS 38654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|--------|------------------|-------------|----------|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,560.00 | $1,560.00 |
|------|-----|-----|-----|-----|

**Jennipher Sergent**
**1666 Ponderosa Pine Dr W**
**Jacksonville, FL 32225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,923.08 | $6,923.08 |
|------|-----|-----|-----|-----|

**Jerry Lauch**
**129 Pearl St**
**Jeffersonville, IN 47130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.00 | $0.00 |
|------|-----|-----|-----|-----|

**John Carpenter**
**7106 Rudisill Ct**
**Windsor Mill, MD 21244**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $737.50 | $737.50 |
|------|-----|-----|-----|-----|

**John Jackson**
**2739 Midland Crossing Ct**
**Maryland Heights, MO 63043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

**2.75** | Priority creditor's name and mailing address

**John Moceyunas**
**368 W Blackjack Branch Way**
**Saint Johns, FL 32259**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,538.46 | $2,538.46

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.76** | Priority creditor's name and mailing address

**Jordan Martin**
**506 Big Horn Dr**
**League City, TX 77573**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,923.08 | $1,923.08

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.77** | Priority creditor's name and mailing address

**Josephina Kim**
**32 Hobb Ct**
**Perry Hall, MD 21128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,291.73 | $1,291.73

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.78** | Priority creditor's name and mailing address

**Julia Ramos**
**5225 Pooks Hill Rd**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$345.00 | $345.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case 3:21-bk-02741 Doc 879-1 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Exhibit EXHIBIT Page 20 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
| --- | --- | --- | --- |
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,601.66 | $1,601.66 |
| --- | --- | --- | --- | --- |

**Kaitlyn Martin**
6617 Ovington Rd
Jacksonville, FL 32216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $205.42 | $205.42 |
| --- | --- | --- | --- | --- |

**Kallie Goetz**
5130 Bluff Springs Cove
Arlington, TN 38002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,249.79 | $0.00 |
| --- | --- | --- | --- | --- |

**Katelynn Bohannon**
2541 Woodlawn Rd.
Shelbyville, KY 40065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,371.62 | $1,371.62 |
| --- | --- | --- | --- | --- |

**Kathleen Lawler**
6282 Rolling Tree St
Jacksonville, FL 32222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,259.27 | $0.00 |
|---|---|---|---|---|

**Kayla N Alston**
**711 N Wedgewood St**
**Baltimore, MD 21229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,710.78 | $1,710.78 |
|---|---|---|---|---|

**Kaziah Hernandez**
**66715 Hacienda Ave**
**Desert Hot Springs, CA 92240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,269.30 | $1,269.30 |
|---|---|---|---|---|

**Keisha Thornton**
**1903 Woodbourne Ave**
**Baltimore, MD 21239**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.25 | $0.00 |
|---|---|---|---|---|

**Kelli Cooper**
**1119 W 7th St**
**Wilmington, DE 19805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 22 of 76

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 3:21-bk-02741   Doc 879-1 Filed 05/06/22  Entered 05/06/22 13:46:43   Desc Main
Exhibit EXHIBIT  Page 22 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | **$0.00** |
|---|---|---|---|---|

**Kelly Cummings**
**13 Aspen Pl**
**Bellmawr, NJ 08031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,383.00** | **$2,383.00** |
|---|---|---|---|---|

**Kelly Wooten**
**19620 Waters Rd Apt 3-414**
**Germantown, MD 20874**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,098.30** | **$1,098.30** |
|---|---|---|---|---|

**Kenia Montes**
**2130 W 12th St**
**Santa Ana, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,535.85** | **$1,535.85** |
|---|---|---|---|---|

**Kennedy Obert**
**1029 S Booth Ln**
**Alvin, TX 77511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,308.00 | $1,308.00 |
| | **Kenney Martinez**<br>**1100 Anchorage St**<br>**Wilmington, DE 19805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,118.50 | $1,118.50 |
| | **Kharissa Linares**<br>**14935 Spring St**<br>**Fontana, CA 92335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,360.00 | $1,360.00 |
| | **Kristin Harmon**<br>**8260 Country Squire Pl #7**<br>**Cordova, TN 38018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,130.72 | $2,130.72 |
| | **Kyle McKillip**<br>**232 Avenida Victoria B**<br>**San Clemente, CA 92672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 3:21-bk-02741 Doc 879 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Exhibit EXHIBIT C Page 46 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.55 | $1,232.55 |
|---|---|---|---|---|

**Kyle Morrison**
**1072 Rocky Springs Rd.**
**Frederick, MD 21702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Laura Glenn**
**5280 Little Mountain Dr N14**
**San Bernardino, CA 92407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,122.00 | $1,122.00 |
|---|---|---|---|---|

**Lawrence Southern**
**85758 Black Tern Dr**
**Yulee, FL 32097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $643.50 | $643.50 |
|---|---|---|---|---|

**Lee Thomas**
**3035 McVay Tr Dr**
**Memphis, TN 38119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**Lily Westerlin**
**2326 Pin Hook Ct**
**Seabrook, TX 77586**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.30 | $0.00 |
|---|---|---|---|---|

**Lori Chew**
**227 N Washington**
**Knightstown, IN 46148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,415.82 | $3,415.82 |
|---|---|---|---|---|

**Lori Lopez**
**5353 Clapboard Creek**
**Jacksonville, FL 32226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,153.85 | $0.00 |
|---|---|---|---|---|

**Lyle Day**
**202 Cusick Ct**
**Murfreesboro, TN 37128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 3:21-bk-02741   Doc 879-1 Filed 05/06/22   Entered 05/06/22 13:46:43   Desc
Exhibit EXHIBIT   Page 26 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.35 | $640.35 |
|---|---|---|---|---|

**2.103** Priority creditor's name and mailing address

**Madalyn Montes**
**4403 Knightsbridge Blvd**
**Sugar Land, TX 77479**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$640.35    $640.35

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.104** Priority creditor's name and mailing address

**Marisela Sanchez**
**453 N Emerald Dr**
**Orange, CA 92868**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$750.55    $750.55

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.105** Priority creditor's name and mailing address

**Maritza Mendiola-Flores**
**731 8th Ave**
**Wilmington, DE 19808**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$428.17    $428.17

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.106** Priority creditor's name and mailing address

**Mark Borgel**
**204 Redmar Blvd**
**Radcliff, KY 40160**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$867.50    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Marlon Sampson**
**3511 Dunedin Dr Apt 102**
**Chesapeake, VA 23321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.13 | $1,600.13 |
|---|---|---|---|---|

**Mary Oliver**
**1698 Ponderosa Pine Dr W**
**Jacksonville, FL 32225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,068.25 | $0.00 |
|---|---|---|---|---|

**McKenzie Foster**
**6504 Fernill Ct**
**Louisville, KY 40291**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,310.42 | $1,310.42 |
|---|---|---|---|---|

**Meghan Thompson**
**44 History Ct**
**Wentzville, MO 63385**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 3:21-bk-02741 Doc 879-1 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Exhibit EXHIBIT Page 50 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

**2.111** | Priority creditor's name and mailing address

**Melissa Coleman**
**170 Sharpe St.**
**Sterrett, AL 35147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,499.73** | **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.112** | Priority creditor's name and mailing address

**Michele Fucci**
**5541 Greatpine Lane N**
**Jacksonville, FL 32244**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,444.05** | **$1,444.05**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.113** | Priority creditor's name and mailing address

**Michelle Hutson**
**1327 Lake Asbury Dr**
**Green Cove Springs, FL 32043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,285.58** | **$2,285.58**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.114** | Priority creditor's name and mailing address

**Miranda Wyatt**
**4825 Sherburn Ln #110**
**Louisville, KY 40207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,270.50** | **$1,270.50**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,085.62 | $1,085.62 |
|---|---|---|---|---|

**Monica Paire**
**1128 West Cross St**
**Baltimore, MD 21230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,495.88 | $1,495.88 |
|---|---|---|---|---|

**Nichole Leno**
**7200 Powers Ave Apt 75**
**Jacksonville, FL 32217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,076.92 | $2,076.92 |
|---|---|---|---|---|

**Odette Toro Alvarez**
**13322 Tropic Egret Dr**
**Jacksonville, FL 32224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 | $1,080.00 |
|---|---|---|---|---|

**Omar Ramirez**
**564 Arizona St Apt 114**
**Chula Vista, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 3:21-bk-02741 Doc 879-1 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Exhibit EXHIBIT Page 52 of 133

| Debtor | American Sleep Medicine LLC | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|---|---|---|---|---|

**Pamela Starr**
**2318 Tavener Dr**
**Louisville, KY 40242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,177.74 | $1,177.74 |
|---|---|---|---|---|

**Penn Martin**
**2655 College St**
**Jacksonville, FL 32204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,303.20 | $1,303.20 |
|---|---|---|---|---|

**Peyton Machado**
**10010 Skinner Lake Dr #232**
**Jacksonville, FL 32246**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,073.00 | $2,073.00 |
|---|---|---|---|---|

**Rajko Kovacevic**
**316 Walnut St**
**Waynesboro, PA 17268**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,480.78 | $2,480.78 |
|---|---|---|---|---|

**2.123**

Priority creditor's name and mailing address

**Rebecca Kpagbi**
**19853 Century Blvd Apt 203**
**Germantown, MD 20874**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,480.78 $2,480.78

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.124**

Priority creditor's name and mailing address

**Rebekah Wolverton**
**5729 Main St**
**Mount Jackson, VA 22842**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00 $2,500.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.125**

Priority creditor's name and mailing address

**Renee Wallace**
**25 Millswood Dr**
**Clarksville, TN 37042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,377.00 $1,377.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.126**

Priority creditor's name and mailing address

**Richard Robb**
**115 Drew Ln**
**Bell Buckle, TN 37020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,348.75 $2,348.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **American Sleep Medicine LLC** | | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.50 | $0.00 |
|---|---|---|---|---|

**Robert J Anderson**
**4657 Rocky Hollow Dr.**
**Indianapolis, IN 46239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,423.08 | $2,423.08 |
|---|---|---|---|---|

**Robert Lacey**
**13370 Grouse Point Tr**
**Carmel, IN 46033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,312.00 | $2,312.00 |
|---|---|---|---|---|

**Robert Ntondji**
**7227 Mill Creek Ct**
**Laurel, MD 20707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Robert Pritchard**
**6223 Camden Cir**
**Crestwood, KY 40014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

### 2.131

Priority creditor's name and mailing address
**Robert Solomon**
**11584 Lake Ride Dr**
**Jacksonville, FL 32223**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,334.03    $1,334.03

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

### 2.132

Priority creditor's name and mailing address
**Robin Dantilux**
**3500 University Blvd N Apt 2632**
**Jacksonville, FL 32277**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,145.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

### 2.133

Priority creditor's name and mailing address
**Rochelle Pottinger**
**5601 Edenfield Rd**
**Jacksonville, FL 32277**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$719.75    $719.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

---

### 2.134

Priority creditor's name and mailing address
**Rose Samuel**
**11247 San Jose Blvd Apt 2108**
**Jacksonville, FL 32223**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,660.05    $1,660.05

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ No
☐ Yes

Case 3:21-bk-02741   Doc 879-1 Filed 05/06/22   Entered 05/06/22 13:46:43   Desc
Exhibit EXHIBIT   Page 56 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $982.00 | $0.00 |
|---|---|---|---|---|
| | **Ruth Dorsey**<br>**1124 Taylor Wood Rd.**<br>**Simpsonville, KY 40067** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,305.20 | $1,305.20 |
|---|---|---|---|---|
| | **Ryanne Foutch**<br>**7103 Beard Ct**<br>**La Vergne, TN 37086** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,635.75 | $1,635.75 |
|---|---|---|---|---|
| | **Samantha McDonald**<br>**19303 Lake Hollow Ln**<br>**Houston, TX 77084** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.03 | $1,050.03 |
|---|---|---|---|---|
| | **Sandra B Sandefur**<br>**13362 Harrington Loop**<br>**Vance, AL 35490** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 3:21-bk-02741   Doc 879-1 Filed 05/06/22   Entered 05/06/22 13:46:43   Desc
Exhibit EXHIBIT   Page 57 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

**2.139** Priority creditor's name and mailing address

**Sandra King**
**2412 Sam Rd**
**Jacksonville, FL 32216**

As of the petition filing date, the claim is: $1,507.75   $1,507.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.140** Priority creditor's name and mailing address

**Sara Hignight**
**3210 Oakwood Cove**
**Olive Branch, MS 38654**

As of the petition filing date, the claim is: $1,566.80   $1,566.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.141** Priority creditor's name and mailing address

**Sarai Coronado-Ziadie**
**17 Desellum Ave**
**Gaithersburg, MD 20877**

As of the petition filing date, the claim is: $841.07   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.142** Priority creditor's name and mailing address

**Seanna Shaw**
**25744 Valley Park Terrace**
**Damascus, MD 20872**

As of the petition filing date, the claim is: $1,502.85   $1,502.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

---

**2.143** | Priority creditor's name and mailing address

**Seveneh Jenkins**
1709 Molly Dr.
Birmingham, AL 35235

As of the petition filing date, the claim is: $630.37 | $630.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.144** | Priority creditor's name and mailing address

**Shari Marotta**
3601 Buckholt Street
Pearland, TX 77581

As of the petition filing date, the claim is: $2,692.31 | $2,692.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.145** | Priority creditor's name and mailing address

**Shawna L Anderson**
3629 Longridge Ct
Abingdon, MD 21009

As of the petition filing date, the claim is: $2,249.00 | $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.146** | Priority creditor's name and mailing address

**Sheila Hall**
3145 Vera Valley Rd
Franklin, TN 37064

As of the petition filing date, the claim is: $53.07 | $53.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 37 of 76

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:21-bk-02741   Doc 879   Filed 05/06/22   Entered 05/06/22 13:46:43   Desc Main
Document   Exhibit EXHIBIT   Page 59 of 133   Page 37 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Shelby O'Brien**
**3015 Apple Valley Ln**
**Birmingham, AL 35215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.10 | $323.10 |
|---|---|---|---|---|

**Sherae Smith**
**100 Old York Rd Apt 904**
**Jenkintown, PA 19046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,517.95 | $1,517.95 |
|---|---|---|---|---|

**Sophia Stewart**
**3500 University Blvd N Apt 2632**
**Jacksonville, FL 32277**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $0.00 |
|---|---|---|---|---|

**Soufiane Faris**
**1950 E 16th St M207**
**Newport Beach, CA 92663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|---|
| | Name | | | |

---

**2.151** | Priority creditor's name and mailing address

**Stephanie Sprague**
**3017 Chief Ridaught Tr**
**Middleburg, FL 32068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,038.46   $2,038.46

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address

**Summer Powell**
**1036 Preakness Ct**
**Jacksonville, FL 32218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,444.65   $1,444.65

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address

**Takeria Whitehead**
**3062 Latimer Rd**
**Horn Lake, MS 38637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,820.40   $1,820.40

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.154** | Priority creditor's name and mailing address

