Charles M. Walker
U.S. Bankruptcy Judge
Dated: 5/31/2023



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 3:21-02741 |
| AMERICAN SLEEP MEDICINE, LLC | ) Chapter 11 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION TO ADMINISTRATIVELY CLOSE CASE**

THIS MATTER was before the Court on the Debtor' Motion to Administratively Close Case [Doc. #230]. Proper notice thereon having been filed with this Court and served upon all creditors and parties-in interest on April 20, 2023. Upon representation of counsel for the United States Trustee, the Objection located at Dkt. #232 has been resolved, and no other objections have been raised. Therefore, the Court finds as follows:

a) All creditors and interested parties were adequately notified of the proposed administrative closure of the case pursuant to FRBP 9013 and Local Rule 9013-1;

b) The written objection to the requested relief has been resolved; and

c) All required payments of the quarterly fees provided for in 28 U.S.C. § 1930 (a)(6) have been paid and Debtor has filed all quarterly financial reports pursuant to L.R. 2015-2.

IT IS THEREFORE ORDERED that the Debtor's motion to administratively close this case without entry of a Final Decree pending the meeting of the requirements of 11 U.S.C. §1141 is hereby GRANTED;

IT IS FURTHER ORDERED that the Bankruptcy Court Clerk shall serve the

1

notice of administrative closure required under Fed. R. Bankr. P. 4006;

IT IS FURTHER ORDERED that per 11 U.S.C. §362(c)(2)(A), the automatic stay will terminate upon the entry of the Order administratively closing the case;

IT IS FURTHER ORDERED that upon entry of the Order administratively closing the case, 28 U.S.C. §1930(a)(6) quarterly fees shall stop accruing and the Debtor shall be relieved of the requirement of filing quarterly financial reports required by LR 2015-2 unless and until the case is reopened by order of the Court;

IT IS FURTHER ORDERED that the Debtor shall be required to attach to the motion to reopen a detailed accounting of all payments made under the confirmed plan to evidence the timeliness of the motion;

IT IS FURTHER ORDERED that any party in interest, upon separate motion, may request a waiver of any reopening fee. Such motion to waive the reopening fee shall also comply with Fed. R. Bankr. P. 9013.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.