**Tania Shuman**
**1157 Creeks Ridge Rd**
**Jacksonville, FL 32225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,976.50   $1,976.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **American Sleep Medicine LLC** | | Case number (if known) | **3:21-bk-02741** | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,421.50 | $2,421.50 |
|---|---|---|---|---|

**Taysa Tehada-Fernandez**
**49 Arden Ave**
**New Castle, DE 19720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,282.28 | $0.00 |
|---|---|---|---|---|

**Terry Crutch**
**PO Box 1161**
**Town Creek, AL 35672**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,606.55 | $3,606.55 |
|---|---|---|---|---|

**Theresa Holmes**
**118 Sunset Farms Rd**
**Coxs Creek, KY 40013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,467.45 | $0.00 |
|---|---|---|---|---|

**Thomaria Dawkins**
**10730 Westonhill Dr.**
**San Diego, CA 92126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,385.10** | **$0.00** |
|---|---|---|---|---|

**Tina Bibee**
**469 Bentwood Ln Apt B**
**Orange Park, FL 32073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$257.70** | **$0.00** |
|---|---|---|---|---|

**Tyra Dunn**
**1535 45th St NE**
**Washington, DC 20019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,744.45** | **$1,744.45** |
|---|---|---|---|---|

**Valerie O'Farrell**
**7322 Maple Walk Dr**
**Humble, TX 77346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,198.63** | **$1,198.63** |
|---|---|---|---|---|

**Victoria Gaytan**
**5901 Woodland Trace Blvd**
**Indianapolis, IN 46237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **American Sleep Medicine LLC** | Case number *(if known)* | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.88 | $354.88 |
|---|---|---|---|---|

**Victoria Hammer**
**8922 Driftstone Dr**
**Spring, TX 77379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $0.00 |
|---|---|---|---|---|

**Wahid T Atmar**
**43489 Towngate Sq**
**Chantilly, VA 20152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,423.08 | $2,423.08 |
|---|---|---|---|---|

**Wesley Hammox**
**110 Old Stone Cir**
**Manchester, TN 37355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.08 | $297.08 |
|---|---|---|---|---|

**William Kitterman**
**4908 Fury Way**
**Louisville, KY 40258**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,115.38 | $3,115.38 |
|---|---|---|---|---|

**William Mazer**
**4542 Oak Bay Dr**
**Jacksonville, FL 32277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,997.00 | $0.00 |
|---|---|---|---|---|

**Yohannes Eyob**
**9601 East Light Dr**
**Silver Spring, MD 20903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $802.50 |

As of the petition filing date, the claim is: *Check all that apply.*

**Access Voice & Data Sol**
**1441 Lincoln Ave**
**Louisville, KY 40213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | $0.00 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Acorn Belfort Park**
**4500 Salisbury Rd Ste 420**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset?  ☑ No  ☐ Yes

| **3.3** | Nonpriority creditor's name and mailing address | $88.30 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Alaa Keliny**
**1031 Glastonbury Rd**
**Nashville, TN 37217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.22 |
|---|---|---|---|

**Alan Wynne**
8031 SW 12th St
Topeka, KS 66615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.63 |
|---|---|---|---|

**Amanda Behn**
7734 Trailwind Dr
Cincinnati, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.52 |
|---|---|---|---|

**Amelia Aguilar**
10075 Gate Pkwy N #309
Jacksonville, FL 32246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amerco Real Estate**
2727 N Central Ave Ste 500
Phoenix, AZ 85004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,664.75 |
|---|---|---|---|

**Anago Cleaning Systems**
7563 Phillips Hwy Bldv 300
Suite 301
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.78 |
|---|---|---|---|

**Angelia Daugherty**
8111 Aspen Glen Dr
Louisville, KY 40228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,753.56 |
|---|---|---|---|

**AT&T**
ATTN: BANKRUPTCY DEPT
4331 COMMUNICATIONS DR #4W
DALLAS, TX 75211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:21-bk-02741   Doc 879-1 Filed 05/06/22   Entered 05/06/22 13:46:43   Desc
Exhibit EXHIBIT   Page 44 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**AT&T**
**ATTN: BANKRUPTCY DEPT**
**4331 COMMUNICATIONS DR #4W**
**DALLAS, TX 75211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.90 |
|---|---|---|---|

**Atlas Alarms LLC**
**c/o Cornerstone Billing**
**PO Box 428**
**Bedford Park, IL 60499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.00 |
|---|---|---|---|

**AZJ Cleaning**
**1408 Ave H Apt 10**
**South Houston, TX 77587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,505.65 |
|---|---|---|---|

**BC Commercial Prop**
**1655 International Pl Dr Ste 205**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,556.71 |
|---|---|---|---|

**Belfort 3 Partner**
**c/o NAI Hallmark**
**6675 Corporate Center pkwy Ste 100**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.58 |
|---|---|---|---|

**Benita Spencer**
**4718 Bob Brill Rd**
**Bessemer, AL 35022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,028.30 |
|---|---|---|---|

**Boone Blvd Owner**
**PO Box 821332**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,842.50 |
|---|---|---|---|

**Boxwood Technology**
**PO Box 677248**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.82 |
|---|---|---|---|

**Brandi Olds**
**1669 Kirby Pkwy Suite 110**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.00 |
|---|---|---|---|

**Brian Burbank**
**607 E South A St**
**Gas City, IN 46933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.60 |
|---|---|---|---|

**Brian Towell**
**1630 S Greystone Ct**
**Bloomington, IN 47401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|---|

**Bridges for the Deaf**
**935 Edgehill Ave**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,190.00 |
|---|---|---|---|

**Building Stars**
**PO Box 419161**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Careerbuilder.com**
**13047 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,278.15 |
|---|---|---|---|

**CEC 200 LLC**
**200 Continental Dr Ste 200**
**Newark, DE 19713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.09 |
|---|---|---|---|

**CGS Administrators**
**PO Box 957065**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.31 |
|---|---|---|---|

**Chad Hauseman**
**4609 Marsh Hawk Pl**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,310.00 |
|---|---|---|---|

**Chayn Mousa**
**13455 Cutten Rd Ste 1B**
**Houston, TX 77069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.00 |
|---|---|---|---|

**Chris Douglas Dickens - The Object**
**4825 Arroyo Tr**
**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.56 |
|---|---|---|---|

**Chris Pritchard**
**4010 DuPont Cir Ste 122**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Christin McCumber**
**32035 Joseph Rd**
**Hockley, TX 77447**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:21-bk-02741 Doc 879-1 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Exhibit EXHIBIT 1 Page 69 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.52 |
|---|---|---|---|

**Christopher Debnam**
**5 Tender Ct**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.54 |
|---|---|---|---|

**Cirro Energy**
**Us Retailers LLC**
**PO Box 660004**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.21 |
|---|---|---|---|

**City Wide Maintenance Co Inc**
**15230 West 105th Terrace**
**Lenexa, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,027.08 |
|---|---|---|---|

**CNA Insurance**
**PO Box 74007619**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.36 |
|---|---|---|---|

**Comcast**
**PO Box 71211**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $862.36 |
|---|---|---|---|

**Comcast**
**PO Box 3001**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $670.26 |
|---|---|---|---|

**Comcast**
**PO Box 660618**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.09 |
|---|---|---|---|

**Comptroller of MD**
**Revenue Admin Division**
**110 Carroll St**
**Annapolis, MD 21411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Cooks Pest Control**
**PO Box 341898**
**Memphis, TN 38184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.30 |
|---|---|---|---|

**Cooper Pest Solutions**
**351 Lawrence Station Rd**
**Lawrence Township, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.10 |
|---|---|---|---|

**Crystal Springs**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $606.08 |
|---|---|---|---|

**Cube Smart**
**8585 Touchton Rd**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.55 |
|---|---|---|---|

**Cypress Creek Pest Control**
**PO Box 690548**
**Houston, TX 77269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.26 |
|---|---|---|---|

**Cyracom LLC**
**PO Box 74008083**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 3:21-bk-02741   Doc 879-1 Filed 05/06/22   Entered 05/06/22 13:46:43   Desc Main
Exhibit EXHIBIT Page 70 of 376

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.00** |
|---|---|---|---|

**DAL Maintenance LLC**
**Attn: Accts Dept.**
**Po Box 388**
**Kemah, TX 77565**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.22** |
|---|---|---|---|

**David Yee**
**3310 Lauren Oaks Ct**
**Herndon, VA 20171**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,915.50** |
|---|---|---|---|

**DBL Law**
**207 Thomas More Pkwy**
**Ft Mitchell, KY 41017**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.29** |
|---|---|---|---|

**Deanna Sides**
**2985 Old Brownsville Rd**
**Memphis, TN 38134**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,850.00** |
|---|---|---|---|

**Delta Telephone and Cabling Inc**
**2131 Espey Ct Suite 16**
**Crofton, MD 21114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,629.34** |
|---|---|---|---|

**Design Resource Cer**
**PO Box 43565**
**Birmingham, AL 35243**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.81** |
|---|---|---|---|

**Diana Whetstone**
**29517 County Rd 10**
**Elkhart, IN 46514**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Sleep Medicine LLC | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $546.00 |
|---|---|---|---|

**DL Williams Electric Co Inc**
**11630 Columbia Park Dr E**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Dr. Ammar Almasalkhi**
**18710 Brookeshade Ln**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,194.37 |
|---|---|---|---|

**Dr. Aneesa Keya**
**14400 Quietwood Terrace N**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Dr. Bao**
**6699 Alvarado Rd. Ste 2306**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Dr. Bertrand De Silva**
**4121 Brockton Ave Ste 104**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $938.47 |
|---|---|---|---|

**Dr. Giangreco MD**
**1741 Allerford Dr.**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,153.20 |
|---|---|---|---|

**Dr. Houman Dahi**
**501 Washington Stt Suite 725**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| | **Dr. Imran Sharief** | ☐ Contingent | |
| | **5114 E Crescent Dr.** | ☐ Unliquidated | |
| | **Anaheim, CA 92807** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
| | **Dr. James Roth** | ☐ Contingent | |
| | **1600 McArthur St** | ☐ Unliquidated | |
| | **Manchester, TN 37355** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,375.00** |
| | **Dr. Joshua Aaron MD** | ☐ Contingent | |
| | **6 Angelica Dr** | ☐ Unliquidated | |
| | **Avondale, PA 19311** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| | **Dr. Kunwar Vohra** | ☐ Contingent | |
| | **Attn: Mark Anselment Ascension Ned** | ☐ Unliquidated | |
| | **250 W 96th St Suite 520** | ☐ Disputed | |
| | **Indianapolis, IN 46260** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| | **Dr. Mahmood Dweik** | ☐ Contingent | |
| | **1412 Caine Hill Ct.** | ☐ Unliquidated | |
| | **League City, TX 77573** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,650.00** |
| | **Dr. Mark Miller MD** | ☐ Contingent | |
| | **3922 Clarks Meadow Dr** | ☐ Unliquidated | |
| | **Glenwood, MD 21738** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.00** |
| | **Dr. Martha Hagaman** | ☐ Contingent | |
| | **523 Sandpiper Cir** | ☐ Unliquidated | |
| | **Nashville, TN 37221** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:21-bk-02741 Doc 879 Filed 07/05/22 Entered 07/05/22 13:46:43 Desc Main
Exhibit EXHIBIT 1 Page 75 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Dr. Muhammad Zamar**<br>**PO BOx 2285**<br>**Cordova, TN 38088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|
| | **Dr. Muhammed Niaz**<br>**107 N Bridge St**<br>**Elkton, MD 21921** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,209.04** |
|---|---|---|---|
| | **Dr. R Dughly**<br>**325 Hospital Dr**<br>**Glen Burnie, MD 21061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |
|---|---|---|---|
| | **Dr. Richard Hoffman**<br>**8101 Hinson Farm Rd. Ste 306**<br>**Alexandria, VA 22306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Dr. Richard Parcinski**<br>**4200 N Cloverleaf Dr Ste G**<br>**Saint Peters, MO 63376** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,588.50** |
|---|---|---|---|
| | **Dr. Salah Bagnoli**<br>**3599 University Blvd S Ste 901**<br>**Jacksonville, FL 32216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,975.46** |
|---|---|---|---|
| | **Dr. Sangjin Oh MDF**<br>**1412 Crain Hwy N Ste 6 A**<br>**Glen Burnie, MD 21061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dr. Sorresso**
**200 Blue Indigo Ct**
**Ponte Vedra Beach, FL 32082**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dr. Strahil Atanasov**
**2814 Creek Bend Dr**
**Friendswood, TX 77546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,898.70 |
|---|---|---|---|

**Dr. Syed Nabi MDF**
**157 Resource Center Pkwy Ste 115A**
**Birmingham, AL 35242**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Dr. Toenjes**
**Attn: Erin Doty**
**1890 Linehouse St**
**Ponte Vedra Beach, FL 32082**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dr. Wojciech Ornowski**
**16105 La Salle St**
**South Holland, IL 60473**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.02 |
|---|---|---|---|

**Eco-Pest Inc**
**814 Bay Star Blvd**
**Webster, TX 77598**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.26 |
|---|---|---|---|

**Ecolab Inc**
**26252 Network Pl**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.37 |
|---|---|---|---|

**Erin Smith**
**14914 W 74th St**
**Shawnee, KS 66216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.07 |
|---|---|---|---|

**Evelyn Sulecki**
**90 W Mill Station Dr**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,602.01 |
|---|---|---|---|

**FedEx**
**PO Box 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.50 |
|---|---|---|---|

**Fein, Such, Kahn & Shepherd**
**7 Century Dr.**
**Suite 201**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,350.40 |
|---|---|---|---|

**Fire and Water LLC**
**c/o Hoffman Develpoment Co**
**727 Craig Rd Ste 100**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,403.03 |
|---|---|---|---|

**Florida Blue**
**4800 Deerwood Campus Pkwy**
**Corporate Cash Receipts 1-3**
**Jacksonville, FL 32246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,029.51 |
|---|---|---|---|

**Florida Combined Life Dental**
**Dept 1158**
**Po Box 121158**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case 3:21-bk-02741 Doc 879 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Document Exhibit Page 77 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Forrest Livingood**
1420 Litton Ave
Nashville, TN 37216

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.81 |
|---|---|---|---|

**Gabriela Bija**
1412 Tampa Ct
Murfreesboro, TN 37129

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.73 |
|---|---|---|---|

**GFL Environmental**
3301 Benson Dr. Ste 601
Raleigh, NC 27609

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,083.61 |
|---|---|---|---|

**Ghods Law Firm**
2100 N Broadway St
Ste 210
Santa Ana, CA 92706

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.75 |
|---|---|---|---|

**Gregory Creason**
2819 Wood Haul Ct
League City, TX 77573

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.02 |
|---|---|---|---|

**Henry Schein Inc**
PO Box 371952
Pittsburgh, PA 15250

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,028.30 |
|---|---|---|---|

**Hercules Houston Partner**
2660 Townsgate Rd Ste 130
Westlake Village, CA 91361

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.00 |
|---|---|---|---|

**Hiller Companies**
PO Box 935434
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.00 |
|---|---|---|---|

**Home Medical Products Inc.**
232 State St
Jackson, TN 38301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**I Dream of Cleaning**
Shannon T Brown
2258 Cardinal Dr.
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,845.88 |
|---|---|---|---|

**IN-9240 Meridian LLC**
20416 Harper Ave
Harper Woods, MI 48225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.52 |
|---|---|---|---|

**Inga Sinyangwe**
10 Hilary Cir
New Castle, DE 19720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,318.07 |
|---|---|---|---|

**IPFS Corp**
24722 Network Pl
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.09 |
|---|---|---|---|

**Jacob Hutchinson**
233 Brentwood Dr
Dry Ridge, KY 41035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.41 |
|---|---|---|---|

**James Bowman**
**210 Hailey Ave**
**Brooklyn, MD 21225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,396.04 |
|---|---|---|---|

**Jan-Pro of Washington DC**
**10801 Main St Suite 100**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,628.00 |
|---|---|---|---|

**Jani-King of Birmingham**
**2469 Sunset Point Rd**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,623.90 |
|---|---|---|---|

**JEA**
**PO Box 45047**
**Jacksonville, FL 32232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.77 |
|---|---|---|---|

**Jeffrey Adams**
**PO Box 12695**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.56 |
|---|---|---|---|

**Jerry Lauch**
**Po Box A Q**
**Carmel by the Sea, CA 93921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.58 |
|---|---|---|---|

**Johnny Fossett**
**8937 Yeaman Dr**
**Jacksonville, FL 32208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:21-bk-02741 Doc 879 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Exhibit EXHIBIT Page 58 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.74 |
|---|---|---|---|

**Johnson Controls Fire Protection**
**Dept CH 10320**
**Palatine, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Jonathan Ronk**
**9619 Quarter Moon Dr**
**Pendleton, IN 46064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Joseph Riding**
**732 Fawn Rd**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.84 |
|---|---|---|---|

**Justin Burns**
**510 W Chelsea Dr #2**
**Ft Mitchell, KY 41017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $488.05 |
|---|---|---|---|

**Karen McLaurin**
**2 Timbermill Ln**
**Landenberg, PA 19350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Kelly Carter**
**3914 Toreador Ct Bldg 4**
**Apt 6**
**Jacksonville, FL 32217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00 |
|---|---|---|---|

**Kentuckiana Pulmonary**
**Dept 52937 PO Box 950154**
**Louisville, KY 40295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:21-bk-02741 Doc 879 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Document Exhibit Page 59 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Kevin Higgins**
**44 Braid Hills Dr**
**Saint Charles, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.17** |
|---|---|---|---|

**Kim Welch**
**16404 Eider St**
**Bowie, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$485.00** |
|---|---|---|---|

**Kintisha Matthews**
**1121 Cimarron Tr**
**Birmingham, AL 35215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$377.70** |
|---|---|---|---|

**LegalShield**
**Po Box 2629**
**Ada, OK 74821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,614.58** |
|---|---|---|---|

**Lincoln Financial Group**
**PO Box 0821**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.75** |
|---|---|---|---|

**Lisa Contino**
**4613 Statesmen Dr.**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.00** |
|---|---|---|---|

**Loyd Collis**
**185 Linwood Rd**
**Sterrett, AL 35147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| Debtor | **American Sleep Medicine LLC** | Case number (if known) **3:21-bk-02741** |
| | Name | |

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$413.19**
---|---|---

Nonpriority creditor's name and mailing address
**Lynnette Turner**
**32 Hubbard Ln**
**Milton, KY 40045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$413.19

---

**3.124** Nonpriority creditor's name and mailing address
**Manny Lopez**
**5353 Clapboard Creek Dr.**
**Jacksonville, FL 32226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

**3.125** Nonpriority creditor's name and mailing address
**Marion County Treasurer**
**PO Box 6145**
**Indianapolis, IN 46206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$914.26

---

**3.126** Nonpriority creditor's name and mailing address
**Mark Fitzgerald**
**2240 Oscar Bradford Rd**
**Hayden, AL 35079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$400.60

---

**3.127** Nonpriority creditor's name and mailing address
**Marsha Wood**
**12911 Wooded Forest Rd**
**Louisville, KY 40243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13.14

---

**3.128** Nonpriority creditor's name and mailing address
**Mary Galyan**
**8859 County Rd 350W**
**Fishers, IN 46038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$32.07

---

**3.129** Nonpriority creditor's name and mailing address
**Mary Hammond**
**928 Miller Ave**
**Shelbyville, KY 40065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$128.86

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,471.68** |
|---|---|---|---|

**Maryland Park Center**
c/o Avison Young
700 12th Ave S Ste 302
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Matthew McGarvey**
313 North St
Neptune Beach, FL 32266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,314.82** |
|---|---|---|---|

**McKesson**
PO Box 933027
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00** |
|---|---|---|---|

**Metropolitan Pulm & Sleep**
290 NE Tudor Rd
Lees Summit, MO 64086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136.23** |
|---|---|---|---|

**Michael Bates**
8702 Gunpowder Dr
Indianapolis, IN 46256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michelle Mitchell**
American Sleep Med
660 Kenilworth Dr Ste 203
Towson, MD 21204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __NOTICE ONLY__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29.96** |
|---|---|---|---|

**Mike Hoffman**
213 Evergreen Ave
Newport, KY 41071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

**3.137** Nonpriority creditor's name and mailing address

**Montgomery Co MD**
**PO Box 824860**
**Philadelphia, PA 19116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1,578.77

---

**3.138** Nonpriority creditor's name and mailing address

**Mr. Electric of Eastern Memphis**
**1056 Dent**
**Eads, TN 38028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$258.82

---

**3.139** Nonpriority creditor's name and mailing address

**Mr. Electric of Louisville**
**9014 Iona Ct**
**Louisville, KY 40291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$195.00

---

**3.140** Nonpriority creditor's name and mailing address

**MVAP Medical Supplies**
**2001 Corporate Center Dr Ste 250**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$7,145.33

---

**3.141** Nonpriority creditor's name and mailing address

**Neurosleep**
**PO Box 166**
**Fairfax Station, VA 22039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$426.87

---

**3.142** Nonpriority creditor's name and mailing address

**Nikki Lester**
**PO box 333**
**Birmingham, AL 35242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$105.90

---

**3.143** Nonpriority creditor's name and mailing address

**North Shore Copier**
**4300 Regency Dr.**
**Glenview, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$590.00

---

Case 3:21-bk-02741 Doc 879 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Document Exhibit Page 63 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**OCD Clean**
**2936 Landing Edge**
**Dickinson, TX 77539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.51 |
|---|---|---|---|

**Office Environment Company**
**1136 West Market St.**
**Louisville, KY 40203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,296.42 |
|---|---|---|---|

**Orchard Investment**
**660 Kennilworth Dr Ste 104**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211.83 |
|---|---|---|---|

**Orkin**
**7046 Fairfield Business Center Dr**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.56 |
|---|---|---|---|

**Orkin Pest Control**
**529 Stuart St.**
**Jacksonville, FL 32254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,760.49 |
|---|---|---|---|

**Passport Health Communications**
**c/o Experian**
**PO Box 886133**
**Los Angeles, CA 90088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174,000.00 |
|---|---|---|---|

**Paycor**
**4811 Montgomery Road**
**Cincinnati, OH 45212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.38 |
|---|---|---|---|

PEPCO
PO Box 13608
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

Philips Medical Capital
PO Box 92449
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,201.32 |
|---|---|---|---|

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,211.82 |
|---|---|---|---|

PITNEY BOWES - PURCHASE POWER
PO BOX 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,743.00 |
|---|---|---|---|

Private Eyes Inc
9080 Doluble Diamond Pkwy Ste C
Reno, NV 89521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,580.22 |
|---|---|---|---|

Professional Towers
c/o Sun Properties
4010 Dupont Cir Ste 700
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Quast Development
3114 Hudnall Ln
Ft Mitchell, KY 41017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

Case 3:21-bk-02741 Doc 879 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main Document Exhibit EXHIBIT Page 87 of 133 Page 65 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.89** |
|---|---|---|---|

**Queen Ester Barnes**
**239 Independence Way**
**Springfield, NJ 07081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,816.04** |
|---|---|---|---|

**Randstad Professionals**
**PO Box 742689**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.18** |
|---|---|---|---|

**Red Force Fire and Security**
**1030-G West 23rd St**
**Independence, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137.57** |
|---|---|---|---|

**Regina Scudder**
**2381 Campanion Cir**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$823.77** |
|---|---|---|---|

**Reliance Standard Life Insurance**
**Attn: Accounting Dept**
**505 S Lenola Rd Ste 231**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Reno Electric**
**728 El Monde Rd**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.47** |
|---|---|---|---|

**Resmed**
**Lockbox 534593**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.20** |
|---|---|---|---|

**Respironics**
PO Box 405740
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$415,625.00** |
|---|---|---|---|

**Respironics**
PO Box 405740
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.06** |
|---|---|---|---|

**Ricoh USA 41602**
PO Box 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,458.47** |
|---|---|---|---|

**Ricoh USA, INC 827577**
PO Box 827577
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144.75** |
|---|---|---|---|

**RJ Young**
PO Box 415000
Nashville, TN 37241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Robert Cole**
3431 Putnam St
Falls Church, VA 22042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219.24** |
|---|---|---|---|

**Robert Hodge**
1060 Delaware
Imperial Beach, CA 91932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Sleep Medicine LLC** | Case number *(if known)* | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,985.25 |
|---|---|---|---|

**Robert S. Griswold**
**C/o Griswold Real Estate Management, Inc**
**5703 Oberlin Dr Suite 300**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.65 |
|---|---|---|---|

**Roger Gilliam**
**1751 Drexal Rd.**
**Dundalk, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $890.00 |
|---|---|---|---|

**Ron Daugherty**
**273 Prince Towne Dr**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Sabatco**
**2900 Brooktree Lane**
**Suite 100**
**Kansas City, MO 64119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sabatco LLC**
**c/o Copaken Brooks**
**1100 Walnut St Ste 2000**
**Kansas City, MO 64106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **NOTICE ONLY**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.76 |
|---|---|---|---|

**Safetouch**
**Jacksonville Division**
**9550 Sunbeam Center Drive**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,696.28 |
|---|---|---|---|

**Salter Labs**
**PO Box 639780**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|--------|--------------------------------|------------------------|-------------------|
|        | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00**

**San Diego Police Department**
**Police Permit & Licensing - M5735**
**PO Box 121431**
**San Diego, CA 92112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.00**

**Sandra Fleming**
**1952 Goodhaven Dr**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**SBA- SMALL BUSINESS ADMIN**
**C/O US ATTY OFFICE**
**110 9TH AVE SO #A-961**
**NASHVILLE, TN 37203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **This is a forgivable PPP loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,918.58**

**SBS Svcs Group Stratus Building So**
**c/o Stratus Building Solutions**
**PO Box 208299**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$194.00**

**Scrypt, Inc.**
**PO Box 95290**
**Grapevine, TX 76099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49.36**

**Shari Misler**
**11 Tunica Pass Ct**
**Spring, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$586.83**

**Sherses Williams**
**7732 Susan Dr S**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,023.70 |
|---|---|---|---|

**Shred-It USA-Chicago**
**28883 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,580.92 |
|---|---|---|---|

**Simon Levi Company**
**c/o Pacific Coast Commercial**
**10721 Treena St STe 200**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.20 |
|---|---|---|---|

**Simply Self Storage**
**4752 Hwy 280**
**Birmingham, AL 35255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sirote & Premutt**
**PO Box 55509**
**Birmingham, AL 35255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Smith, Gambrell, & Russell LLP**
**1230 Peachtree Street**
**Suite 3100 Promenade**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,045.39 |
|---|---|---|---|

**Sparkletts**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,766.15 |
|---|---|---|---|

**SPBS Medical Equipment Sales**
**4431 Long Prairie Road**
**Suite 100**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:21-bk-02741 Doc 879-1 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Exhibit Exhibit Page 92 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

---

**3.193** | Nonpriority creditor's name and mailing address

**Spectrum Business**
PO Box 742616
Cincinnati, OH 45274

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$489.47**

---

**3.194** | Nonpriority creditor's name and mailing address

**Spectrum Business**
PO Box 1060
Carol Stream, IL 60132

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$316.67**

---

**3.195** | Nonpriority creditor's name and mailing address

**Staples Advantage**
Dept ATL
PO Box 105748
Atlanta, GA 30348

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$18,372.07**

---

**3.196** | Nonpriority creditor's name and mailing address

**Star Networx LLC**
PO Box 211436
Louisville, KY 40221

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.197** | Nonpriority creditor's name and mailing address

**Stark Exterminators**
PO Box 55148
Birmingham, AL 35255

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$58.00**

---

**3.198** | Nonpriority creditor's name and mailing address

**Stinson Leonard Street**
Attn: Mark Jacobs
7700 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$10,098.00**

---

**3.199** | Nonpriority creditor's name and mailing address

**Stratus Building Solutions of Houston**
2537 S. Gessner Road #121
Houston, TX 77063

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,330.74**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| | |
|---|---|
| Debtor | **American Sleep Medicine LLC** |
| | Name |

Case number (if known) **3:21-bk-02741**

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,921.40 |
|---|---|---|---|

**Suburban Owner LLC**
**4600 Touchton Rd E Bldg 100 Ste 501**
**Jacksonville, FL 32246**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519.37 |
|---|---|---|---|

**Talena Cawthon**
**13926 Ridgewick Dr**
**Jacksonville, FL 32218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,601.64 |
|---|---|---|---|

**TCP Partners**
**Attn: Accounting**
**1901 E Fourth St Ste 360**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**TCS - Total Comfort Solutions, Inc.**
**4801 Executive Park Ct Bldg 200, Ste 203**
**Jacksonville, FL 32216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Teresa Lieb**
**727 Craig Rd**
**Suite 101**
**Saint Louis, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.02 |
|---|---|---|---|

**Terminix Processing Center**
**PO Box 802155**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.75 |
|---|---|---|---|

**The Salvo Law Group**
**185 Fairfield Avenue**
**Suite 3C/3D**
**Caldwell, NJ 07006**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:21-bk-02741 Doc 879-1 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Exhibit EXHIBIT Page 94 of 133

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Thomas Morton**
10788 Glenhurst Dr
Independence, KY 41051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.08 |
|---|---|---|---|

**Tim Crutchfield**
18800 S 47th W Ave
Mounds, OK 74047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.25 |
|---|---|---|---|

**Transworld Systems Inc. - TSI**
PO Box 5511
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.89 |
|---|---|---|---|

**TriWest**
VA Customer Service Attn: Refunds
PO Box 14491
Florence, SC 29502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $926.02 |
|---|---|---|---|

**TXU Energy**
PO Box 650638
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.53 |
|---|---|---|---|

**UHC-United Healthcare**
PO Box 94017
Palatine, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.06 |
|---|---|---|---|

**ULINE**
PO Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | American Sleep Medicine LLC | Case number (if known) | 3:21-bk-02741 |
|---|---|---|---|
| | Name | | |

**3.214** Nonpriority creditor's name and mailing address
UPS
PO Box 7247-0244
Philadelphia, PA 19170

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$5.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** Nonpriority creditor's name and mailing address
USAble Life
PO Box 204678
Dallas, TX 75320

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$1,547.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** Nonpriority creditor's name and mailing address
Verizon New-internet only
PO Box 15124
Albany, NY 12212

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$144.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** Nonpriority creditor's name and mailing address
Verizon VIE
PO Box 660720
Dallas, TX 75266

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$442.85**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address
Voelker Litigation Group
600 W. Jackson Blvd #100
Chicago, IL 60661

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$13,519.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** Nonpriority creditor's name and mailing address
Volatia
1327 Grandin Rd. SW
Roanoke, VA 24015

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$93.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address
Watchlight Corporation/Alarm Rel
111 S. Marshall Ave
El Cajon, CA 92020

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$227.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:21-bk-02741 Doc 879 Filed 05/06/22 Entered 05/06/22 13:46:43 Desc Main
Exhibit EXHIBIT Page 96 of 76

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,127.22 |
|---|---|---|---|

**Waterlogic**
PO Box 677867
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,040.05 |
|---|---|---|---|

**Waystar aka ZirMed**
1311 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.08 |
|---|---|---|---|

**Welders Supply**
PO Box 21007
Louisville, KY 40221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.40 |
|---|---|---|---|

**Windstream Communications**
PO Box 9001950
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,050.90 |
|---|---|---|---|

**WM Rickman Const**
15215 Shady Grove Rd Ste 201
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Womack Industries, Inc.**
131 Congressional Lane
Rockville, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T**<br>PO BOX 5019<br>Carol Stream, IL 60197 | Line **3.10** | _ |
| | | ☐ Not listed. Explain ____ | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **American Sleep Medicine LLC** | Case number (if known) | **3:21-bk-02741** |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.2 | **AT&T** <br> **PO Box 5025** <br> **Carol Stream, IL 60197** | Line **3.11** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **IRS** <br> **C/O US ATTY OFFICE** <br> **110 9TH AVE SO #A-961** <br> **NASHVILLE, TN 37203** | Line **2.61** <br><br> ☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
| --- | --- |
| 5a. Total claims from Part 1 | 5a. $ 250,837.26 |
| 5b. Total claims from Part 2 | 5b. + $ 1,438,466.89 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. $ 1,689,304.15 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **American Sleep Medicine LLC  EXHIBIT A**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:21-bk-02741**

☐ Check if this is an
    amended filing

# ASSETS AS OF COMMENCEMENT OF THE CASE

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **ServisFirst** | **Checking** | | $90,056.43 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $90,056.43 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 839,896.37 | - | 0.00 | = .... | $839,896.37 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor | **American Sleep Medicine LLC** | Case number *(If known)* | **3:21-bk-02741** |
| | Name | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$839,896.37

**Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** see attached sheets | $0.00 | Tax records | $40,983.39 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$40,983.39

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **American Sleep Medicine LLC**　　　　　　　　Case number *(If known)* **3:21-bk-02741**
　　　　　Name

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **American Sleep Medicine LLC** | Case number *(If known)* | **3:21-bk-02741** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$90,056.43** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$839,896.37** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$40,983.39** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$970,936.19** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$970,936.19** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Asset | Property Description | Date In Service | Date Dep Complete |
|-------|---------------------|-----------------|-------------------|
|       |                     |                 |                   |

**Entity: American Sleep Products**

   **Location: ASP LLC**

**Group: Computer**

| | | | |
|---|---|---|---|
| 1072 | ASP DELL MONITOR | 9/19/11 | 9/19/16 |
| 1073 | ASP DELL COMPUTER | 9/19/11 | 9/19/16 |
| 1074 | ASP DELL MONITOR | 11/19/11 | 11/19/16 |
| 1075 | ASP DELL COMPUTER | 11/19/11 | 11/19/16 |
| 1076 | ASP DELL MONITOR | 12/27/11 | 12/27/16 |
| 1077 | ASP DELL COMPUTER | 12/27/11 | 12/27/16 |
| | ASP Video Monitor | 11/21/12 | 11/21/17 |
| | ASP Hard drive | 6/30/15 | 6/30/20 |

**Computer**

**Group: Equipment**

| | | | |
|---|---|---|---|
| 1078 | ASP MONITOR VIDEO CARD | 11/21/12 | 11/21/15 |
| 1083 | ASP ACCESS VOICE & DATA | 12/08/11 | 12/08/18 |
| 1086 | ASP SIGN - EXTERIOR DOOR | 11/30/11 | 11/30/18 |
| 1087 | ASP SIGN - OFFICE DOOR | 12/13/11 | 12/13/18 |
| 1089 | ASP 3 CHARS | 2/10/12 | 2/10/19 |

**Equipment**

**Group: Furniture**

| | | | |
|---|---|---|---|
| 1079 | ASP 2 STAFF DESKS | 9/29/11 | 9/29/18 |
| 1080 | ASP OFFICE FURNITURE (TRACEY | 10/07/11 | 10/07/18 |
| 1081 | ASP OFFICE FUNITURE INSTALL | 12/02/11 | 12/02/18 |
| 1082 | ASP OFFICE SHELVING | 12/02/11 | 12/02/18 |
| 1085 | ASP SHELVING | 12/15/11 | 12/15/18 |
| 1090 | ASP SHELVING | 3/13/12 | 3/13/19 |
| 1091 | ASP 2 U-SHAPED CUBICLES W/ CHAIRS | 3/19/12 | 3/19/19 |
| | Shelving | 1/24/13 | 1/24/20 |
| | 4 Desks and chairs | 10/29/18 | 9/30/25 |
| | 1 Desk | 1/20/19 | 1/20/26 |

**Furniture**

**Group: Leasehold Improvements**

    1084  ASP BUILDOUT                 11/11/11       11/11/25

**Leasehold Improvements**

**Group: Signs**

| | | |
|---|---|---|
| ASP signs | 11/30/11 | 11/30/18 |
| ASP signs | 12/13/11 | 12/13/18 |
| ASP signs | 11/26/13 | 11/26/20 |
| ASP signs | 3/31/14 | 3/31/21 |

**Group: Software**

| | | |
|---|---|---|
| 1092  ASP ADOBE SOFTWARE | 1/04/12 | 1/04/15 |
| Software | 11/18/11 | 11/18/14 |
| MS Office for 5 machines | 4/02/18 | 4/02/21 |
| Software | 12/31/14 | 12/31/17 |

**Software**

| Life in Years | Monthly Depreciation | Annual Depreciation | Original Cost | Balance @ 12/31/20 | Additions |
|---|---|---|---|---|---|
| 5.00 | 1.73 | 20.80 | 104.00 | 104.00 | |
| 5.00 | 16.92 | 203.00 | 1,015.00 | 1,015.00 | |
| 5.00 | 3.03 | 36.40 | 182.00 | 182.00 | |
| 5.00 | 16.92 | 203.00 | 1,015.00 | 1,015.00 | |
| 5.00 | 3.00 | 36.00 | 180.00 | 180.00 | |
| 5.00 | 13.55 | 162.60 | 813.00 | 813.00 | |
| 5.00 | 4.92 | 58.99 | 294.97 | 294.97 | |
| 5.00 | 50.00 | 600.00 | 3,000.00 | 3,000.00 | |
| | | | 6,603.97 | 6,603.97 | 0.00 |
| 3.00 | 12.29 | 147.50 | 295.00 | 295.00 | |
| 7.00 | 2.26 | 27.14 | 190.00 | 190.00 | |
| 7.00 | 3.61 | 43.29 | 303.00 | 303.00 | |
| 7.00 | 1.88 | 22.57 | 158.00 | 158.00 | |
| 7.00 | 5.31 | 63.71 | 446.00 | 446.00 | |
| | | | 1,392.00 | 1,392.00 | 0 |
| 7.00 | 16.19 | 1,214.29 | 1,360.00 | 1,360.00 | |
| 7.00 | 12.54 | 150.43 | 1,053.00 | 1,053.00 | |
| 7.00 | 2.38 | 28.57 | 200.00 | 200.00 | |
| 7.00 | 12.19 | 146.29 | 1,024.00 | 1,024.00 | |
| 7.00 | 2.02 | 24.29 | 170.00 | 170.00 | |
| 7.00 | 11.40 | 136.86 | 958.00 | 958.00 | |
| 7.00 | 23.81 | 285.71 | 2,000.00 | 2,000.00 | |
| 7.00 | 2.38 | 28.57 | 200.00 | 200.00 | |
| 7.00 | 21.99 | 263.83 | 1,846.82 | 1,846.82 | |
| 7.00 | 4.99 | 59.91 | 419.34 | 419.34 | |
| | | | 9,231.16 | 9,231.16 | 0 |

| | | | | |
|---|---|---|---|---|
| 15.00 | 108.60 | 1,303.20 | 19,548.00 | 19,548.00 | |
| | | | 19,548.00 | 19,548.00 | 0 |
| | | | | | |
| 7.00 | 3.60 | 43.26 | 302.79 | 302.79 | |
| 7.00 | 1.88 | 22.57 | 158.00 | 158.00 | |
| 7.00 | 2.08 | 25.00 | 175.00 | 175.00 | |
| 7.00 | 0.88 | 10.57 | 73.99 | 73.99 | |
| | | | 709.78 | 709.78 | 0 |
| | | | | | |
| 3.00 | 5.28 | 63.33 | 190.00 | 190.00 | |
| 3.00 | 9.61 | 115.36 | 346.08 | 346.08 | |
| 3.00 | 77.58 | 930.97 | 2,792.90 | 2,792.90 | |
| 3.00 | 4.72 | 56.67 | 170.00 | 170.00 | |
| | | | 3,498.98 | 3,498.98 | 0 |
| | | | | | |
| | | | 40,983.89 | 40,983.89 | 0.00 |

| Deletions | Adjustments DR (CR) | Balance @ 12/31/21 | | Accumulated Depr 12/31/19 |
|---|---|---|---|---|
| | | 104.00 | | 104.00 |
| | | 1,015.00 | | 1,015.00 |
| | | 182.00 | | 182.00 |
| | | 1,015.00 | | 1,015.00 |
| | | 180.00 | | 180.00 |
| | | 813.00 | | 813.00 |
| | | 294.97 | | 294.97 |
| | | 3,000.00 | | 2,700.00 |
| | | 0.00 | | |
| 0.00 | 0.00 | 6,603.97 | | 6,303.97 |
| | | | | |
| | | 295.00 | | 295.00 |
| | | 190.00 | | 190.00 |
| | | 303.00 | | 303.00 |
| | | 158.00 | | 158.00 |
| | | 446.00 | | 446.00 |
| | | 0.00 | | |
| 0 | 0 | 1392 | | 1,392.00 |
| | | | | |
| | | 1,360.00 | | 1,360.00 |
| | | 1,053.00 | | 1,053.00 |
| | | 200.00 | | 200.00 |
| | | 1,024.00 | | 352.38 |
| | | 170.00 | | 170.00 |
| | | 958.00 | | 958.00 |
| | | 2,000.00 | | 2,000.00 |
| | | 200.00 | | 197.62 |
| | | 1,846.82 | | 307.86 |
| | | 419.34 | | 54.91 |
| | | 0.00 | | |
| 0 | 0 | 9231.16 | | 6,653.77 |

| | | | |
|---|---|---|---|
| | | 19,548.00 | 10,534.20 |
| 0 | 0 | 19548 | 10,534.20 |
| | | 302.79 | 302.79 |
| | | 158.00 | 158.00 |
| | | 175.00 | 152.04 |
| | | 73.99 | 60.77 |
| 0 | 0 | 709.78 | 673.60 |
| | | 190.00 | 190.00 |
| | | 346.08 | 346.08 |
| | | 2,792.90 | 1,629.19 |
| | | 170.00 | 170.00 |
| 0 | 0 | 3498.98 | 2,335.27 |
| 0.00 | 0.00 | 40,983.89 | 27,892.82 |
| | | | 27,892.82 |

Fill in this information to identify the case:

Debtor Name __American Sleep Mediine__

United States Bankruptcy Court for the: Middle_ District of _Tennessee_____ ▾

Case number: __3:21-bk-02741___

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __April 2022__ / __NONE__

Date report filed: __07/08/2022__
MM / DD / YYYY

Line of business: __Sleep Diagnostics__

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Row J Zadeh, CEO__

Original signature of responsible party _____

Printed name of responsible party __Row Zadeh__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **American Sleep Mediine**      Case number **3:21-bk-02741**

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ -56,831.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 408,547

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 644,752

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    – $ -236205

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ -293036

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 297,241.02

    *(Exhibit E)*

Debtor Name <u>American Sleep Mediine</u>     Case number <u>3:21-bk-02741</u>

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____70,677.75_____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    _____196_____

27. What is the number of employees as of the date of this monthly report?         _____114_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ___37540.00___

30. How much have you paid this month in other professional fees?                 $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?    $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 420,000.00 − | $ 408547 = | $ 11,453.00 |
| 33. **Cash disbursements** | $ 600000.00 − | $ 644752 = | $ -44,752.00 |
| 34. **Net cash flow** | $ -180000 − | $ -236205 = | $ 56,205.00 |

35. Total projected cash receipts for the next month:                             $ _____600,000._____

36. Total projected cash disbursements for the next month:                     − $ _____500,000_____

37. Total projected net cash flow for the next month:                          = $ _____100,000_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

Del Medical Associates Inc
200 Blue Indigo Ct
Ponte Vedra Beach, FL 32082

American Sleep Medicine 2nd Amended Disclosure Statement

**Till Reconciliation**

**(All Payments)**

7/8/2022 3:54:33 PM
Print User:  Sweat, Heather

Facility = All, User = All, Provider = All, Date Range = 06/01/2022 - 06/30/2022, Order By = Patient

| Patient | Type | Time | Description | Check/Credit No | Invoice # | Payment |
|---------|------|------|-------------|-----------------|-----------|---------|
| **HYSESANI, ERTA** | | | | | | |
| 06/30/2022 | | | | | | |
| ZPAY | | | | | | |
| Christian, Daryl | CON | 04:09:37 pm | Patient - Payment | Zpay | 436252 | $119.47 |
| Cowan, Joseph | FDL | 04:24:31 pm | Patient - Payment | Zpay | 436228 | $40.00 |
| Easterling, Brian | CON | 04:08:31 pm | Patient - Payment | Zpay | 431042 | $75.00 |
| Goel, Mamta | CON | 04:20:36 pm | Patient - Payment | Zpay | 436217 | $75.76 |
| Hair, Nancy J | FDL | 04:20:11 pm | Patient - Payments | Zpay | 436216 | $35.00 |
| Haridi, Jennifer Y | FDL | 04:23:20 pm | Patient - Payment | Zpay | 436232 | $66.94 |
| Hartig, Steven | DRT | 04:19:47 pm | Patient - Payment | Zpay | 426618 | $68.80 |
| Henry, Cathie | FDL | 04:10:09 pm | Patient - Payment | Zpay | 436151 | $178.16 |
| Hollingsworth, Ronsheen R | CON | 04:18:54 pm | Patient - Payment | Zpay | 436208 | $50.00 |
| Key, Donnie | FDL | 04:13:12 pm | Patient - Payment | Zpay | 436203 | $92.92 |
| Kiven, Jolyana | FDL | 04:07:13 pm | Patient - Payment | zpay | 436191 | $86.76 |
| Kucharski, Jeff | CON | 04:19:16 pm | Patient - Payment | Zpay | 436210 | $129.74 |
| Lanham, Golda Fay | CON | 04:07:45 pm | Patient - Payment | Zpay | 436192 | $50.00 |
| Liu, Yongshan | FDL | 01:29:52 pm | Patient - Payment | Zpay | 436181 | $94.37 |
| Martinez, Carolina | CON | 04:21:01 pm | Patient - Payment | Zpay | 436218 | $25.00 |
| McCann, Nicole L | CON | 04:23:50 pm | Patient - Payment | Zpay | 436230 | $93.99 |
| Quintero De Nieto, Ana | FDL | 03:58:15 pm | Patient - Payment | Zpay | 436180 | $145.84 |
| Shamlin, Wilford | FDL | 04:14:01 pm | Patient - Payment | Zpay | 431102 | $5.00 |
| Shamlin, Wilford | FDL | 04:14:14 pm | Patient - Payment | Zpay | 430453 | $75.00 |
| Smith, Lynn H | CON | 04:21:52 pm | Patient - Payment | Zpay | 436227 | $123.67 |
| Stice, Nicholas A | CON | 04:11:42 pm | Patient - Payment | Zpay | 367993 | $250.00 |
| Toller, Virginia D | FDL | 04:15:18 pm | Patient - Payment | Zpay | 436209 | $40.00 |
| Tyree, Tina | CON | 04:08:08 pm | Patient - Payment | Zpay | 436189 | $433.19 |
| Total:  23 | | | | | | $2,354.61 |
| Total:  63 | | | | | | $16,565.69 |
| **Total:  1274** | | | | | | **$408,546.74** |

**Summary for all users**

| Paid By | Count | Payment |
|---------|-------|---------|
| ACH | 552 | $219,549.98 |
| CHCK | 310 | $109,567.72 |
| MORD | 4 | $175.00 |
| ZPAY | 408 | $79,254.04 |
| Total | 1274 | $408,546.74 |

American Sleep Medicine 2nd Amended Disclosure Statement

## American Sleep Medicine, LLC
## Transactions by Account
### As of June 30, 2022

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **20000 · 1-Accounts Payable** | | | | | | | | | | 1,131,435.37 |
| Bill | 06/01/2022 | 0601... | Rent - (HOU) Cha... | JUNE RENT | Houston | | 67100 · Rent ... | | 7,991.00 | 1,139,426.37 |
| Bill | 06/01/2022 | 0601... | Rent - (BALT) Orc... | JUNE RENT | Baltimore | | -SPLIT- | | 8,072.69 | 1,147,499.06 |
| Bill Pmt -Check | 06/01/2022 | 1336 | Rent - (BALT) Orc... | Account# 660-203 | | | 100000 · Ban... | 8,404.69 | | 1,139,094.37 |
| Bill | 06/01/2022 | JUN... | Rent - (JAX & HQ)... | June 2022 - Suite 300, 301, 301B, | | | -SPLIT- | | 11,881.17 | 1,150,975.54 |
| Bill | 06/01/2022 | 0601... | Rent - (LOU) Prof... | JUNE RENT | Louisville | | 67100 · Rent ... | | 7,046.59 | 1,158,022.13 |
| Bill Pmt -Check | 06/01/2022 | 1337 | Rent - (LOU) Prof... | JUNE RENT | | | 100000 · Ban... | 7,046.59 | | 1,150,975.54 |
| Bill | 06/01/2022 | 0601... | Rent - (MEM) BC ... | JUNE RENT | Memphis | | 67100 · Rent ... | | 5,955.61 | 1,156,931.15 |
| Bill Pmt -Check | 06/01/2022 | 1338 | Rent - (MEM) BC ... | JUNE RENT | | | 100000 · Ban... | 5,955.61 | | 1,150,975.54 |
| Bill | 06/01/2022 | 0601... | Rent - (WEB) Her... | JUNE RENT | Webster | | 67100 · Rent ... | | 6,290.85 | 1,157,266.39 |
| Bill Pmt -Check | 06/01/2022 | 1330 | Rent - (WEB) Her... | JUNE RENT | | | 100000 · Ban... | 5,863.13 | | 1,151,403.26 |
| Discount | 06/01/2022 | 1330 | Rent - (WEB) Her... | JUNE RENT | Webster | | | | 427.72 | 1,150,975.54 |
| Bill | 06/01/2022 | 0601... | Rent - (NEW) CE... | JUNE RENT | Newark | | 67100 · Rent ... | | 7,863.58 | 1,158,839.12 |
| Bill Pmt -Check | 06/01/2022 | 1339 | Rent - (NEW) CE... | JUNE RENT | | | 100000 · Ban... | 10,036.09 | | 1,148,803.03 |
| Bill | 06/01/2022 | 0601... | Rent - (ROC) W.M... | JUNE RENT | Rockville | | 67100 · Rent ... | | 8,037.13 | 1,156,840.16 |
| Bill Pmt -Check | 06/01/2022 | 1340 | Rent - (ROC) W.M... | JUNE RENT | | | 100000 · Ban... | 8,037.13 | | 1,148,803.03 |
| Bill | 06/01/2022 | June | Florida Blue | June Health Insurance Premium | | | -SPLIT- | | 32,018.85 | 1,180,821.88 |
| Bill | 06/01/2022 | 4997... | eMDs | Customer ID 1001681 AmericanSle... | Jax HQ | | -SPLIT- | | 1,188.05 | 1,182,009.93 |
| Bill | 06/01/2022 | 4997... | eMDs | Customer ID 1001681 AmericanSle... | Jax HQ | | -SPLIT- | | 15,840.59 | 1,197,850.52 |
| Bill Pmt -Check | 06/01/2022 | ACH... | Alabama Power | SVC 4/14-5/16/22 | | | 100000 · Ban... | 926.43 | | 1,196,924.09 |
| Bill | 06/01/2022 | 0601... | Comcast -BALT54... | | Baltimore | | Cable Services | | 457.69 | 1,197,381.78 |
| Bill Pmt -Check | 06/01/2022 | ACH... | Office of the U.S. ... | 503-21-02741/02850 | | | 100000 · Ban... | 23,490.00 | | 1,173,891.78 |
| Bill | 06/01/2022 | JUN... | Reliance Standard... | EE Voluntary benefits June 2022 | | | Supplementa... | | 3,137.95 | 1,177,029.73 |
| Bill Pmt -Check | 06/02/2022 | JEA | JEA | | | | 100000 · Ban... | 811.47 | | 1,176,218.26 |
| Bill Pmt -Check | 06/03/2022 | ACH... | JEA | | | | 100000 · Ban... | 1,015.12 | | 1,175,203.14 |
| Bill Pmt -Check | 06/06/2022 | 1319 | David Yount | | | | 100000 · Ban... | 167.75 | | 1,175,035.39 |
| Bill Pmt -Check | 06/06/2022 | ACH... | Cirro Energy | | | | 100000 · Ban... | 412.82 | | 1,174,622.57 |
| Bill Pmt -Check | 06/07/2022 | ACH... | Comcast -BALT54... | | | | 100000 · Ban... | 457.71 | | 1,174,164.86 |
| Bill Pmt -Check | 06/07/2022 | ACH... | Comcast - ROC14... | | | | 100000 · Ban... | 436.46 | | 1,173,728.40 |
| Bill | 06/08/2022 | 0608... | Kelly Cummings | | Vienna | | Fuel | | 258.10 | 1,173,986.50 |
| Bill | 06/10/2022 | 0610... | Comcast -Houston... | | Webster | | Cable Services | | 552.08 | 1,174,538.58 |
| Bill Pmt -Check | 06/15/2022 | ACH... | Verizon NEW-inte... | | | | 100000 · Ban... | 124.99 | | 1,174,413.59 |
| Bill | 06/15/2022 | 0615... | Comcast - ROC14... | Services 5/23-6/19/22 | Newark | | Cable Services | | 382.07 | 1,174,795.66 |
| Bill Pmt -Check | 06/16/2022 | 1329 | Rent - (JAX & HQ)... | June 2022 - Suite 300, 301, 301B, | | | 100000 · Ban... | 11,881.17 | | 1,162,914.49 |
| Bill Pmt -Check | 06/16/2022 | ACH... | Waystar aka ZirMed | | | | 100000 · Ban... | 4,704.46 | | 1,158,210.03 |
| Bill Pmt -Check | 06/17/2022 | ACH... | Reliance Standard... | | | | 100000 · Ban... | 6,904.79 | | 1,151,305.24 |
| Bill Pmt -Check | 06/17/2022 | ACH... | Pitney Bowes Inc. | | | | 100000 · Ban... | 134.35 | | 1,151,170.89 |
| Bill | 06/17/2022 | 0617... | Comcast -Houston... | Svc 6/22-7/21/22 | Houston | | Cable Services | | 181.97 | 1,151,352.86 |
| Bill Pmt -Check | 06/20/2022 | 1358 | Stratus Building S... | | | | 100000 · Ban... | 1,537.16 | | 1,149,815.70 |
| Bill Pmt -Check | 06/20/2022 | 1353 | Anago Cleaning S... | | | | 100000 · Ban... | 1,744.10 | | 1,148,071.60 |
| Bill Pmt -Check | 06/20/2022 | 1357 | Kelly Cummings | | | | 100000 · Ban... | 853.30 | | 1,147,218.30 |
| Bill Pmt -Check | 06/20/2022 | 1324 | Ballou Fire Syste... | 4/13/22-7/12/22 | | | 100000 · Ban... | 174.00 | | 1,147,044.30 |
| Bill Pmt -Check | 06/20/2022 | 1325 | eMDs | CustomerID 1001681 -eMDs | | | 100000 · Ban... | 1,188.05 | | 1,145,856.25 |
| Bill Pmt -Check | 06/29/2022 | ACH... | JEA | | | | 100000 · Ban... | 1,014.14 | | 1,144,842.11 |
| Bill Pmt -Check | 06/29/2022 | ACH... | JEA | | | | 100000 · Ban... | 1,208.14 | | 1,143,633.97 |
| Bill Pmt -Check | 06/30/2022 | 1361 | Rent - (HOU) Cha... | JUNE RENT | | | 100000 · Ban... | 7,991.00 | | 1,135,642.97 |
| Bill Pmt -Check | 06/30/2022 | ACH... | Florida Blue | June Health Insurance Premium | | | 100000 · Ban... | 32,018.85 | | 1,103,624.12 |
| Bill Pmt -Check | 06/30/2022 | ACH... | TXU Energy | 100061401091 | | | 100000 · Ban... | 955.99 | | 1,102,668.13 |
| Total 20000 · 1-Accounts Payable | | | | | | | | 145,923.21 | 117,155.97 | 1,102,668.13 |
| **TOTAL** | | | | | | | | **145,923.21** | **117,155.97** | **1,102,668.13** |

Page 1

Case 3:21-bk-02741 Doc 188-1 Filed 07/07/21/22 Entered 07/07/21/22 13:43:10 Desc Main
Document Exhibit D Page 114 of 133

**American Sleep Medicine, LLC**
## Transaction Detail By Account
### June 2022

4:27 PM
07/08/22
Accrual Basis

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **Direct Wages** | | | | | | | | | | |
| General Journal | 06/02/2022 | PR11 ... | | | Baltimore | | ServisFirst Pay... | 13,291.34 | | 13,291.34 |
| General Journal | 06/02/2022 | PR11 ... | | | Birmingham | | ServisFirst Pay... | 11,313.46 | | 24,604.80 |
| General Journal | 06/02/2022 | PR11 ... | | | Houston | | ServisFirst Pay... | 13,065.10 | | 37,669.90 |
| General Journal | 06/02/2022 | PR11 ... | | | Jacksonvi... | | ServisFirst Pay... | 16,862.51 | | 54,532.41 |
| General Journal | 06/02/2022 | PR11 ... | | | Livingston | | ServisFirst Pay... | 0.00 | | 54,532.41 |
| General Journal | 06/02/2022 | PR11 ... | | | Louisville | | ServisFirst Pay... | 11,620.42 | | 66,152.83 |
| General Journal | 06/02/2022 | PR11 ... | | | Memphis | | ServisFirst Pay... | 17,923.94 | | 84,076.77 |
| General Journal | 06/02/2022 | PR11 ... | | | Nashville | | ServisFirst Pay... | 12,215.04 | | 96,291.81 |
| General Journal | 06/02/2022 | PR11 ... | | | Newark | | ServisFirst Pay... | 13,902.29 | | 110,194.10 |
| General Journal | 06/02/2022 | PR11 ... | | | Indianapo... | | ServisFirst Pay... | 0.00 | | 110,194.10 |
| General Journal | 06/02/2022 | PR11 ... | | | Rockville | | ServisFirst Pay... | 16,576.42 | | 126,770.52 |
| General Journal | 06/02/2022 | PR11 ... | | | Vienna | | ServisFirst Pay... | 8,697.54 | | 135,468.06 |
| General Journal | 06/02/2022 | PR11 ... | | | Webster | | ServisFirst Pay... | 11,987.69 | | 147,455.75 |
| General Journal | 06/02/2022 | PR11 ... | | | Jax HQ | | ServisFirst Pay... | 29,673.88 | | 177,129.63 |
| General Journal | 06/02/2022 | PR11 ... | | | ASP | | ServisFirst Pay... | 0.00 | | 177,129.63 |
| General Journal | 06/16/2022 | PR12 ... | | | Baltimore | | ServisFirst Pay... | 12,191.34 | | 189,320.97 |
| General Journal | 06/16/2022 | PR12 ... | | | Birmingham | | ServisFirst Pay... | 10,213.46 | | 199,534.43 |
| General Journal | 06/16/2022 | PR12 ... | | | Houston | | ServisFirst Pay... | 12,065.10 | | 211,599.53 |
| General Journal | 06/16/2022 | PR12 ... | | | Jacksonvi... | | ServisFirst Pay... | 15,662.51 | | 227,262.04 |
| General Journal | 06/16/2022 | PR12 ... | | | Livingston | | ServisFirst Pay... | 0.00 | | 227,262.04 |
| General Journal | 06/16/2022 | PR12 ... | | | Louisville | | ServisFirst Pay... | 10,620.42 | | 237,882.46 |
| General Journal | 06/16/2022 | PR12 ... | | | Memphis | | ServisFirst Pay... | 15,723.94 | | 253,606.40 |
| General Journal | 06/16/2022 | PR12 ... | | | Nashville | | ServisFirst Pay... | 11,215.04 | | 264,821.44 |
| General Journal | 06/16/2022 | PR12 ... | | | Newark | | ServisFirst Pay... | 12,941.29 | | 277,762.73 |
| General Journal | 06/16/2022 | PR12 ... | | | Indianapo... | | ServisFirst Pay... | 0.00 | | 277,762.73 |
| General Journal | 06/16/2022 | PR12 ... | | | Rockville | | ServisFirst Pay... | 14,576.20 | | 292,338.93 |
| General Journal | 06/16/2022 | PR12 ... | | | Vienna | | ServisFirst Pay... | 7,697.54 | | 300,036.47 |
| General Journal | 06/16/2022 | PR12 ... | | | Webster | | ServisFirst Pay... | 10,987.69 | | 311,024.16 |
| General Journal | 06/16/2022 | PR12 ... | | | Jax HQ | | ServisFirst Pay... | 26,673.88 | | 337,698.04 |
| General Journal | 06/16/2022 | PR12 ... | | | ASP | | ServisFirst Pay... | 0.00 | | 337,698.04 |
| General Journal | 06/30/2022 | PR13 ... | | | Baltimore | | ServisFirst Pay... | 12,291.34 | | 349,989.38 |
| General Journal | 06/30/2022 | PR13 ... | | | Birmingham | | ServisFirst Pay... | 10,313.46 | | 360,302.84 |
| General Journal | 06/30/2022 | PR13 ... | | | Houston | | ServisFirst Pay... | 12,065.10 | | 372,367.94 |
| General Journal | 06/30/2022 | PR13 ... | | | Jacksonvi... | | ServisFirst Pay... | 15,862.51 | | 388,230.45 |
| General Journal | 06/30/2022 | PR13 ... | | | Livingston | | ServisFirst Pay... | 0.00 | | 388,230.45 |
| General Journal | 06/30/2022 | PR13 ... | | | Louisville | | ServisFirst Pay... | 10,620.42 | | 398,850.87 |
| General Journal | 06/30/2022 | PR13 ... | | | Memphis | | ServisFirst Pay... | 15,923.94 | | 414,774.81 |
| General Journal | 06/30/2022 | PR13 ... | | | Nashville | | ServisFirst Pay... | 11,215.04 | | 425,989.85 |
| General Journal | 06/30/2022 | PR13 ... | | | Newark | | ServisFirst Pay... | 12,902.29 | | 438,892.14 |
| General Journal | 06/30/2022 | PR13 ... | | | Indianapo... | | ServisFirst Pay... | 0.00 | | 438,892.14 |
| General Journal | 06/30/2022 | PR13 ... | | | Rockville | | ServisFirst Pay... | 14,576.42 | | 453,468.56 |
| General Journal | 06/30/2022 | PR13 ... | | | Vienna | | ServisFirst Pay... | 7,697.54 | | 461,166.10 |
| General Journal | 06/30/2022 | PR13 ... | | | Webster | | ServisFirst Pay... | 10,987.69 | | 472,153.79 |
| General Journal | 06/30/2022 | PR13 ... | | | Jax HQ | | ServisFirst Pay... | 26,673.88 | | 498,827.67 |
| General Journal | 06/30/2022 | PR13 ... | | | ASP | | ServisFirst Pay... | 0.00 | | 498,827.67 |
| Total Direct Wages | | | | | | | | 498,827.67 | 0.00 | 498,827.67 |
| **TOTAL** | | | | | | | | **498,827.67** | **0.00** | **498,827.67** |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

| | Type | Date | Num |
|---|---|---|---|
| **Alabama Power** | | | |
| | Bill | 04/14/2022 | 041422 |
| Total Alabama Power | | | |
| **American Sleep Medicine** | | | |
| | General Journal | 01/31/2022 | 013122AREV |
| Total American Sleep Medicine | | | |
| **Ameriflex** | | | |
| | Bill | 01/07/2022 | INV470885 |
| Total Ameriflex | | | |
| **Anago Cleaning Systems** | | | |
| | Bill | 04/05/2022 | 30637 |
| Total Anago Cleaning Systems | | | |
| **AT&T - 5019** | | | |
| | Bill | 01/11/2022 | Jan billing |
| | Bill | 02/11/2022 | Feb billing |
| Total AT&T - 5019 | | | |
| **Ballou Fire Systems LLC** | | | |
| | Bill | 03/15/2022 | 112616 |
| Total Ballou Fire Systems LLC | | | |
| **Comcast - ROC1458/NEW7510/ROC4707** | | | |
| | Bill | 03/27/2022 | 032722#1458 |
| | Bill | 04/15/2022 | 041522#7510 |
| | Bill | 04/27/2022 | 042722 |
| Total Comcast - ROC1458/NEW7510/ROC4707 | | | |
| **Comcast -BALT5412** | | | |
| | Bill | 03/01/2022 | 0301225412 |
| | Bill | 04/01/2022 | 0401225412 |
| Total Comcast -BALT5412 | | | |
| **Comcast -Houston 3794/Webster 2983** | | | |
| | Bill | 03/17/2022 | 031722HOUSTON |
| | Bill | 04/10/2022 | 041022#2983 |
| | Bill | 04/17/2022 | 041722HOUSTON |
| Total Comcast -Houston 3794/Webster 2983 | | | |
| **Cook's Pest Control Inc.** | | | |
| | Bill | 02/02/2022 | 20531397 |
| | Bill | 04/06/2022 | 20871952 |
| Total Cook's Pest Control Inc. | | | |
| **Cyracom, LLC** | | | |
| | Bill | 02/28/2022 | 2022003562 |
| | Bill | 04/30/2022 | 2022015884 |
| Total Cyracom, LLC | | | |
| **DOC BALT- Dr. Sangjin Oh** | | | |
| | Bill | 12/15/2021 | Payout Nov 2021 |
| Total DOC BALT- Dr. Sangjin Oh | | | |
| **DOC BALT - Dr Sangjin Oh MDF** | | | |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

| | Type | Date | Num |
|---|---|---|---|
| Total DOC BALT - Dr Sangjin Oh MDF | Bill | 11/01/2021 | MDF Nov 2021 |
| **DOC HOU - Dr. Strahil Atanasov - MDF** | | | |
| | Bill | 11/01/2021 | MDF NOV 2021 |
| Total DOC HOU - Dr. Strahil Atanasov - MDF | | | |
| **DOC INDY - Dr. Kunwar Vohra  - MDF** | | | |
| | Bill | 10/01/2021 | MFD 10/2021 |
| | Bill | 09/30/2021 | MFD 07/2021 REISSUE |
| Total DOC INDY - Dr. Kunwar Vohra  - MDF | | | |
| **DOC INDY - Dr. Wojciech Ornowski -MDF** | | | |
| | Bill | 09/01/2021 | MFD 09/2021 |
| Total DOC INDY - Dr. Wojciech Ornowski -MDF | | | |
| **DOC JAX- Dr. Sorresso** | | | |
| | Bill | 11/30/2021 | NOV 2021 |
| | Bill | 12/31/2021 | DEC 2021 |
| | Bill | 01/31/2022 | JAN 2022 |
| | Bill | 02/28/2022 | FEB 2022 |
| | Bill | 03/31/2022 | MAR 2022 |
| Total DOC JAX- Dr. Sorresso | | | |
| **DOC JAX- Dr. Sorresso - MDF** | | | |
| | General Journal | 07/31/2020 | MDF/Sorress |
| | Bill | 12/31/2021 | MDF DEC2021 |
| | Bill | 01/31/2022 | MDFJAN 2022 |
| | Bill | 02/27/2022 | MDFFEB 2022 |
| | Bill | 03/31/2022 | MDF MAR 2022 |
| | Bill | 04/30/2022 | MDF APR 2022 |
| Total DOC JAX- Dr. Sorresso - MDF | | | |
| **DOC NASH - Dr. Martha Hagaman** | | | |
| | Bill | 10/31/2021 | October 2021 |
| | Bill | 11/30/2021 | November 2021 |
| | Bill | 12/31/2021 | December 2021 |
| | Bill | 01/31/2022 | January 2022 |
| | Bill | 02/28/2022 | February 2022 |
| Total DOC NASH - Dr. Martha Hagaman | | | |
| **DOC NASH - Dr. Martha Hagaman - MDF** | | | |
| | Bill | 12/31/2021 | MDF DEC 2021 |
| | Bill | 01/31/2022 | MDF JAN 2022 |
| | Bill | 02/28/2022 | MDF FEB 2022 |
| Total DOC NASH - Dr. Martha Hagaman - MDF | | | |
| **DOC SD - Dr. Houman Dahi** | | | |
| | Bill | 09/07/2021 | August 2021 |
| | Bill | 10/07/2021 | September 2021 |
| Total DOC SD - Dr. Houman Dahi | | | |
| **DOC VIE - Dr. Richard Hoffman** | | | |
| | Bill | 11/30/2021 | DEC 21 PAYOUT |

4:49 PM
05/20/22

American Sleep Medicine, LLC
American Sleep Medicine 2nd Amended Disclosure Statement
Unpaid Bills Detail
As of April 30, 2022

| | Type | Date | Num |
|---|---|---|---|
| Total DOC VIE - Dr. Richard Hoffman | | | |
| **Duval County Tax Collector** | | | |
| | Bill | 11/11/2021 | 925503-8000 |
| Total Duval County Tax Collector | | | |
| **Ecolab Inc** | | | |
| | Bill | 01/24/2022 | 6023272 |
| | Bill | 04/26/2022 | 6612630 |
| Total Ecolab Inc | | | |
| **Florida Blue** | | | |
| | Bill | 04/01/2022 | April |
| Total Florida Blue | | | |
| **GFL Environmental** | | | |
| | Bill | 02/18/2022 | UG0000050405 |
| | Bill | 03/18/2022 | UG0000054036 |
| Total GFL Environmental | | | |
| **Harris County M.U.D.** | | | |
| | Bill | 02/01/2022 | CAD 2221192-2021PPT |
| Total Harris County M.U.D. | | | |
| **IPFS Corporation** | | | |
| | Bill | 09/16/2021 | ILP-32492 #4 |
| Total IPFS Corporation | | | |
| **Jan-Pro of Washington DC - ROCK** | | | |
| | Bill | 04/01/2022 | 171931 |
| Total Jan-Pro of Washington DC - ROCK | | | |
| **Jan-Pro of Washington DC - VIE** | | | |
| | Bill | 01/01/2022 | 160328 |
| Total Jan-Pro of Washington DC - VIE | | | |
| **JEA** | | | |
| | General Journal | 01/31/2022 | 013121JEARC |
| | Bill | 12/16/2021 | 121621/3412 |
| | Bill | 04/19/2022 | 041922 |
| | Bill | 04/19/2022 | 041922A |
| Total JEA | | | |
| **John Heinlein** | | | |
| | Bill | 01/06/2022 | |
| Total John Heinlein | | | |
| **Maintenance Warriors** | | | |
| | Bill | 04/01/2022 | 2350 |
| Total Maintenance Warriors | | | |
| **McKesson-680196** | | | |
| | Bill | 12/31/2021 | DEC21 |
| | Bill | 01/31/2022 | VARIOUSJAN |
| | Bill | 02/03/2022 | FEB INVOICES |
| Total McKesson-680196 | | | |
| **Med-Stat Medical** | | | |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

American Sleep Medicine 2nd Amended Disclosure Statement

| | Type | Date | Num |
|---|---|---|---|
| | Bill | 04/27/2022 | 57992 |
| Total Med-Stat Medical | | | |
| **MVAP Medical Supplies** | | | |
| | Bill | 12/01/2021 | |
| Total MVAP Medical Supplies | | | |
| **New Jersey Department of Labor and Workfo** | | | |
| | Bill | 12/22/2021 | |
| | Bill | 12/21/2021 | |
| Total New Jersey Department of Labor and Workfo | | | |
| **PEPCO** | | | |
| | Bill | 04/21/2022 | 042122 |
| Total PEPCO | | | |
| **Pitney Bowes Global Financial Services, L** | | | |
| | Bill | 01/03/2022 | 3105266460late |
| | Bill | 04/04/2022 | 3105450911late |
| Total Pitney Bowes Global Financial Services, L | | | |
| **Pitney Bowes Inc.** | | | |
| | Bill | 02/03/2022 | 3105315102 |
| | Bill | 03/15/2022 | 1020316395 |
| Total Pitney Bowes Inc. | | | |
| **Pitney Bowes Purchase Power** | | | |
| | Bill | 09/26/2021 | 6426 MASTER 09/2021 |
| | Bill | 12/31/2021 | EFT |
| Total Pitney Bowes Purchase Power | | | |
| **Private Eyes, Inc.** | | | |
| | Bill | 08/01/2021 | 6146 |
| | Bill | 09/01/2021 | 7560 |
| | Bill | 10/02/2021 | 7804 |
| | Bill | 04/01/2022 | 11866 |
| Total Private Eyes, Inc. | | | |
| **Reliance Standard Life Insurance Company** | | | |
| | Bill | 03/01/2022 | MARVOLUNTARY |
| | Bill | 04/01/2022 | APRVOLUNTARY |
| Total Reliance Standard Life Insurance Company | | | |
| **Rent - (BALT) Orchard Investment** | | | |
| | Bill | 11/01/2021 | NOV RENT |
| | Bill | 04/01/2022 | 2864 |
| Total Rent - (BALT) Orchard Investment | | | |
| **Rent - (BIRM) Design Resource Center, LLC** | | | |
| | Bill | 10/01/2021 | October 2021 |
| | Bill | 03/19/2022 | 2021-130 |
| Total Rent - (BIRM) Design Resource Center, LLC | | | |
| **Rent - (HOU) Chayn Mousa** | | | |
| | Bill | 10/01/2021 | October 2021 |
| Total Rent - (HOU) Chayn Mousa | | | |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

American Sleep Medicine 2nd Amended Disclosure Statement

| | Type | Date | Num |
|---|---|---|---|
| **Rent - (INDY) IN-9240 Meridian, LLC** | | | |
| | Bill | 09/27/2021 | LATE FEE Sept 2021 |
| | Bill | 10/12/2021 | |
| Total Rent - (INDY) IN-9240 Meridian, LLC | | | |
| **Rent - (JAX & HQ) Belfort 3 Partners LLC** | | | |
| | Bill | 10/01/2021 | October 2021 |
| | Bill | 10/11/2021 | Sept 2021 LateFee |
| Total Rent - (JAX & HQ) Belfort 3 Partners LLC | | | |
| **Rent - (LOU) Professional Towers** | | | |
| | Bill | 12/31/2021 | 123121 |
| Total Rent - (LOU) Professional Towers | | | |
| **Rent - (MEM) BC Commercial Properties LLC** | | | |
| | Bill | 10/01/2021 | October 2021 |
| | Bill | 09/27/2021 | Sept 2021 Late Fee |
| Total Rent - (MEM) BC Commercial Properties LLC | | | |
| **Rent - (NASH) Maryland Park Center** | | | |
| | Bill | 10/01/2021 | October 2021 |
| Total Rent - (NASH) Maryland Park Center | | | |
| **Rent - (NEW) CEC 200, LLC** | | | |
| | Bill | 02/11/2022 | 021122 |
| | Bill | 03/24/2022 | 032422 |
| | Bill | 04/13/2022 | 041322 |
| Total Rent - (NEW) CEC 200, LLC | | | |
| **Rent - (ROC) W.M. Rickman Const Co. LLC** | | | |
| Total Rent - (ROC) W.M. Rickman Const Co. LLC | | | |
| **Rent - (VIE) BSC/RG Boone Blvd Owner** | | | |
| | Bill | 10/01/2021 | October 2021 |
| Total Rent - (VIE) BSC/RG Boone Blvd Owner | | | |
| **Rent - (WEB) Hercules Houston Partners LP** | | | |
| | Bill | 10/01/2021 | October 2021 |
| Total Rent - (WEB) Hercules Houston Partners LP | | | |
| **Ricoh USA, INC 827577** | | | |
| | Bill | 02/12/2022 | 9029599746 |
| | Bill | 01/26/2022 | 36066218 |
| | Bill | 02/02/2022 | 9029567329 |
| | Bill | 03/11/2022 | 36309712 |
| | Bill | 03/12/2022 | 9029784592 |
| | Bill | 02/15/2022 | 5063907589 |
| | Bill | 03/02/2022 | 9029732163 |
| | Bill | 03/14/2022 | 9029786933 |
| | Bill | 03/15/2022 | 5064158579 |
| | Bill | 04/19/2022 | 9029966356 |
| Total Ricoh USA, INC 827577 | | | |
| **Shred-It USA - Chicago** | | | |
| | Bill | 01/26/2022 | 9004300799 |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

| | Type | Date | Num |
|---|---|---|---|
| | Bill | 01/26/2022 | 9004300974 |
| | Bill | 03/03/2022 | 8001130832 |
| Total Shred-It USA - Chicago | | | |
| **Spectrum Business (formerly Charter)** | | | |
| | Bill | 03/02/2022 | 0158809030222 |
| | Bill | 04/02/2022 | 0158809040222 |
| Total Spectrum Business (formerly Charter) | | | |
| **Spectrum Business (Time Warner Cable)** | | | |
| | Bill | 03/24/2022 | 0007909032422 |
| | Bill | 04/24/2022 | 0007909042422 |
| Total Spectrum Business (Time Warner Cable) | | | |
| **Staples Advantage** | | | |
| | Bill | 03/14/2022 | 8065569501 |
| | Bill | 03/21/2022 | 8065642730 |
| | Bill | 03/28/2022 | 8065717565 |
| | Bill | 04/04/2022 | 8065810323 |
| | Bill | 04/11/2022 | 8065886212 |
| | Bill | 04/18/2022 | 8065958760 |
| Total Staples Advantage | | | |
| **SunMed/Salter Labs** | | | |
| | Bill | 01/26/2022 | 2353921 |
| Total SunMed/Salter Labs | | | |
| **Thermal Engineers, Inc.** | | | |
| | Bill | 02/03/2022 | 22326/19891 |
| Total Thermal Engineers, Inc. | | | |
| **UHC - United Healthcare** | | | |
| | Bill Pmt -Check | 11/11/2021 | EFT ONLINE |
| | Bill | 12/01/2021 | 227333745706 |
| Total UHC - United Healthcare | | | |
| **Verizon VIE - 9489 41Y  7444** | | | |
| | Bill | 04/22/2022 | 042222-VIE |
| Total Verizon VIE - 9489 41Y  7444 | | | |
| **Waystar aka ZirMed** | | | |
| | Bill | 03/10/2022 | 300238017 |
| Total Waystar aka ZirMed | | | |
| **Williamson County Trustee** | | | |
| | Bill | 02/28/2022 | PPT2021 |
| Total Williamson County Trustee | | | |
| **Windstream Communications** | | | |
| | Bill | 02/22/2022 | 74585133 |
| Total Windstream Communications | | | |
| **TOTAL** | | | |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

American Sleep Medicine 2nd Amended Disclosure Statement

| | Due Date | Aging | Open Balance |
|---|---|---|---|
| **Alabama Power** | | | |
| | 04/14/2022 | 16 | 926.43 |
| Total Alabama Power | | | 926.43 |
| **American Sleep Medicine** | | | |
| | | | -1,037.21 |
| Total American Sleep Medicine | | | -1,037.21 |
| **Ameriflex** | | | |
| | 01/17/2022 | 103 | 63.00 |
| Total Ameriflex | | | 63.00 |
| **Anago Cleaning Systems** | | | |
| | 05/05/2022 | | 1,744.10 |
| Total Anago Cleaning Systems | | | 1,744.10 |
| **AT&T - 5019** | | | |
| | 02/10/2022 | 79 | 4,762.97 |
| | 03/13/2022 | 48 | 4,925.52 |
| Total AT&T - 5019 | | | 9,688.49 |
| **Ballou Fire Systems LLC** | | | |
| | 03/15/2022 | 46 | 174.00 |
| Total Ballou Fire Systems LLC | | | 174.00 |
| **Comcast - ROC1458/NEW7510/ROC4707** | | | |
| | 04/16/2022 | 14 | 396.98 |
| | 05/05/2022 | | 382.07 |
| | 05/17/2022 | | 436.46 |
| Total Comcast - ROC1458/NEW7510/ROC4707 | | | 1,215.51 |
| **Comcast -BALT5412** | | | |
| | 03/21/2022 | 40 | 416.27 |
| | 04/21/2022 | 9 | 416.09 |
| Total Comcast -BALT5412 | | | 832.36 |
| **Comcast -Houston 3794/Webster 2983** | | | |
| | 03/27/2022 | 34 | 172.01 |
| | 04/20/2022 | 10 | 528.24 |
| | 04/27/2022 | 3 | 192.11 |
| Total Comcast -Houston 3794/Webster 2983 | | | 892.36 |
| **Cook's Pest Control Inc.** | | | |
| | 02/12/2022 | 77 | 75.00 |
| | 04/16/2022 | 14 | 75.00 |
| Total Cook's Pest Control Inc. | | | 150.00 |
| **Cyracom, LLC** | | | |
| | 03/10/2022 | 51 | 59.76 |
| | 05/30/2022 | | 164.34 |
| Total Cyracom, LLC | | | 224.10 |
| **DOC BALT- Dr. Sangjin Oh** | | | |
| | 12/15/2021 | 136 | 2,042.64 |
| Total DOC BALT- Dr. Sangjin Oh | | | 2,042.64 |
| **DOC BALT - Dr Sangjin Oh MDF** | | | |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

American Sleep Medicine 2nd Amended Disclosure Statement

| | Due Date | Aging | Open Balance |
|---|---|---|---|
| | 11/01/2021 | 180 | 500.00 |
| **Total DOC BALT - Dr Sangjin Oh MDF** | | | 500.00 |
| **DOC HOU - Dr. Strahil Atanasov - MDF** | | | |
| | 11/01/2021 | 180 | 500.00 |
| Total DOC HOU - Dr. Strahil Atanasov - MDF | | | 500.00 |
| **DOC INDY - Dr. Kunwar Vohra  - MDF** | | | |
| | 10/01/2021 | 211 | 500.00 |
| | 10/10/2021 | 202 | 500.00 |
| Total DOC INDY - Dr. Kunwar Vohra  - MDF | | | 1,000.00 |
| **DOC INDY - Dr. Wojciech Ornowski -MDF** | | | |
| | 09/01/2021 | 241 | 500.00 |
| Total DOC INDY - Dr. Wojciech Ornowski -MDF | | | 500.00 |
| **DOC JAX- Dr. Sorresso** | | | |
| | 11/30/2021 | 151 | 2,720.29 |
| | 12/31/2021 | 120 | 2,461.76 |
| | 01/31/2022 | 89 | 793.13 |
| | 02/28/2022 | 61 | 2,024.36 |
| | 04/30/2022 | | 779.58 |
| Total DOC JAX- Dr. Sorresso | | | 8,779.12 |
| **DOC JAX- Dr. Sorresso - MDF** | | | |
| | | | -500.00 |
| | 12/31/2021 | 120 | 500.00 |
| | 01/31/2022 | 89 | 500.00 |
| | 02/27/2022 | 62 | 500.00 |
| | 03/31/2022 | 30 | 500.00 |
| | 04/30/2022 | | 500.00 |
| Total DOC JAX- Dr. Sorresso - MDF | | | 2,000.00 |
| **DOC NASH - Dr. Martha Hagaman** | | | |
| | 10/31/2021 | 181 | 2,274.00 |
| | 11/30/2021 | 151 | 3,625.00 |
| | 12/31/2021 | 120 | 2,250.00 |
| | 01/31/2022 | 89 | 1,625.00 |
| | 02/28/2022 | 61 | 2,125.00 |
| Total DOC NASH - Dr. Martha Hagaman | | | 11,899.00 |
| **DOC NASH - Dr. Martha Hagaman - MDF** | | | |
| | 12/31/2021 | 120 | 500.00 |
| | 01/31/2022 | 89 | 500.00 |
| | 02/28/2022 | 61 | 500.00 |
| Total DOC NASH - Dr. Martha Hagaman - MDF | | | 1,500.00 |
| **DOC SD - Dr. Houman Dahi** | | | |
| | 09/07/2021 | 235 | 2,153.20 |
| | 10/17/2021 | 195 | 931.40 |
| Total DOC SD - Dr. Houman Dahi | | | 3,084.60 |
| **DOC VIE - Dr. Richard Hoffman** | | | |
| | 12/31/2021 | 120 | 16,696.00 |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

| | Due Date | Aging | Open Balance |
|---|---|---|---|
| Total DOC VIE - Dr. Richard Hoffman | | | 16,696.00 |
| **Duval County Tax Collector** | | | |
| | 04/30/2022 | | 1,675.52 |
| Total Duval County Tax Collector | | | 1,675.52 |
| **Ecolab Inc** | | | |
| | 02/23/2022 | 66 | 53.99 |
| | 05/26/2022 | | 59.80 |
| Total Ecolab Inc | | | 113.79 |
| **Florida Blue** | | | |
| | 05/01/2022 | | 34,876.51 |
| Total Florida Blue | | | 34,876.51 |
| **GFL Environmental** | | | |
| | 02/18/2022 | 71 | 516.06 |
| | 03/18/2022 | 43 | 627.49 |
| Total GFL Environmental | | | 1,143.55 |
| **Harris County M.U.D.** | | | |
| | 02/11/2022 | 78 | 63.55 |
| Total Harris County M.U.D. | | | 63.55 |
| **IPFS Corporation** | | | |
| | 10/01/2021 | 211 | 8,318.07 |
| Total IPFS Corporation | | | 8,318.07 |
| **Jan-Pro of Washington DC - ROCK** | | | |
| | 05/01/2022 | | 1,102.40 |
| Total Jan-Pro of Washington DC - ROCK | | | 1,102.40 |
| **Jan-Pro of Washington DC - VIE** | | | |
| | 01/31/2022 | 89 | 955.00 |
| Total Jan-Pro of Washington DC - VIE | | | 955.00 |
| **JEA** | | | |
| | | | 954.91 |
| | 01/07/2022 | 113 | 40.16 |
| | 04/29/2022 | 1 | 1,015.12 |
| | 05/11/2022 | | 811.47 |
| Total JEA | | | 2,821.66 |
| **John Heinlein** | | | |
| | 01/16/2022 | 104 | 146.84 |
| Total John Heinlein | | | 146.84 |
| **Maintenance Warriors** | | | |
| | 04/11/2022 | 19 | 1,082.50 |
| Total Maintenance Warriors | | | 1,082.50 |
| **McKesson-680196** | | | |
| | 01/30/2022 | 90 | 5,081.29 |
| | 03/02/2022 | 59 | 4,661.41 |
| | 03/05/2022 | 56 | 3,320.41 |
| Total McKesson-680196 | | | 13,063.11 |
| **Med-Stat Medical** | | | |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

American Sleep Medicine 2nd Amended Disclosure Statement

| | Due Date | Aging | Open Balance |
|---|---|---|---|
| | 05/27/2022 | | 316.55 |
| Total Med-Stat Medical | | | 316.55 |
| **MVAP Medical Supplies** | | | |
| | 12/01/2021 | 150 | 762.86 |
| Total MVAP Medical Supplies | | | 762.86 |
| **New Jersey Department of Labor and Workfo** | | | |
| | 12/22/2021 | 129 | 467.30 |
| | 12/31/2021 | 120 | 178.46 |
| Total New Jersey Department of Labor and Workfo | | | 645.76 |
| **PEPCO** | | | |
| | 05/01/2022 | | 592.78 |
| Total PEPCO | | | 592.78 |
| **Pitney Bowes Global Financial Services, L** | | | |
| | 02/02/2022 | 87 | 56.64 |
| | 04/14/2022 | 16 | 56.64 |
| Total Pitney Bowes Global Financial Services, L | | | 113.28 |
| **Pitney Bowes Inc.** | | | |
| | 03/05/2022 | 56 | 56.64 |
| | 04/14/2022 | 16 | 134.35 |
| Total Pitney Bowes Inc. | | | 190.99 |
| **Pitney Bowes Purchase Power** | | | |
| | 10/21/2021 | 191 | 1,511.80 |
| | 12/31/2021 | 120 | 500.00 |
| Total Pitney Bowes Purchase Power | | | 2,011.80 |
| **Private Eyes, Inc.** | | | |
| | 08/01/2021 | 272 | 1,665.00 |
| | 09/01/2021 | 241 | 1,078.00 |
| | 10/02/2021 | 210 | 743.00 |
| | 04/01/2022 | 29 | 261.00 |
| Total Private Eyes, Inc. | | | 3,747.00 |
| **Reliance Standard Life Insurance Company** | | | |
| | 04/01/2022 | 29 | 3,397.27 |
| | 05/01/2022 | | 3,475.08 |
| Total Reliance Standard Life Insurance Company | | | 6,872.35 |
| **Rent - (BALT) Orchard Investment** | | | |
| | 11/01/2021 | 180 | 7,839.88 |
| | 04/01/2022 | 29 | 332.00 |
| Total Rent - (BALT) Orchard Investment | | | 8,171.88 |
| **Rent - (BIRM) Design Resource Center, LLC** | | | |
| | 10/01/2021 | 211 | 8,808.02 |
| | 03/19/2022 | 42 | 382.65 |
| Total Rent - (BIRM) Design Resource Center, LLC | | | 9,190.67 |
| **Rent - (HOU) Chayn Mousa** | | | |
| | 10/01/2021 | 211 | 9,405.00 |
| Total Rent - (HOU) Chayn Mousa | | | 9,405.00 |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

| | Due Date | Aging | Open Balance |
|---|---|---|---|
| **Rent - (INDY) IN-9240 Meridian, LLC** | | | |
| | 10/07/2021 | 205 | 567.00 |
| | 10/12/2021 | 200 | 21,186.44 |
| Total Rent - (INDY) IN-9240 Meridian, LLC | | | 21,753.44 |
| **Rent - (JAX & HQ) Belfort 3 Partners LLC** | | | |
| | 10/01/2021 | 211 | 13,977.84 |
| | 10/21/2021 | 191 | 601.03 |
| Total Rent - (JAX & HQ) Belfort 3 Partners LLC | | | 14,578.87 |
| **Rent - (LOU) Professional Towers** | | | |
| | 12/31/2021 | 120 | 2,808.44 |
| Total Rent - (LOU) Professional Towers | | | 2,808.44 |
| **Rent - (MEM) BC Commercial Properties LLC** | | | |
| | 10/01/2021 | 211 | 6,907.45 |
| | 10/07/2021 | 205 | 690.75 |
| Total Rent - (MEM) BC Commercial Properties LLC | | | 7,598.20 |
| **Rent - (NASH) Maryland Park Center** | | | |
| | 10/01/2021 | 211 | 11,735.84 |
| Total Rent - (NASH) Maryland Park Center | | | 11,735.84 |
| **Rent - (NEW) CEC 200, LLC** | | | |
| | 02/11/2022 | 78 | 715.82 |
| | 03/24/2022 | 37 | 774.54 |
| | 04/13/2022 | 17 | 682.15 |
| Total Rent - (NEW) CEC 200, LLC | | | 2,172.51 |
| **Rent - (ROC) W.M. Rickman Const Co. LLC** | | | |
| Total Rent - (ROC) W.M. Rickman Const Co. LLC | | | 0.00 |
| **Rent - (VIE) BSC/RG Boone Blvd Owner** | | | |
| | 10/01/2021 | 211 | 17,135.99 |
| Total Rent - (VIE) BSC/RG Boone Blvd Owner | | | 17,135.99 |
| **Rent - (WEB) Hercules Houston Partners LP** | | | |
| | 10/01/2021 | 211 | 7,401.00 |
| Total Rent - (WEB) Hercules Houston Partners LP | | | 7,401.00 |
| **Ricoh USA, INC 827577** | | | |
| | 03/14/2022 | 47 | 2,428.34 |
| | 03/27/2022 | 34 | 334.67 |
| | 04/03/2022 | 27 | 128.18 |
| | 04/10/2022 | 20 | 52.37 |
| | 04/11/2022 | 19 | 2,428.34 |
| | 04/16/2022 | 14 | 3,145.55 |
| | 05/01/2022 | | 8.68 |
| | 05/13/2022 | | 22.18 |
| | 05/14/2022 | | 2,995.91 |
| | 06/18/2022 | | 3,751.98 |
| Total Ricoh USA, INC 827577 | | | 15,296.20 |
| **Shred-It USA - Chicago** | | | |
| | 02/25/2022 | 64 | 28.00 |

# American Sleep Medicine, LLC
## Unpaid Bills Detail
### As of April 30, 2022

American Sleep Medicine 2nd Amended Disclosure Statement

| | Due Date | Aging | Open Balance |
|---|---|---|---|
| | 02/25/2022 | 64 | 28.00 |
| | 04/02/2022 | 28 | 211.00 |
| Total Shred-It USA - Chicago | | | 267.00 |
| **Spectrum Business (formerly Charter)** | | | |
| | 03/22/2022 | 39 | 139.98 |
| | 04/22/2022 | 8 | 142.07 |
| Total Spectrum Business (formerly Charter) | | | 282.05 |
| **Spectrum Business (Time Warner Cable)** | | | |
| | 03/24/2022 | 37 | 204.16 |
| | 04/24/2022 | 6 | 203.91 |
| Total Spectrum Business (Time Warner Cable) | | | 408.07 |
| **Staples Advantage** | | | |
| | 03/24/2022 | 37 | 1,702.06 |
| | 04/20/2022 | 10 | 172.22 |
| | 04/27/2022 | 3 | 146.04 |
| | 05/04/2022 | | 48.55 |
| | 05/11/2022 | | 2,754.60 |
| | 05/18/2022 | | 192.15 |
| Total Staples Advantage | | | 5,015.62 |
| **SunMed/Salter Labs** | | | |
| | 02/25/2022 | 64 | 104.82 |
| Total SunMed/Salter Labs | | | 104.82 |
| **Thermal Engineers, Inc.** | | | |
| | 02/03/2022 | 86 | 1,042.50 |
| Total Thermal Engineers, Inc. | | | 1,042.50 |
| **UHC - United Healthcare** | | | |
| | | | -421.94 |
| | 01/01/2022 | 119 | 435.29 |
| Total UHC - United Healthcare | | | 13.35 |
| **Verizon VIE - 9489 41Y  7444** | | | |
| | 05/22/2022 | | 437.22 |
| Total Verizon VIE - 9489 41Y  7444 | | | 437.22 |
| **Waystar aka ZirMed** | | | |
| | 04/09/2022 | 21 | 4,704.46 |
| Total Waystar aka ZirMed | | | 4,704.46 |
| **Williamson County Trustee** | | | |
| | 03/10/2022 | 51 | 0.00 |
| Total Williamson County Trustee | | | 0.00 |
| **Windstream Communications** | | | |
| | 03/13/2022 | 48 | 2,014.29 |
| Total Windstream Communications | | | 2,014.29 |
| **TOTAL** | | | **286,565.00** |

# American Sleep Medicine, LLC
## A/R Aging Summary
### As of April 30, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 |
|---|---|---|---|---|
| Bagnoli & Salah Partnership | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Al-Masalkhi | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Campbell | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Clifton Hunt | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. D Sorresso | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Dweik | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Eyad Dughly | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Hoffman | 0.00 | 1,200.00 | 0.00 | 2,400.00 |
| Dr. Joshua Aaron, MD | 0.00 | 0.00 | 0.00 | 2,950.00 |
| Dr. Keya | 600.00 | 600.00 | 0.00 | 600.00 |
| Dr. M Miller M.D. | 0.00 | 2,400.00 | 0.00 | 2,400.00 |
| Dr. Miller, M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Muhammad Zamar - MEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Oh/ Dughly & A | 0.00 | 0.00 | 0.00 | 750.00 |
| Dr. Roth | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Said Shanawani. | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Scott Cologne, MD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Syed Nabi | 0.00 | 1,200.00 | 0.00 | 2,400.00 |
| Dr. Vohra | 0.00 | 0.00 | 0.00 | 0.00 |
| Dr. Zandra Petway | 1,200.00 | 0.00 | 0.00 | 0.00 |
| Dr.Richard Parcinski | 0.00 | 0.00 | 0.00 | 0.00 |
| Kevin Tucker | 0.00 | 0.00 | 0.00 | 0.00 |
| KPA-Dr. Mei | 0.00 | 0.00 | 0.00 | 0.00 |
| Metropolitan Pulmonary & Sleep Medicine | 0.00 | 0.00 | 0.00 | 0.00 |
| Respironics-Marketing | 0.00 | 0.00 | 0.00 | 0.00 |
| Sleep and Pulmonary Specialists PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | **1,800.00** | **5,400.00** | **0.00** | **11,500.00** |

# American Sleep Medicine, LLC
## A/R Aging Summary
### As of April 30, 2022

| | > 90 | TOTAL |
|---|---|---|
| **Bagnoli & Salah Partnership** | 10,520.00 | 10,520.00 |
| **Dr. Al-Masalkhi** | 550.00 | 550.00 |
| **Dr. Campbell** | 0.00 | 0.00 |
| **Dr. Clifton Hunt** | 957.75 | 957.75 |
| **Dr. D Sorresso** | 0.00 | 0.00 |
| **Dr. Dweik** | 0.00 | 0.00 |
| **Dr. Eyad Dughly** | 0.00 | 0.00 |
| **Dr. Hoffman** | 0.00 | 3,600.00 |
| **Dr. Joshua Aaron, MD** | 14,750.00 | 17,700.00 |
| **Dr. Keya** | 1,200.00 | 3,000.00 |
| **Dr. M Miller M.D.** | 2,400.00 | 7,200.00 |
| **Dr. Miller, M.D.** | 0.00 | 0.00 |
| **Dr. Muhammad Zamar - MEM** | 0.00 | 0.00 |
| **Dr. Oh/ Dughly & A** | 750.00 | 1,500.00 |
| **Dr. Roth** | 0.00 | 0.00 |
| **Dr. Said Shanawani.** | 2,850.00 | 2,850.00 |
| **Dr. Scott Cologne, MD LLC** | 0.00 | 0.00 |
| **Dr. Syed Nabi** | 2,400.00 | 6,000.00 |
| **Dr. Vohra** | 0.00 | 0.00 |
| **Dr. Zandra Petway** | 0.00 | 1,200.00 |
| **Dr.Richard Parcinski** | 0.00 | 0.00 |
| **Kevin Tucker** | 0.00 | 0.00 |
| **KPA-Dr. Mei** | 10,400.00 | 10,400.00 |
| **Metropolitan Pulmonary & Sleep Medicine** | 5,200.00 | 5,200.00 |
| **Respironics-Marketing** | 0.00 | 0.00 |
| **Sleep and Pulmonary Specialists PLLC** | 0.00 | 0.00 |
| **TOTAL** | 51,977.75 | 70,677.75 |

# Exhibit D - Governmental and Tax Claims

| | | |
|---|---|---|
| *Creditor:* (7338584)<br>MARION COUNTY TREASURER<br>MARION COUNTY TREASURER BANKRUPTCY<br>200 E WASHINGTON ST STE 1041<br>INDIANAPOLIS IN 46204 | **Claim No: 1**<br>*Original Filed Date:* 09/23/2021<br>*Original Entered Date:* 09/23/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Intake1<br>*Modified:* |

Amount claimed: $2745.63

Priority  claimed: $2745.63

| | | |
|---|---|---|
| *Creditor:* (7334520)<br>IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **Claim No: 6**<br>*Original Filed Date:* 10/08/2021<br>*Original Entered Date:* 10/08/2021<br>*Last Amendment Filed:* 02/15/2022<br>*Last Amendment Entered:* 02/15/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* JOHN R HALLMAN<br>*Modified:* |

Amount  claimed: $0.00

Secured claimed: $0.00

Priority  claimed: $0.00

*History:*

| Details | | 6-1 | 10/08/2021 Claim #6 filed by IRS, Amount claimed: $46702.97 (HALLMAN, JOHN) |
|---|---|---|---|
| Details | | 6-2 | 02/15/2022 Amended Claim #6 filed by IRS, Amount claimed: $0.00 (HALLMAN, JOHN) |

| | | |
|---|---|---|
| *Creditor:* (7346768)<br>State of Alabama, Department of Revenue<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | **Claim No: 10**<br>*Original Filed Date:* 10/19/2021<br>*Original Entered Date:* 10/19/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

Amount claimed: $861.12

Priority  claimed: $861.12

*History:*

| Details | | 10-1 | 10/19/2021 Claim #10 filed by State of Alabama, Department of Revenue, Amount claimed: $861.12 (admin) |
|---|---|---|---|

000130

EXHIBIT D – PROOFS OF CLAIMS. BY TAX OR GOVERNMENTAL ENTITIES

| Creditor: (7353226) COUNTY OF ORANGE TREASURER-TAX COLLECTOR PO BOX 4515 SANTA ANA CA 92702-4515 | **Claim No: 13** *Original Filed Date*: 11/05/2021 *Original Entered Date*: 11/05/2021 | *Status*: *Filed by*: CR *Entered by*: Intake3 *Modified*: |
|---|---|---|

Amount claimed: $2586.19
Priority claimed: $2586.19

*History*:

Details   13-1   11/05/2021 Claim #13 filed by COUNTY OF ORANGE TREASURER-TAX COLLECTOR, Amount claimed: $2586.19 (Intake3)

*Description*: (13-1) Business Property Taxes 01-01-2021 TCREF# 0693357

| Creditor: (7364630) Texas Workforce Commission Regulatory Integrity Division - SAU Room 556 101 E. 15th Street Austin, TX 78778-0001 | **Claim No: 18** *Original Filed Date*: 12/10/2021 *Original Entered Date*: 12/10/2021 *Last Amendment Filed*: 05/26/2022 *Last Amendment Entered*: 05/26/2022 | *Status*: *Filed by*: CR *Entered by*: ERIN C REID *Modified*: |
|---|---|---|

Amount claimed: $1938.79
Priority claimed: $1938.79

*History*:

Details   18-1   12/10/2021 Claim #18 filed by Texas Workforce Commission, Amount claimed: $2111.36 (REID, ERIN)

Details   18-2   05/26/2022 Amended Claim #18 filed by Texas Workforce Commission, Amount claimed: $1938.79 (REID, ERIN)

*Description*: (18-1) Unemployment taxes
(18-2) Unemployment taxes

*Remarks*:

*Creditor:* (7364630)
Texas Workforce Commission
Regulatory Integrity Division & SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

*After this Sleep McAthe 2nd Amended Disclosure Statement*

**Claim No: 19**
*Original Filed Date:* 12/10/2021
*Original Entered Date:* 12/10/2021
*Last Amendment Filed:* 05/26/2022
*Last Amendment Entered:* 05/26/2022

*Status:*
*Filed by:* CR
*Entered by:* ERIN C REID
*Modified:*

Amount claimed: $5621.91

---

*History:*

| | | | |
|---|---|---|---|
| Details | ☺ | 19-1 | 12/10/2021 Claim #19 filed by Texas Workforce Commission, Amount claimed: $701.77 (REID, ERIN) |
| Details | ☺ | 19-2 | 02/14/2022 Amended Claim #19 filed by Texas Workforce Commission, Amount claimed: $3217.49 (REID, ERIN) |
| Details | ☺ | 19-3 | 02/14/2022 Amended Claim #19 filed by Texas Workforce Commission, Amount claimed: $3217.49 (REID, ERIN) |
| Details | ☺ | 19-4 | 05/26/2022 Amended Claim #19 filed by Texas Workforce Commission, Amount claimed: $5621.91 (REID, ERIN) |

*Description:* (19-1) Unemployment taxes
(19-2) Unemployment taxes
(19-3) Unemployment taxes
(19-4) Unemployment taxes

*Remarks:* (19-1) Administrative expense
(19-2) Administrative expense
(19-3) Administrative expense
(19-4) Administrative expense

American Sleep Medicine, LLC
Balance Sheet

| | | |
|---|---|---|
| Cash on hand or on deposit<br>From June Operating Report | $ | 293,036.00 |
| Collectable accounts receivables<br>Current | $ | 70,675.75 |
| Office Fixtures and machinery<br>Day of Filing | $ | 40,983.39 |
| Total assets | $ | 404,695.14 |
| Less secured creditors<br>Post petition A/R June Report<br>This amount is based on the post petition<br>financing approved by the Court | $ | 550,000.00 |
| Less priorty payroll claims<br>Based on actual POC filed | $ | 19,270.37 |
| Priority Claims<br>Based on Actual POC filed | $ | 13,753.64 |
| Total Liabilities | $ | 583,024.01 |
| Amount Available unsecured creditors | $ | (178,328.87) |